DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

1                    UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
2                        JACKSONVILLE DIVISION

3

4    DILLON S. WEBB,

5             Plaintiff,

6    vs.                          CASE NO. 3:19-cv-00975-MMH-JBT

7    TRAVIS M. ENGLISH, CHAD
     KIRBY, AUSTIN DAMPIER, and
8    SHERIFF MARK HUNTER,                  **CERTIFIED**
                                           **ORIGINAL**
9             Defendants.
     _____/
10

11

12             VIDEO-TELECONFERENCE DEPOSITION OF

13                       SHELLIE MATHEWS

14

15             taken on behalf of the Defendants

16

17        DATE TAKEN:         November 5, 2020
          TIME:               1:00 p.m. - 2:15 p.m.
18        PLACE:              Third Circuit Reporters & Video
                              136 Southwest Nassau Street
19                            Lake City, Florida 32025

20        Examination of the witness taken before:

21             Carol Day, CSR, RPR, Court Reporter
               Notary Public, State of Florida at Large
22

23

24             THIRD CIRCUIT REPORTERS & VIDEO
                  Toll-Free:  855-850-7038
25                 www.AllCourtReporters.com

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 2

```
 1   A P P E A R A N C E S:

 2           ANDREW M. BONDERUD, ESQUIRE
             THE BONDERUD LAW FIRM, P.A.
 3           301 West Bay Street, #1433
             Jacksonville, Florida 32202
 4           904-438-8082
             BonderudLaw@gmail.com
 5
                 Appearing on behalf of the Plaintiff by
 6               video-teleconference

 7           JUSTIN K. GELFAND, ESQUIRE
             IAN T. MURPHY, ESQUIRE
 8           MARGULIS GELFAND, LLC
             8000 Maryland Avenue
 9           Suite 420
             St. Louis, Missouri 63105
10           314-390-0234
             justin@margulisgelfand.com
11           ian@margulisgelfand.com

12               Appearing on behalf of the Plaintiff by
                 video-teleconference
13
             MATTHEW J. CARSON, ESQUIRE
14           SNIFFEN & SPELLMAN, P.A.
             123 North Monroe Street
15           Tallahassee, Florida 32301
             850-205-1996
16           mcarson@sniffenlaw.com

17               Appearing on behalf of the Defendants

18

19

20

21

22

23

24

25
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

```
                                                    Page 3
 1                    I N D E X

 2                                                  Page

 3   TESTIMONY OF SHELLIE MATHEWS:

 4        DIRECT EXAMINATION - By Mr. Carson          4

 5        CROSS-EXAMINATION - By Mr. Gelfand         44

 6   CERTIFICATE OF OATH                             47

 7   CERTIFICATE OF REPORTER                         48

 8

 9

10
     DEFENDANTS' EXHIBITS MARKED FOR IDENTIFICATION:
11
          (None marked.)
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 4

1   THEREUPON:

2                      SHELLIE MATHEWS,

3   was called as a witness and, after having been duly sworn,

4   was examined and testified as follows:

5              THE WITNESS:  Yes.

6                      DIRECT EXAMINATION

7   BY MR. CARSON:

8        Q.   Good afternoon, ma'am.

9        A.   Hi.

10       Q.   Could you please state your name for the record.

11       A.   Shellie Mathews.

12       Q.   And, Ms. Mathews, are you the biological mother of

13  Dillon Shane Webb?

14       A.   Yes.

15       Q.   My name is Matt Carson.  We briefly met in the

16  waiting room before we started, but prior to today you and I

17  have never met, correct?

18       A.   Correct.

19       Q.   Okay.  I am an attorney and I represent the

20  defendants in a lawsuit that's been filed by Mr. Webb.

21              I am wearing a mask today not for you -- let me

22  rephrase that -- for your protection.  I've been all over the

23  state, and I'm fairly sure I'm okay, but, in any event, I'm

24  wearing this everywhere I go.

25       A.   Okay.

```
 1      Q.    What's your current address?

 2      A.    251 Southeast Dan Court, Lake City.

 3      Q.    How long have you lived at that address?

 4      A.    Four years.

 5      Q.    And I don't normally ask this, but what's your date

 6  of birth?

 7      A.    ████████

 8      Q.    Other than Mr. Webb, any other children?

 9      A.    Yes.

10      Q.    What are their names?

11      A.    Jasper Webb.

12      Q.    Any others?

13      A.    No.

14      Q.    And how old is Jasper?

15      A.    Fifteen.

16      Q.    Does he live with you?

17      A.    Yes.

18      Q.    We are here because of a traffic stop and arrest

19  that occurred in May of 2019.

20            You are familiar with that --

21      A.    Yes.

22      Q.    -- arrest, correct?

23      A.    Yes.

24      Q.    Have you ever had your deposition taken before?

25      A.    Yes.
```

Page 6

1       Q.    And what kind of case was that?

2       A.    It was a case for -- I don't even remember

3    honestly.

4       Q.    Was it a while ago?

5       A.    It's been a while, yes.

6       Q.    All right.  There's just a couple of things I want

7    to go over with you before we get started.

8             I don't think today is going to take too long, but

9    at the same time I want to make sure that we do everything we

10   can to streamline the process.

11            The first thing is is you can see we have got a

12   court reporter.  She is taking down every word I say and

13   every word you say.  If anybody on the Zoom call says

14   anything, she is going to take down what they say.  It's a

15   skill that nobody else in this room will probably ever have.

16            But as good as she is, she can only take down one

17   person at a time, so it's important that we keep that in

18   mind.  I am going to ask that you wait until I am done asking

19   my question before you begin your response, and I am going to

20   try to afford you the same courtesy.

21            Does that make sense?

22      A.    Yes.

23      Q.    The other thing is if I ask you a question that

24   is a -- that would elicit a yes or a no, I am going to ask

25   that you say yes or no instead of uh-huh or nuh-uh or just

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 7

1  shaking your head.  If you do, it won't get recorded as

2  cleanly as we would like.

3          And if there is ever a situation where I say to

4  you, Ma'am, was that a yes or was that a no, it's not me

5  trying to be rude.  Again, I am just worried about getting a

6  good transcript, okay?

7      A.  Yes.

8      Q.  If for whatever reason I ask you a question and you

9  don't understand it -- and I hope it doesn't happen, but it

10 could -- just ask me to rephrase it or repeat it and I am

11 happy to do so.  I want to make sure that I'm getting the

12 information I can from you today.

13         This is really my only opportunity to talk to you.

14 You have been identified as a witness that has knowledge, and

15 my job is to try to get all that knowledge if I can, all

16 right?

17     A.  Yes.

18     Q.  This event took place on May 5th, 2019.  Mr. Webb

19 was pulled over.  He was driving a pickup truck that had a

20 phrase on the back of his truck, and that phrase was -- I say

21 phrase.  It's also been referred to as a statement.  But in

22 essence it was three words, I eat ass, correct?

23     A.  Yes.

24     Q.  All capital letters, white letters, maybe, what,

25 four or five inches tall?

Page 8

1    A.   Yes.

2    Q.   Okay.  How long had Mr. Webb had that sticker on

3  his truck before the traffic stop and arrest, if you know?

4    A.   Probably a week or two.

5    Q.   Had you seen it before his arrest?

6    A.   Not on his truck, but on one of his friend's truck.

7  They came over and did some work in the yard and I seen it on

8  the back of his friend's truck.

9    Q.   Okay.  When -- do you remember when you saw it on

10 his friend's truck?

11   A.   About a month or so before his arrest.

12   Q.   And which friend was that?

13   A.   I don't know his name.  He drove a blue pickup

14 truck.

15   Q.   What did you think when you saw it on your

16 friend -- on his friend's truck?

17   A.   I didn't think anything of it.

18   Q.   Did you see it on Dillon's truck -- I'm sorry --

19 Mr. Webb's truck before he was arrested?

20   A.   Yes.

21   Q.   Okay.  How was it that you saw it on his truck

22 before the arrest?

23   A.   I passed him on the -- passed him on the roadway.

24   Q.   And you saw it?

25   A.   Uh-huh, yes.

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 9

```
 1      Q.   Did you speak with him about that at all?

 2      A.   I did not.

 3      Q.   Did you know he was getting it on his truck?

 4      A.   I did not.

 5      Q.   What does the phrase mean to you?

 6      A.   I personally thought it meant -- Dillon worked for

 7   me for six years prior to him getting his other jobs as a

 8   mortgage inspector, and he always rode up on like -- on the

 9   back end of people, so I thought that -- my husband would

10   always tell him, You need to just back off.  You know, you

11   are going to be eating their ass.  You need to back off.  So

12   I just assumed that's what the sticker meant, you know, that

13   he is always riding people's bumper basically.

14      Q.   Okay.  Like tailgating?

15      A.   Yes.

16      Q.   Did he tell you that that's what it meant?

17      A.   No.

18      Q.   Has he ever told you what it meant?

19      A.   No.

20      Q.   So you have a basis to form a presumption as to

21   what it means, but you have never heard that from Dillon,

22   correct?

23      A.   No.  I just know that when I saw it on his friend's

24   truck, and then his other friend Tyler had came over with

25   Dillon, it was on his car, so I just -- it was something that
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 10

 1   all the guys had in the group.

 2        Q.   Okay.  Do the other guys in the group, do they --

 3   do they tailgate regularly as well?

 4        A.   They're very erratic drivers, yes.

 5        Q.   Okay.  So in your mind I eat ass means tailgating,

 6   potentially erratic driving, potentially?

 7        A.   That's what I thought the sticker meant, yes.

 8        Q.   Have you -- since then have you come to understand

 9   the phrase I eat ass to mean anything else other than that?

10        A.   It could mean many things, I guess.  It --

11        Q.   Have you ever heard the phrase other than in

12   context with the stickers on these vehicles?

13        A.   No.

14        Q.   In your mind, is there anything sexual about that

15   phrase at all?

16        A.   No.

17        Q.   You said Mr. Webb worked for you for six years?

18        A.   Five or six years, yes.

19        Q.   When was that?

20        A.   He started when he was in junior high and then he

21   worked until 2009, I believe -- 2000 -- I'm sorry -- 2010.

22        Q.   Okay.  Was that right around the time he graduated

23   high school?

24        A.   Yes.

25        Q.   And what was he -- what would he do for you?

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 11

```
 1            What kind of work would he do?

 2      A.   He would go serve delinquent bill cards to people

 3 who are behind on their mortgage, do insurance loss

 4 inspections.  He would do occupancy inspections, bankruptcy

 5 inspections, interior inspections, for the mortgage

 6 companies.

 7      Q.   Even as a seventh grader or eighth grader?

 8      A.   No, he wouldn't -- no, he was in high school.

 9      Q.   Okay.  Okay.

10      A.   Yeah, he was in high school.  He was eleventh

11 grade.

12      Q.   Was when he was doing those things?

13      A.   Yes.

14      Q.   Okay.  Because you said six years, so what -- was

15 it -- when did he start --

16      A.   He started working for me in -- when he was in

17 eleventh grade.

18      Q.   Okay.

19      A.   Yes.

20      Q.   And then so -- and then for a few years after he --

21      A.   Yes.

22      Q.   -- graduated high school?

23      A.   Yes.

24      Q.   Gotcha.  And your other son, Jasper, was he with

25 you when you arrived at the scene?
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 12

1      A.    Yes.

2      Q.    Is Jasper the one that climbed into the bed of the

3   truck?

4      A.    Yes.

5      Q.    Do you know why Jasper climbed into the bed of the

6   truck to try to --

7      A.    Yes.

8      Q.    -- remove a sticker?

9      A.    My husband was on the phone with us.  I called my

10  husband and told him Dillon was being arrested -- or being

11  detained.  I said, you know, being pulled over.  So I called

12  my husband right away, and he kind of stayed on the phone

13  with me, and I said, They are -- are going to arrest him for

14  the sticker on the back of his truck.

15          And he told my son, go to the back of that truck,

16  Jasper, pull the sticker off, and that way we can resolve the

17  issue, if that's what the issue is.  And that's as far as

18  that went.

19     Q.    Okay.  What's your husband's name?

20     A.    Dustin.

21     Q.    What is Dustin's last name?

22     A.    Mathews.

23     Q.    Is Mr. Webb, Dillon's father, still alive?

24     A.    Dillon's father?  Yes, he's alive.

25     Q.    And where does he live?

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 13

```
 1      A.   Gainesville.

 2      Q.   Does Dillon ever see him?

 3      A.   No.

 4      Q.   After the -- you arrived at the scene, who did you

 5 speak with, if you remember?

 6      A.   The first person I spoke to would be the sergeant

 7 that pulled up that had the K9, I think, on the side of the

 8 truck.  I guess he's a sergeant.

 9      Q.   Okay.  Do you remember anything else about him?

10      A.   Tattoos, dark hair.

11      Q.   Was he polite, belligerent?

12      A.   He was polite.

13      Q.   Okay.  And what did you speak -- and, by the way,

14 you have given me enough information to know who it was, plus

15 we have got the video.

16      A.   Okay.

17      Q.   So but what did you speak with that -- that person

18 about?

19      A.   He asked -- let me think.  He had asked if I knew

20 what he was being arrested for, and I told him yes, I knew

21 what he was being arrested for.  And he kind of asked, you

22 know, well, do you think it's, you know, proper or whatnot?

23           And I said, you know, I don't know.  You know,

24 that's Dillon's preference, you know, what he puts on his

25 truck.  He's a grown man.  I can't, you know, tell him what
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 14

1   to do and what not to do.  Basically that's kind of how that

2   went.

3        Q.   Even at that point you didn't think there was

4   anything even of the slightest bit crude about that sticker?

5        A.   I didn't, because, like I said, when I asked

6   Officer English, you know, what about the trucks that run

7   around with the scrotum sacs on it, you know, and he is like,

8   well, if I see them, I'll pull them over too.  I mean, it's

9   no different than -- to me that's no different than the

10  scrotum sac hanging off of the back of a truck.

11       Q.   Okay.  And I was going to ask you about that

12  because if I eat ass means tailgating, how is that, in your

13  mind, related to a scrotum sac?

14       A.   It's not.  I'm just saying if someone is taking I

15  eat ass out of context, then the ball sac on the bottom of a

16  truck shouldn't be taken out of context.  I mean, it's -- you

17  know, if it was such a big thing.

18       Q.   Do you remember anything else -- and I'm just going

19  to tell you the -- for ease, because you know the other

20  fellow's name was Deputy English.

21       A.   Uh-huh.

22       Q.   The fellow you spoke to was a corporal.

23       A.   Okay.

24       Q.   It's just the difference between two and three --

25       A.   Okay.

Page 15

1      Q.    -- on the sleeve.  And he does have a K9.  That's

2  how I knew who you were talking about.  But his name is

3  Corporal Kirby.

4      A.    Okay.

5      Q.    When you were speaking with Corporal Kirby,

6  anything else you remember about that conversation?

7      A.    I had several conversations with him, so, but at

8  that -- at that first time when I first walked over there and

9  he was there -- or he came up and then I walked up to him,

10  and then that was about the gist of that conversation.

11      Q.    Okay.  Let's just finish all the conversations you

12  had with Corporal Kirby.

13      A.    Okay.  Yeah.  Oh, I asked him, I said, Why can't I

14  take my son's truck home?  I said, I'm here.  I can take his

15  truck home with me.

16            And he said that Deputy English had already had

17  it -- a tow truck coming to pick it up, and, you know, it had

18  to be towed.  Okay.  So then I got over that.

19            And so as -- he finally talked to English and asked

20  him if we could pay to have it dropped, if we could have it

21  dropped.

22      Q.    Let me stop you right there.  Were you within

23  hearing distance of that conversation between Corporal Kirby

24  and Deputy English?

25      A.    Yes.

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

```
 1       Q.    Okay.  So Deputy English and Corporal Kirby talk

 2   about is it okay to have it dropped?

 3       A.    Yes.

 4       Q.    Okay.  I'm sorry.  Go ahead.

 5       A.    So they asked the tow truck driver, and the tow

 6   truck driver said, yeah, but it's going to be 200 and --

 7   $200, I believe it was, 225 or something like that.  I don't

 8   know the exact amount, but it was like 225, I believe.

 9             And then I -- Dillon said, he said, I have money in

10   my wallet.

11       Q.    Where was his wallet?

12       A.    In the truck.

13       Q.    Okay.  And did someone get that money out of the

14   truck?

15       A.    One of the officers got the wallet out of the

16   truck --

17       Q.    Okay.

18       A.    -- and brought me the wallet.

19       Q.    So you got the wallet with the money?

20       A.    Yes.

21       Q.    And then you used that money to drop the truck?

22       A.    Yes.  I think it was like 225.  Instead of --

23   Dillon had asked -- while he was in the back of the car he

24   asked -- he said, ask him if $200 will help him out today.

25             So I was like, Will $200 help you out today?  This
```

Page 17

1   is to the tow truck driver.

2       Q.   Okay.

3       A.   You know, just jokingly.  And so instead of

4   breaking another 20, it was -- instead of giving him 240 for

5   the 225, Corporal Kirby got in his wallet and gave me five or

6   $10, the difference of breaking a 20, what it would have

7   cost, and said, you know, by no means are we admitting any

8   guilt, but this is kind of like a pay it forward type of

9   thing, gave me money to give to the tow truck driver.

10      Q.   How much money did Corporal Kirby give you?

11      A.   Five or $10.  It was the difference of whatever it

12  was instead of me giving the tow truck driver $240.  So I'm

13  thinking it was 225, so five or $10.

14      Q.   I'm just trying to --

15      A.   Right.

16      Q.   -- help with the --

17      A.   Correct, instead of --

18      Q.   -- issue with --

19      A.   Right.

20      Q.   -- let me finish my question.

21      A.   Sorry.  I'm sorry.

22      Q.   We did it.  No, we started to do it and I knew we

23  would.

24           Just making change essentially?

25      A.   Yes.

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 18

```
 1      Q.   But it was a -- for lack of a better term, a gift
 2   of five or ten bucks?
 3      A.   Yes.
 4      Q.   Did Corporal Kirby, did it seem like he was really
 5   trying to help you guys get the truck back that day?
 6      A.   Yes.
 7      Q.   Okay.  Did he talk at all about what happens if you
 8   don't get the truck back right away?
 9      A.   I don't believe so.
10      Q.   What was your understanding of what would have
11   happened if you wouldn't have gotten the truck back at that
12   time?
13      A.   That it would have be charged daily fees at the
14   storage facility.
15      Q.   Okay.  So is it your understanding that you saved
16   money by getting the truck back that day?
17      A.   Yes.
18      Q.   Okay.  Not as much as if it had never been put on
19   the --
20      A.   Correct.
21      Q.   -- tow truck at all?
22      A.   Correct.
23      Q.   Okay.  Ultimately the truck is taken off the tow
24   truck.
25           Who was there when the truck was released from the
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 19

1    tow truck?

2         A.    The tow truck driver, myself, Corporal Kirby,

3    Deputy English, and my -- Jasper, my other son.

4         Q.    Okay.  So they were all there when the truck came

5    down?

6         A.    Yes.

7         Q.    Okay.  Who was there when you drove off?

8         A.    I did not drive the truck off.

9         Q.    Okay.  Who drove the truck off?

10        A.    Dillon drove the truck off.  The truck was dropped

11   in the parking lot.  The tow truck driver left from Columbia

12   Glass Tint, where he loaded up, and drove it to the next

13   parking lot, and that's where it was dropped.

14        Q.    Oh, and then it just stayed at that parking lot?

15        A.    Correct.

16        Q.    Okay.  So --

17        A.    We went and bailed Dillon out, brought Dillon back

18   to the truck --

19        Q.    Gotcha.

20        A.    -- and Dillon drove off in the truck.

21        Q.    Gotcha.  And that was my question, is knowing you

22   were there and knowing that Jasper is 15, I'm thinking, okay,

23   how did they get the truck home.

24              But it was just dropped there, and then within,

25   what, a couple of hours, a few hours --

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 20

1      A.    Yes.

2      Q.    -- Dillon is bailed out and he drives the truck

3  home?

4      A.    Correct.

5      Q.    Okay.  Any other conversations you had with

6  Corporal Kirby at the scene?

7      A.    No, I don't believe so.

8      Q.    Okay.  Any other conversations you have had with

9  Corporal Kirby ever?

10     A.    No.

11     Q.    Okay.  Have you ever --

12     A.    Actually, yes, I was pulled over by him for

13  speeding, but nothing was said.  He didn't know who I was,

14  but I knew who he was --

15     Q.    Okay.

16     A.    -- type thing, but, no, nothing other than --

17     Q.    Okay.  Did you get a ticket?

18     A.    I did not.

19     Q.    Okay.  Was he polite?

20     A.    Very.

21     Q.    Professional?

22     A.    Yes.

23     Q.    Okay.  Were you speeding?

24     A.    I was.

25     Q.    Okay.  Other than that, has there been any other

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 21

1    time where you have seen --

2        A.    No.

3        Q.    -- Corporal Kirby?

4        A.    No.

5        Q.    Okay.  Tell me about what you remember about your

6    conversations with Deputy English.

7        A.    Like I said, when I pulled up, I asked him what he

8    was being arrested for, and he said for the derogatory

9    sticker on the back of his truck.  I asked him about the

10   scrotum sac on the back of other vehicles.  I had asked him

11   if I could take the truck with me because I was there, I

12   could take it with me, to avoid paying the money to have it

13   towed.  And that was about it.

14       Q.    And you said you don't remember any other

15   conversations with Deputy English?

16       A.    No.  I'm trying to think.  When we pulled over --

17   no.  I mean, no, I don't.

18       Q.    That's fine.  Have you seen Deputy English any

19   other time other than at the scene?

20       A.    Just around town, but, no, not like a -- no.

21       Q.    Okay.  Have you spoken with anyone associated with,

22   employed by the Columbia County Sheriff's Office regarding

23   this incident?

24       A.    No.

25       Q.    Have you heard any statements from anybody

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 22

1  affiliated with or associated with the Columbia County

2  Sheriff's Office regarding this incident?

3      A.    No.

4      Q.    After this happened it gained a fair amount of

5  attraction in the local news, on social media, it grew big,

6  did you hear any comments from friends or neighbors or people

7  in the community about this incident?

8      A.    Yes.

9      Q.    What kind of stuff did you hear?

10     A.    Before I even got back to the -- from the jail to

11  the truck with Dillon, my niece had called me and said, What

12  kind of child porn did Dillon download because of -- I guess

13  his arrest was obscene material.  So that was her first

14  thought, was, you know, he was downloading child porn.  So my

15  niece -- that was the first time -- that was one of the first

16  comments that came in, and she had called me before we even

17  got Dillon to the truck.

18          So from the time we got to the jail to bail him out

19  until we got into the truck, which wasn't that far --

20     Q.    Okay.

21     A.    -- she had called and asked the question.

22     Q.    Any other instances of people reaching out to you?

23     A.    Just friends on Facebook, yeah.

24     Q.    What did they say?

25     A.    Just how petty it was.

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 23

```
 1      Q.   Anything else?

 2      A.   How his rights were violated.  I think I maybe had

 3  posted a clip of the video that I had on my phone where

 4  Deputy English had pulled Jasper out of the back of the

 5  truck, and they was like, Oh, no, he wouldn't have grabbed my

 6  son like that.  I know you're furious.

 7      Q.   Were you furious?

 8      A.   Yeah.

 9      Q.   Why?

10      A.   I don't think -- just -- the way he just went and

11  just took him out and, you know, pulled him out of the back

12  of the truck.  He could have -- I mean, it could have went

13  bad.  I mean, he could have fell backwards.  I mean, anything

14  could have happened.

15      Q.   Did Officer -- I'm sorry -- did Deputy English ask

16  him to get out of the truck first?

17      A.   I believe so, yes.

18      Q.   Okay.  Have you watched the video of the arrest?

19      A.   Yes.

20      Q.   Do you remember if Deputy English asked him to

21  stop, asked him to get out of the truck?

22      A.   Yes.

23      Q.   Okay.  Were you -- other than what you've already

24  spoken about, anybody else in the community, friends,

25  neighbors, strangers, reach out to you regarding this
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 24

1  incident?

2      A.   Yes, yes.

3      Q.   All right.  Who else?

4      A.   I don't know the man's name, but he claimed he was

5  from TMZ, and he wanted to do some kind of a contract with

6  Dillon about getting him different spots on different TV

7  shows or whatnot.  I don't remember his name.  He had came --

8  he actually came to my house.  He said he got the address

9  from the arrest record and he came to my house.

10      Q.   A guy from TMZ --

11      A.   Yes.

12      Q.   -- came to your house?

13      A.   Yes.  I don't think he was from TMZ because he --

14  he just wasn't.  I don't know who he was.

15      Q.   Yeah.

16      A.   And they had met up town at one of the restaurants

17  and was going to sign a contract, and I kind of went there

18  myself to tell Dillon don't be signing nothing, you know.

19  You know, you don't know what's going on, so don't be signing

20  anything because you don't know what he is trying to do or

21  anything.

22      Q.   When was this?

23      A.   Probably a week or so after the arrest.

24      Q.   And eventually Mr. Webb did make videos with

25  different people?

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 25

1      A.   Yes.

2      Q.   Was that before or after he spoke with the fellow

3  from TMZ?

4      A.   The videos Dillon made?

5      Q.   Yes, ma'am.

6      A.   After.

7      Q.   Okay.

8      A.   I'm sorry.  No, he came before all the videos.

9      Q.   The TMZ guy came --

10     A.   Yes.

11     Q.   -- and then but later, so I guess my real question

12 is, is later on you kind of let him go forward with these

13 other contracts?

14     A.   I didn't know anything about them.

15     Q.   Okay.

16     A.   Yeah, I had no idea.

17     Q.   Okay.  So Mr. Webb gets arrested, drives off -- let

18 me rephrase that.

19          Mr. Webb gets arrested, the truck gets dropped

20 while y'all are there, then Deputy English and Mr. Webb

21 leave, and at some point arrangements are made to bail

22 Mr. Webb out of jail, correct?

23     A.   Correct.

24     Q.   Were you involved at all in the lining up the bail

25 to get --

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 26

1      A.    Yes.

2      Q.    -- Mr. Webb out of jail?

3            What was your involvement?

4      A.    I went to the bail bondsman to -- for them to bail

5   Dillon out.

6      Q.    Is that a bail bondsman you knew or did you have to

7   find one in the phone book?

8      A.    I just went to one I had used for my family members

9   in the past.

10     Q.    Okay.  Have you ever been arrested?

11     A.    I have.

12     Q.    When?

13     A.    1994.

14     Q.    What was that for?

15     A.    Grand theft, forgery -- grand theft, forgery, and

16   uttering a forgery maybe.

17     Q.    Where was that?

18     A.    In Branford.

19     Q.    Any other times you have been arrested?

20     A.    No.

21     Q.    Was that a -- did that result in a conviction?

22     A.    Adjudication was withheld.

23     Q.    But the bail bondsman was just somebody you knew

24   from --

25     A.    Yes.

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 27

```
 1      Q.    -- helping family?

 2      A.    Yes.

 3      Q.    Okay.  So do you remember how much you paid the

 4   bail bondsman?

 5      A.    $250.

 6      Q.    Where did you get that money?

 7      A.    Dillon's wallet.

 8      Q.    How did you know to go to a bail bondsman to bail

 9   Dillon out?

10      A.    Because usually when people get arrested they have

11   to have a bail bondsman.

12      Q.    So I guess my question wasn't very artfully worded.

13            Did he call you and say, hey, mom, bail me out?

14      A.    No.

15      Q.    You -- as soon as he pulls off, you go --

16      A.    Uh-huh.

17      Q.    -- let's go line this up?

18      A.    Straight to the bail bondsman.

19      Q.    Gotcha.

20      A.    And when I went to the bail bondsman, I told him, I

21   said, He may not even be booked yet, but, you know.  And he

22   said, What's his charge?  And I told him the charges because

23   it was on the paperwork that I got out of the truck, I think

24   -- or that -- that one of the officers gave me or somehow

25   that paperwork of what his charges were, and showed the
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 28

1   bondsman, and he, you know, told me what the bail would be.

2       Q.   Okay.  Do you how he knew what the bail would be?

3       A.   I guess based off the charges.  I don't know.

4       Q.   Okay.  Did you see them reference something or --

5       A.   No, no.

6       Q.   He might just know --

7       A.   Right.

8       Q.   -- from doing it?  Gotcha.

9            Did you pay him right then?

10      A.   Yes.

11      Q.   And then what happens?

12      A.   He tells us it will be a few -- be a couple of

13  hours because he was thinking Dillon had to be booked in.

14  And then I guess he went to the jail, did his business and

15  all, then Dillon called me and said, Hey, come get me.

16      Q.   Gotcha.  So the bail bondsman gets him out of jail,

17  but then somebody needs to go get him from the jail?

18      A.   Yes.

19      Q.   And that's what you did?

20      A.   Yes.

21      Q.   How long after Deputy English -- and I'm going to

22  start calling him Dillon.  I have called him Mr. Webb up

23  until now, but you keep calling him Dillon.  I'm going to

24  call him Dillon.

25           How long after Deputy English and Dillon leave the

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 29

1    scene do you go to the bail bondsman?

2         A.    Twenty minutes, 25 minutes.

3         Q.    While --

4         A.    I had to actually call because no one was there.

5         Q.    Okay.  So you were talking to a bail bondsman

6    within half an hour?

7         A.    Yes.

8         Q.    And then how long did it take for you to go through

9    the paperwork process and making those arrangements with the

10   bail bondsman?

11        A.    Forty-five minutes.  Once he got there.

12        Q.    Okay.  And then he leaves from there?

13        A.    Yes.

14        Q.    Okay.  So you did it as fast as you could?

15        A.    Yes.

16        Q.    But it still took an hour and some time --

17        A.    Yes.

18        Q.    -- before the bail bondsman could take off with his

19   paperwork?

20        A.    Yes.

21        Q.    And then how long after he takes off to go to the

22   jail do you hear from Dillon saying pick me up?

23        A.    We rode around town for a little bit.  Maybe an

24   hour.

25        Q.    Other than what you have already told me about, you

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 30

1   know, with your niece, the friends on Facebook or people on

2   Facebook, the TMZ guy, have you heard from anybody else at

3   all about this incident, good or bad?

4        A.   No.

5        Q.   Okay.  The people that are reaching out to you on

6   Facebook, you said that some of them had said it was so

7   petty, some of them said his rights were violated.

8             Did any of them say anything negative about the

9   nature of the arrest?

10       A.   As in?

11       Q.   Were they all kind of saying, you know, he

12  shouldn't have been arrested?

13       A.   Yes, they were.  Yes, they were saying he -- that

14  was -- yeah, he shouldn't have been arrested for the sticker,

15  you know.

16       Q.   It was all positive?

17       A.   Yes.

18       Q.   Have you ever heard anybody in the neighborhood, in

19  the community, say anything negative about that kind of

20  sticker?

21       A.   Not personally, but I have read comments online.

22       Q.   Are those people you know?

23       A.   No.

24       Q.   Okay.  And what kind of things did you see?

25       A.   Just how much -- I don't even remember.  Comments

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 31

1  like -- it was like derogatory comments, like, you know, he

2  is going to get a face full tonight or, you know, stuff --

3  just derogatory stuff.

4      Q.   What does face full mean?

5      A.   Like I guess if you eat ass, quote unquote, and I

6  guess you get a dirty face.

7      Q.   So getting back to the meaning of the phrase --

8      A.   I guess, yes.

9      Q.   -- there can be -- you have learned maybe since his

10  arrest that there can be a sexual connotation to the phrase?

11     A.   Possibly.

12     Q.   Okay.  And I don't mean to embarrass you --

13     A.   No, it's fine.

14     Q.   -- but have you come to understand it to mean some

15  sort of mouth to anus, mouth to rectum contact?

16         MR. MURPHY:  Objection to form.

17  BY MR. CARSON:

18     Q.   Did you understand my question?

19     A.   Say that again.

20     Q.   Have you come to understand the phrase I eat ass to

21  refer to some sort of mouth oral to anal contact?

22     A.   No.

23     Q.   Okay.

24         MR. GELFAND:  Objection to the form, but you can

25      still answer the question.

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 32

1   BY MR. CARSON:

2        Q.   So what do you understand then he is going to get a

3   face full tonight?  How does that happen?

4        A.   I don't know.  Just -- I don't know.

5        Q.   Okay.  When you spoke with Deputy English, was he

6   polite?

7        A.   Yes.

8        Q.   Do you know if -- so we talked -- let me start

9   again.

10            We talked about the bail that was $250 out of

11  Dillon's' wallet.

12       A.   Uh-huh.

13       Q.   We talked about the tow truck that was maybe $220

14  out of his wallet --

15       A.   Uh-huh.

16       Q.   -- and maybe $5 from Corporal Kirby, correct?

17       A.   Yes.

18       Q.   So we are at about $420?

19       A.   Yes.

20       Q.   Okay.  What other financial damages are you aware

21  of that are in any way associated with this event and this

22  arrest?

23       A.   The time he had off from work.

24       Q.   Okay.  Anything else?

25       A.   Just how -- he has had a couple of conversations

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 33

1   with me about how he just felt like people were looking at

2   him differently because of the arrest.  So I guess

3   self-conscious maybe.

4        Q.   So let's talk first -- I appreciate you saying

5   that.  Let's talk first about straight money, just financial.

6            What can you tell me about damages or money he has

7   lost related to time off work?

8        A.   He -- he was working at a Walmart warehouse, I

9   believe.  He was shortly let go after that, after his arrest,

10  not -- I don't know that it was -- exactly pertained to the

11  arrest, but they -- I believe they said he was let go because

12  he was arrested.

13       Q.   Who told you that?

14       A.   Dillon.

15       Q.   He told you that part of the reason he was let go

16  was because of the arrest?

17       A.   Was because he had an arrest.

18       Q.   Okay.  How long after the arrest was he let go?

19       A.   Shortly after.  I don't know the time frame.

20       Q.   Okay.  Did he tell you that somebody said that?

21           Did he tell you that somebody said we are letting

22  you go partially because of this arrest?

23           MR. CARSON:  We keep hearing a woop sound.

24           THE COURT REPORTER:  Are you saying form?

25           MR. GELFAND:  Sorry.  No.  That was just on my

Page 34

1       computer.

2              THE COURT REPORTER:  All right.  Thank you.

3              MR. GELFAND:  I apologize again.

4              THE COURT REPORTER:  That's all right.

5              THE WITNESS:  What was the question?

6  BY MR. CARSON:

7       Q.   Oh, I'm sorry.  Did Dillon ever say, yeah, they let

8  me go and they said part of it is because of the arrest?

9              MR. GELFAND:  Objection to form.

10  BY MR. CARSON:

11      Q.   You can answer.

12      A.   Yes, something to that effect, yes.

13      Q.   All right.  Any other financial or economic damages

14  you can think of?

15      A.   I don't -- I don't know.

16      Q.   Okay.  Do you know if it's affected -- the

17  situation at all has affected Dillon's ability to get work

18  after the arrest?

19      A.   I think so.

20      Q.   Okay.  Why do you think so?

21      A.   Because if someone pulls his history, they are

22  going to see the obscene material arrest, you know.

23              As an employer, when I hire people, you know, I

24  always do background checks, and if I see that, I'm probably

25  going to just look at that and not go any further, see

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 35

1  obscene material, and that's as far as I'm going to look, and

2  I am going to go to the next person.

3       Q.   So you are saying if you see any sort of arrest you

4  don't go any further --

5       A.   I didn't say that.  I said if I saw something --

6  because we have to have -- all my people have got to be

7  background screened.  There is a very thorough process that

8  has to be done and you have to be background screened.

9            So if there is an arrest, period, I would, you

10  know, give them an option, but as far as -- if it's something

11  that I know is going to not allow them to work for me, yes, I

12  will move past that.

13      Q.   Okay.

14      A.   And the obscene material and possession or whatever

15  his arrest read, I don't think I would look any further --

16      Q.   Okay.

17      A.   -- because of me seeing just that.

18      Q.   Where do you work?

19      A.   I'm self-employed.

20      Q.   Okay.  Do you have a company?

21      A.   I do.  Right Way Field Services.

22      Q.   Right Way Field Services?

23      A.   Yes.

24      Q.   And as your company, you're also in charge of HR?

25      A.   Yes.  But I also -- I am an independent contractor,

Page 36

1   so other people hire me, and we have to be Aspen Grove'd,

2   which they do a complete background check for everything, and

3   if -- it's very -- like they go all the way back as far as

4   they can go.

5       Q.   Okay.  I'm just trying to understand, an arrest for

6   obscenity, but not a conviction, you're saying if you got an

7   application for someone to work for your company and you saw

8   that, you would put it aside and go to the next one?

9       A.   I would put it aside, yes.

10      Q.   Okay.  Would you automatically not hire that

11  person?

12      A.   No.

13      Q.   Okay.

14      A.   But I would have to know -- I would have to dig

15  further into it to see what -- if there was, you know, a

16  conviction or whatnot.

17      Q.   What --

18      A.   But that would be a red flag to me.

19      Q.   Yes.  What other kind of background research would

20  you do on a potential employee?

21      A.   We do criminal background.  We go through a company

22  called ABC.  It's the Aspen Grove.  So I really don't know

23  what they check for, but I know that when we -- you have to

24  give your name, address and Social Security number, and they

25  just run the whole background, and it's -- you know,

Page 37

1   depending on your record, it's, you know, very thorough.

2       Q.   Is that all you do?  Do you rely on them to do the

3   background?

4       A.   Yes.

5       Q.   Okay.  Do you ever like Google or -- Google

6   someone's name or look for their social media, anything like

7   that?

8       A.   No.

9       Q.   Okay.  All right.  One of the other things you

10  said -- other than that, other than kind of what you suspect

11  employers would have done, again, presuming they are doing

12  the same kind of thing you are doing when you are screening

13  potential employees, other than that, is there -- do you have

14  any information to suggest that the incident has caused any

15  kind of difficulty for Dillon in getting work?

16          MR. GELFAND:  Object to the form.

17          You can answer.

18          THE WITNESS:  I don't guess.  I mean, I don't know.

19      Dillon has had several jobs.  He has had actually quite

20      a few jobs since the arrest, so I don't know.

21  BY MR. CARSON:

22      Q.   And what I'm trying to get at is did you -- has

23  anyone said to you or have you learned that someone said, I'm

24  not arresting him -- or I'm not going to hire him because he

25  has been arrested, anything like that?

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 38

1    A.    No.

2    Q.    Okay.  Let's talk a little bit about maybe the

3  noneconomic type damages.

4          You said he is a little self-conscious.  What do

5  you mean?

6          MR. GELFAND:  Object to form.

7          THE WITNESS:  Just to have that label, I guess.

8      You know, if someone -- I guess people know him more.

9      If someone Googles him or whatever, that's the first

10      thing they see.

11  BY MR. CARSON:

12    Q.    What's the first thing they see?

13    A.    That I eat ass.  The arrest for the I eat ass

14  sticker, and then the charges itself.

15    Q.    Have you ever Googled the name Dillon Webb?

16    A.    Yes.

17    Q.    And what comes up?

18    A.    The picture of his arrest, his mug shot.

19    Q.    And anything else you can speak of by way of

20  emotional or mental damages?

21    A.    He hasn't -- something he hasn't told me, but he

22  has told my husband.  I mean, he -- when Dillon was living

23  with me I would pack his -- you know, wash his laundry and

24  pack it up for him because he was working out of town and I

25  would pack his bag, and in the side of his pocket he had some

Page 39

```
 1  herbal medicine for like erectile dysfunction type stuff.  It
 2  wasn't for erectile dysfunction, but it was for -- my husband
 3  said it was some kind of root something, root -- I don't know
 4  the name of the medicine, but -- and then he had told my
 5  husband that he has a -- he just feels -- I don't know.  He
 6  just has an issue with his self-conscious.  And he has issues
 7  with like, I guess, sexual relations because he was made fun
 8  of by someone he was seeing that had made an issue over
 9  something to do with his arrest.
10       Q.   Do you have any other details to that?
11            It sounded like you were pulling as much
12  information as you had.
13       A.   Right.
14       Q.   Do you have any more information --
15       A.   No, I don't.  Like I say, it wasn't told directly
16  to me, so no.
17       Q.   Have you heard anybody call him names?
18       A.   No.
19       Q.   Did Dillon ever talk to you about his experience
20  inside the Columbia County detention facility?
21       A.   A little, yes.
22       Q.   What did he tell you?
23       A.   Just that he was strip searched, patted down, and
24  put in a holding cell, I believe, but that was about it.  He
25  didn't really like go into a whole lot of detail with me.
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 40

```
 1      Q.    Okay.  What did he tell you about being strip
 2  searched?
 3      A.    Just that they had searched him in the jail.
 4      Q.    Okay.
 5      A.    And made him take his clothes off and pat him --
 6  you know, search him and make sure he had no weapons or
 7  whatnot.
 8      Q.    So I want to make sure I understand precisely what
 9  he told you.
10            So did he tell you anything more than that?
11      A.    No.
12      Q.    Just that they made him take off his clothes?
13      A.    Uh-huh.
14      Q.    And then I want to make sure we are clear.  The pat
15  down was separate from the --
16      A.    Correct.
17      Q.    -- alleged strip search?
18      A.    Yes.
19      Q.    It wasn't get naked --
20      A.    No, no.  I'm sorry.  No.
21      Q.    -- and then we are going to touch you?
22      A.    No.
23      Q.    Okay.
24      A.    No.
25      Q.    Did he tell you anything more about the -- this
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 41

 1  alleged strip search?

 2      A.    No.

 3      Q.    Did he tell you if anybody was looking at him?

 4      A.    No.

 5      Q.    What about being patted down?  What did he tell you

 6  about that?

 7      A.    Just that they had patted him down, I guess,

 8  regularly like I guess you would be patted down.  I don't

 9  know.  He just said he was patted down and then strip

10  searched.

11      Q.    Anything else he told you about being patted down?

12      A.    No.

13      Q.    Okay.  Other than what we have already talked

14  about, anything else he told you about his experience inside

15  the Columbia County detention facility?

16      A.    No.

17      Q.    Did he tell you anybody treated him improperly?

18      A.    No.

19      Q.    Did he tell you anybody treated him rudely?

20      A.    He didn't tell me anything other than being patted

21  down and strip searched.

22      Q.    I appreciate your patience.  I just -- I need to

23  make sure there's nothing more.

24            Any other emotional or mental health type injuries

25  that you have seen in your son following this arrest?

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 42

1      A.    I don't see him that often.

2      Q.    How often do you see him?

3      A.    Maybe once a month.

4      Q.    Okay.  And what kind of -- what would be the

5   circumstances by which you would see him?

6      A.    He will come over and pick up a package that was

7   delivered.

8      Q.    Okay.  Have you seen the videos that were made

9   involving your son?

10     A.    I saw one video.

11     Q.    Okay.  Which one was that?

12     A.    The one that was -- which one was it?  Oh, the

13  Tosh.0.

14     Q.    Okay.  What did you think of that?

15     A.    It was okay, I guess.

16     Q.    Did you see any other videos that were made?

17     A.    No.

18     Q.    Okay.  Are you aware of a GoFundMe page that was

19  set up?

20     A.    Yes, the guy from the TMZ that came to my house had

21  set up a GoFundMe.

22     Q.    Do you know, did that GoFundMe raise any money?

23     A.    It did raise money, but then Dillon reported it as

24  fraudulent, and everyone -- I believe everyone was refunded

25  their money.

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 43

```
 1      Q.   Because he didn't set it up?

 2      A.   No, he did not set it up.

 3      Q.   Okay.  Is that why he reported it as fraudulent?

 4      A.   Yes, because he didn't set up any account.

 5      Q.   I understand.  Has Dillon expressed any sort of

 6 fear of law enforcement to you?

 7      A.   No.  Again, I don't see him that often.

 8      Q.   I understand.  Is there anything else you can think

 9 of that would be important for me to know before I let you go

10 today?

11           MR. GELFAND:  Object to the form.

12           THE WITNESS:  No.

13 BY MR. CARSON:

14      Q.   Okay.  Tell me what kind of -- what kind of guy is

15 Dillon?

16           MR. GELFAND:  Object to the form.

17           THE WITNESS:  Honest, trustworthy.  He was raised

18      right.  Hard worker.

19 BY MR. CARSON:

20      Q.   Any other ways you're aware of that this incident

21 has affected your son?

22      A.   No.

23           MR. CARSON:  I don't have any other questions.

24           MR. GELFAND:  Give us about two minutes and I may

25      or may not have questions for you, ma'am.
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 44

```
 1              MR. CARSON:   All right.

 2              THE WITNESS:  Thank you.

 3              MR. GELFAND:  We will go off the record.

 4              (Discussion off the record.)

 5                      CROSS-EXAMINATION

 6   BY MR. GELFAND:

 7       Q.   Ms. Mathews, I just want to follow up on just a

 8   couple of very quick things.

 9              You testified when Mr. Carson asked you questions

10   about the money that you had to physically hand over to the

11   tow truck driver to get the tow truck driver to release

12   Dillon's truck.

13              Do you recall that?

14       A.   Yes.

15       Q.   Okay.  Whose money did you use to pay the tow truck

16   driver?

17       A.   Dillon's money.

18       Q.   Would Dillon have had more money or less money

19   after this incident if his truck was not towed away?

20       A.   More money.

21       Q.   You testified that you personally went to a bail

22   bondsman and paid the bail bondsman -- I know you're just

23   going off memory -- a couple of hundred dollars, $250?

24       A.   $250, yes.

25       Q.   Okay.  Whose money did you use to physically pay
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 45

1    the bail bondsman?

2        A.    Dillon's money.

3        Q.    Would Dillon have had more money or less money if

4    you didn't have to pay a bail bondsman?

5        A.    More money.

6        Q.    Ma'am, after this incident, has Mr. Webb ever

7    stated to you that he believes that his constitutional rights

8    were violated?

9        A.    Yes.

10       Q.    You were asked a number of questions by Mr. Carson

11   about -- he kept phrasing it as Dillon's damages, economic

12   and noneconomic.

13             Do you recall those questions?

14       A.    Yes.

15       Q.    I just want to ask you a very simple question:  Are

16   you in the best position to determine how this has impacted

17   Dillon and how he was suffered as a result of this --

18       A.    No.

19       Q.    -- or is Dillon in a better position and perhaps

20   other people in a better position to comment on that?

21       A.    Dillon would be better to comment.

22             MR. GELFAND:  I have no further questions.

23             MR. CARSON:  All right.  Ma'am, in the event your

24       deposition is -- in the event your deposition is

25       transcribed, you have the option of coming here.  There

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 46

1    will be a copy available for you.  You can look at it

2    and make sure everything was recorded correctly.  I can

3    tell you most of the time it is, but you still have the

4    right to come in and double-check.

5         Alternatively you could say, you know what?  I'm

6    all right and I waive that right.

7         It's completely up to you, but it is something that

8    the court reporters like to know when we are taking the

9    deposition, so if you could just let her know whether

10   you want to read or waive.

11        THE WITNESS:  Waive.

12        MR. CARSON:  All right.  Thank you very much for

13   your time.

14        MR. GELFAND:  We can go off the record.

15        Thank you, ma'am, for your time.

16        (The deposition was concluded at 2:15 p.m.)

17

18

19

20

21

22

23

24

25

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

Page 47

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA :

4    COUNTY OF COLUMBIA:

5

6            I, Carol Day, CSR, RPR, Court Reporter and Notary

7    Public, State of Florida, certify that SHELLIE MATTHEWS, who

8    produced her driver's license, appeared before me and was

9    duly sworn on November 5, 2020.

10

11           WITNESS my hand and official seal this 19th day

12   of November 2020.

13

14

15

16

17

18    _____

19    CAROL DAY, CSR, RPR
      CSR NO.:  13768
20    Notary Public - State of Florida
      Commission No:  GG 330952
      Expires:  September 3, 2023

21

22                    CAROL DAY
                Commission # GG 330952
23             Expires September 3, 2023
              Bonded Thru Budget Notary Services

24

25

DILLON S. WEBB vs TRAVIS M. ENGLISH
Shellie Mathews - 11/05/2020

```
                                                          Page 48
 1                    CERTIFICATE OF REPORTER

 2

 3   STATE OF FLORIDA :

 4   COUNTY OF COLUMBIA:

 5

 6            I, CAROL DAY, CSR, RPR, Court Reporter, certify

 7   that I was authorized to and did stenographically report the

 8   foregoing proceedings; that a review of the transcript was

 9   not requested; and that the transcript is a true and complete

10   record of my stenographic notes.

11

12            I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the parties, nor am

14   I a relative or employee of any of the parties' attorney or

15   counsel connected with the action, nor am I financially

16   interested in the action.

17

18            DATED this 19th day of November 2020.

19

20

21   _____

22   CAROL DAY, CSR, RPR
     CSR NO.: 13768
23   Court Reporter

24

25
```