DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

                        UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION

                        CASE NO.:  3:19-cv-975-J-34JBT

DILLON S. WEBB,

          PLAINTIFF,
vs.

TRAVIS M. ENGLISH, CHAD
KIRBY, AUSTIN DAMPIER, and
SHERIFF MARK A. HUNTER,

          DEFENDANTS.

                        /

**CERTIFIED COPY**

          VTC DEPOSITION OF TRAVIS ENGLISH

            Taken on Behalf of Plaintiff

        DATE TAKEN:    November 4, 2020

        TIME:         1:05 p.m. to 3:27 p.m.

        PLACE:        Third Circuit Reporters & Video
                      136 Southwest Nassau Street
                      Lake City, Florida 32025

     Examination of the witness taken before:

         Jennifer Parrish, Court Reporter
       Notary Public, State of Florida at Large

         Third Circuit Reporters & Video
           TOLL-FREE:  855.850.7038
           www.AllCourtReporters.com

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 2

```
1    APPEARANCES FOR THE PLAINTIFF
2    ANDREW M. BONDERUD, ESQUIRE
     The Bonderud Law Firm, P.A.
3    301 West Bay Street, #1433
     Jacksonville, Florida 32202
4    904-438-8082
     BonderudLaw@gmail.com
5
     JUSTIN K. GELFAND, ESQUIRE
6    IAN T. MURPHY, ESQUIRE
7    (via VTC)
8    Margulis Gelfand, LLC
     8000 Maryland Avenue, Suite 420
9    St. Louis, Missouri 63105
     341-390-0234
10   Justin@margulisgelfand.com
     Ian@margulisgelfand.com
11
     APPEARANCE FOR THE DEFENDANTS
12
     MATTHEW J. CARSON, ESQUIRE
13   Sniffen & Spellman, P.A.
     123 North Monroe Street
14   Tallahassee, Florida 32301
     850-205-1996
15   Mcarson@sniffenlaw.com
16
17   ALSO PRESENT:  Dillon Webb.
18
19
                  - - -
20
21
22
23
24
25
```

Page 3

```
1              I N D E X
2    Witness                          Page No.
3    TRAVIS ENGLISH
4    Direct Examination by Mr. Gelfand    4
5    Certificate of Oath                103
6    Certificate of Reporter            104
7    Read Letter                        105
8    Errata Sheet                       106
9
10           E X H I B I T S
11     (Plaintiff's Exhibit No. 1 was retained by
        counsel.)
12
     Plaintiff's Composite Exhibit No. 50      15
13
     Plaintiff's Exhibit No. 54               26
14
     Plaintiff's Exhibit No. 55               36
15
     Plaintiff's Exhibit No. 1               102
16
17   Plaintiff's Exhibit No. 57               60
18   Plaintiff's Exhibit No. 58               70
19   Plaintiff's Exhibit No. 59               70
20   Plaintiff's Exhibit No. 60               79
21   Plaintiff's Composite Exhibit No. 61     83
22
                 - - -
23
24
25
```

Page 4

```
1
2
3    WHEREUPON,
4              TRAVIS ENGLISH,
5    a witness herein, having been duly sworn, testified upon
6    his oath as follows:
7         THE WITNESS:  Yes, ma'am.
8            DIRECT EXAMINATION
9    BY MR. GELFAND:
10        Q    Would you please state and spell your full name
11   for the benefit of the court reporter?
12        A    Travis Michael English.  First name's spelled
13   T-r-a-v-i-s, my middle name is M-i-c-h-a-e-l, last name is
14   E-n-g-l-i-s-h.
15        Q    Deputy English, have you ever had your deposition
16   taken before?
17        A    For criminal cases, yes.
18        Q    Okay.  I'm going to go over a couple of ground
19   rules; you may have heard these before but I just want to
20   make sure that you and I are on the same page about how
21   we're going to proceed today.
22            First of all, is there anything today that would
23   prevent you from giving truthful testimony, today?
24        A    No, sir.
25        Q    Okay.  Are you on any medications or drugs,
```

Page 5

```
1    prescriptions or otherwise, that would inhibit your ability
2    to remember anything or to give truthful testimony?
3         A    No, sir.
4         Q    Okay.  If you don't understand a question that I
5    ask or if your lawyer chooses to ask you questions, a
6    question that your lawyer asks, instead of answering the
7    question I want you to tell us that you don't understand
8    and I'll do my best to make sure that I can rephrase it in
9    a way that's fair and that you do understand it, okay?
10        A    Yes, sir.
11        Q    And so can we agree that if you do, in fact,
12   answer a question, we can assume that you did understand
13   that question?
14        A    Correct.
15        Q    Okay.  Deputy English, you're appearing in person
16   with your attorney for this deposition.  I am asking you
17   questions by Zoom, in light of the COVID-19 pandemic.  If
18   at any point there's any sort of technical glitch that
19   causes you to not be able to hear me or to see me, I want
20   you to tell everyone in the room and we'll do everything we
21   need to make it okay, okay?
22        A    Yes, sir.
23        Q    Okay.  Deputy, just a little bit of background
24   info.  What is your date of birth?
25        A    December 4, 1987.
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 6

1    Q   And what city and state do you reside in?
2    A   Lake City, Florida.
3    Q   Are you currently employed?
4    A   The Columbia County Sheriff's Office.
5    Q   What do you do for the Columbia County Sheriff's
6    Office?
7    A   Right now I'm just assigned to patrol division as
8    a loaner, but my primary job as -- for the last year, I'm a
9    courthouse bailiff.
10   Q   I'm sorry, a courthouse, what?
11   A   Bailiff.
12   Q   Understood.  Deputy, how long have you been
13   employed by the Columbia County Sheriff's Office?
14   A   Just over two years.
15   Q   Okay.  Do you recall approximately what month and
16   year you started your employment there?
17   A   I believe it was at the end of August in 2018.
18   Q   Have you always been a sworn deputy of the
19   Sheriff's Office since you've been employed there?
20   A   Yes.
21   Q   Prior to working -- well, back up for a second.
22       As a deputy with the Sheriff's Office, have you
23   ever engaged in a patrolling capacity, meaning in a vehicle
24   in the streets, you know --
25   A   Yeah.

Page 7

1    Q   -- conducting surveillance, doing traffic
2    enforcement, things like that?
3    A   Yes.
4    Q   Okay.  When performing that particular function
5    as opposed to your court bailiff function, what are your
6    duties and responsibilities, as you understand them?
7    A   Just to -- so patrol's primary role and
8    responsibility is to answer calls for service and then
9    also, if we see a crime taking place in public or, you
10   know, out on one of these country roads, then it is our
11   duty to act lawfully.
12   Q   Now, prior to being employed by the Columbia
13   County Sheriff's Office, where, if at all, were you
14   employed?
15   A   So I was a reserve officer at White Springs
16   Police -- yeah, Police Department in White Springs,
17   Florida.  I worked at a race car performance shop in
18   Gainesville.  I worked at LKQ in Gainesville.  I worked at
19   a company called Dream Tech in Gainesville and then, prior
20   to that, I served in the United States Marine Corps for
21   eight years.
22   Q   So just to break that down, for a second.  If I
23   heard you correctly, is this your second
24   law-enforcement-related job?
25   A   Correct.

Page 8

1    Q   Okay.  The first law-enforcement related job, you
2    said you were a reserve officer.  Approximately when did
3    you start in that capacity and when did you end in that
4    capacity?
5    A   It was, I believe, April of 2018 and then August
6    2018, I resigned whenever I got a job at the Columbia
7    County Sheriff's Office.
8    Q   And why did you leave that prior law enforcement
9    position?
10   A   To become a full-time law enforcement officer in
11   a county that I grew up in.
12   Q   Did you leave by choice or were you terminated?
13   A   I left by choice.
14   Q   Now, what, if any, law enforcement training have
15   you received prior to May 5th of 2019?
16   A   I went to the basic law enforcement academy in
17   Olustee.  That's where I got my certificate, my standards.
18   Q   And approximately how long was that course of
19   training?
20   A   Approximately six months.
21   Q   Did that consist of classroom training, so to
22   speak, in addition to kind of physical or active training?
23   A   Yes.
24       THE COURT REPORTER:  Physical or what training?
25       MR. GELFAND:  Active training.

Page 9

1        THE COURT REPORTER:  Okay.
2    BY MR. GELFAND:
3    Q   Did the classroom portions include any training
4    on the United States Constitution?
5    A   I believe there were some.  I don't recall how
6    much or if any.
7    Q   Okay.  So is it your testimony, sitting here
8    today, that you don't recall whether your law enforcement
9    academic training, so to speak, included any training on
10   the United States Constitution?
11   A   I mean, there was -- there was some, but I don't
12   recall exactly what it was or what point in the course that
13   we did.
14   Q   Do you recall whether there was any training on
15   the First Amendment, freedom of speech?
16   A   No, sir, I don't.
17   Q   And your testimony is that you don't recall, not
18   that there wasn't any training; is that correct?
19   A   I don't recall.
20   Q   Okay.  What is your educational background, sir?
21   A   I graduated high school and received my high
22   school diploma.
23   Q   From where?
24   A   Ft. White High School.
25   Q   And when did you receive your diploma?

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 10

1    A    2006.
2    Q    Other than your law enforcement training, did you
3    receive any sort of post high school education?  In other
4    words, any sort of community college, college, graduate
5    school, certificates, anything along those lines?
6    A    Other than courses that I went to in the
7    military, no, sir.
8    Q    When did you enlist in the military?
9    A    In February of 2004.
10   Q    What branch?
11   A    United States Marine Corps.
12   Q    When you entered the United States Marine Corps,
13   what was your -- I'm sure there's a more formal term for
14   it, but your position, your rank?
15   A    I did not get a job until after I graduated, you
16   know, basic training, but I went in as a E-1, a private.
17   Q    Okay.  What was the highest rank that you
18   achieved when you were in the United States Marine Corps?
19   A    E-6, staff sergeant.
20   Q    In the Marine Corps, did you ever work in any
21   sort of law enforcement, i.e., military law enforcement
22   capacity?
23   A    No.
24   Q    What was the general nature of the work that you
25   did while serving in the Marine Corps?

Page 11

1    A    I called, requested and coordinated artillery
2    naval gunfire and mortar strikes, along with fixed-wing and
3    rotary-wing aircraft.
4    Q    What was the nature of the discharge that you
5    received from the military?
6    A    Honorable.
7    Q    Did you ever have any disciplinary matters when
8    you were in the military?
9    A    Yes.
10   Q    How many?
11   A    One.
12   Q    Describe, if you would, what happened.
13   A    I had a battalion-level, nonjudicial punishment
14   for larceny.
15   Q    "Larceny"?
16   A    Yes.
17   Q    Okay.  What did you steal?
18   A    Myself and another Marine swapped price tags on a
19   backpack.
20   Q    From a store?
21   A    Yes.
22   Q    And did you admit to the violation or was there
23   some sort of a trial?
24   A    I admitted to it.
25   Q    And what, if any, consequence or punishment did

Page 12

1    you receive as a result of that larceny?
2    A    I got reduced in rank from E-2 to E-1.  I was put
3    on restriction for 45 days and I had a half month's pay
4    taken away for two months.
5    Q    And approximately what year did this incident
6    occur in?
7    A    2008.
8    Q    And when did you receive the punishment or the
9    sanction?
10   A    I believe it was September of 2008.
11   Q    Do you have any criminal history, Deputy?
12   A    I was arrested by the Columbia County Sheriff's
13   Office for battery.
14   Q    When was that?
15   A    I believe it was 2006 or 2007.  I'm not exactly
16   sure on the date.
17   Q    Describe what happened.
18   A    I got in an argument with somebody.  A deputy
19   asked me what was going on.  I told him it was none of his
20   business and he took me to jail.
21   Q    To be clear, the jail that he took you to the
22   same jail you took Mr. Webb to (as spoken)?
23   A    That is correct.
24   Q    What happened with that arrest?
25   A    It was dismissed.

Page 13

1    Q    How long were you incarcerated?
2    A    An hour or two.
3    Q    Did you bail out or bond out?
4    A    I did.
5    Q    Any other arrests or convictions?
6    A    No, sir.
7    Q    I want to direct your attention, Deputy, to
8    May 5, 2019.  Were you on duty that day?
9    A    Yes, sir.
10   Q    Okay.  And if you recall, when did you start your
11   shift and when did you end your shift that day, just
12   approximately?
13   A    I'm not sure if I was on days or nights, but I
14   believe we were on nights, which would have been
15   five o'clock in the afternoon to five o'clock in the
16   morning.
17   Q    On that day did you come into contact with Dillon
18   Webb?
19   A    Yes, sir.
20   Q    Okay.  And, to be clear, is Dillon Webb the
21   individual that's sitting, the Plaintiff in this case,
22   that's physically sitting essentially across from you and
23   to the right at the conference table in the court
24   reporter's office?
25   A    He is.

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 14

1    Q    Okay.  Approximately when that day, May 5th of
2    2019, did you come into contact with Mr. Webb?
3    A    I believe it was just after five o'clock.
4    Q    Prior to that day, to the best of your knowledge,
5    had you ever had any contact whatsoever with Mr. Webb?
6    A    Not that I can recall.
7    Q    To the best of your knowledge, prior to that day,
8    had you ever exchanged any, you know, phone calls, text
9    messages, in-person conversations?  Had you ever met him,
10   as far as you know?
11   A    No, sir.
12   Q    Generally speaking, did you come into contact
13   with Mr. Webb for the first time in your life when you
14   initiated a traffic stop of Mr. Webb's pickup truck?
15   A    Yes, sir.
16   Q    Did you memorialize what happened in that traffic
17   stop in a Columbia County Sheriff's Office offense report?
18   A    Can you clarify what you mean by "memorialize"?
19   Q    Did you prepare an offense report in the context
20   of your official employment as a police officer in Columbia
21   County for the Columbia County Sheriff's Office in
22   connection with the traffic stop and subsequent incident
23   involving Dillon Webb on that date?
24   A    Yes.
25   Q    What is an offense report?

Page 15

1    A    It's a document that we prepare whenever we come
2    into contact with someone, whenever we take someone to jail
3    or whenever someone requests documentation in reference to
4    an incident.
5    Q    Is it important to be truthful in offense
6    reports?
7    A    Yes.
8    Q    Is it important to be thorough in offense
9    reports?
10   A    It depends on the situation.
11   Q    Is there certain information that you're trained
12   not to include in offense reports?
13   A    No, sir.
14   Q    Is it important to include all relevant
15   information?
16   A    Yes, sir.
17   Q    Okay.  Did you do that here in connection with
18   the offense report you prepared in connection with
19   Mr. Webb?
20   A    Yes, sir.
21       MR. GELFAND:  Now I want to show you what's been
22   previously marked as Exhibit 50:  5, 0.
23       (Plaintiff's Composite Exhibit No. 50 was
24   previously marked for identification.)
25   BY MR. GELFAND:

Page 16

1    Q    Can you tell me if you have Exhibit 50 in front
2    of you?
3    A    Yes, sir.
4    Q    Okay.  Do you recognize Exhibit 50?
5    A    Yes, sir.
6    Q    What is Exhibit 50?
7    A    It's a Columbia County Sheriff's Office offense
8    report that looks to be the one I prepared, the day that's
9    in question.
10   Q    Can you take a look at it and tell me if it's a
11   true and accurate copy of the offense report you prepared
12   in connection with the Dillon Webb matter?
13   A    Yes, sir, I believe so.
14   Q    And, for the record, I would note the document in
15   front of you has Bates numbers, meaning some letters and
16   numbers, on the bottom right-hand corner, Deputy.
17   A    Okay.
18   Q    That references what the Defense in this case,
19   what your attorney, turned over to us in connection with
20   discovery in this case.  Do you see that?
21   A    Yes, sir.
22   Q    And, for the record, those are Bates Numbers
23   CCSO-Webb 1 to 2, Pages 1 and 2, correct?
24   A    Yes, sir.
25   Q    Is this the entirety of the offense report that

Page 17

1    you prepared in connection with the incident involving
2    Mr. Webb?
3    A    I believe so.
4    Q    Okay.  What was the date that's reflected on
5    this?  The report date and time?
6    A    May 5th at 5:50 p.m.
7    Q    And, to be clear, that 2019 for the year,
8    correct?
9    A    Correct.
10   Q    Okay.  Am I right in reading this that the report
11   date was 6:07 p.m. and the range of the incident was
12   5:50 p.m. to 7:50 p.m.?
13   A    Correct.
14   Q    Are those autogenerated times?  In other words,
15   generated by the computer, or do you manually input those
16   times?
17   A    So for the report date and time, whenever we open
18   a system, it autopopulates that.  However, we can edit
19   them.  And the same --
20   Q    Did you edit that in this case?
21   A    I don't recall.  I don't believe.
22   Q    Okay.  The location of occurrence references
23   Columbia County and then a street, 643 West Duval Street in
24   Lake City, Florida 32055; is that correct?
25   A    I believe so.  So the location of the occurrence

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 18

1  is automatically generated based on what our dispatch puts
2  into their system. So I -- I would assume that's accurate.
3  I didn't put that in.
4      Q   Okay. Does that, at least, appear to be close to
5  the physical location of where this incident occurred?
6      A   Duval Street, yes.
7      Q   Did it occur in Columbia County, Florida, in
8  particular, Lake City, Florida?
9      A   Yes.
10     Q   Okay. The suspect is listed as Dillon Webb and
11 then it includes a driver's license number, State of
12 Florida, and then a vehicle, a 2014 Chevy Silverado, you
13 know, with particular digits after that, a license plate,
14 Y84JLQ. Do you see that?
15     A   Yes, sir.
16     Q   Okay. What does that reference for purposes of
17 this offense report?
18     A   For the automobile.
19     Q   Whose automobile?
20     A   Should have been Mr. Webb's.
21     Q   Okay. There's a narrative section at 6:08 p.m.
22 on May 5th of 2019 at the bottom, do you see that?
23     A   I do.
24     Q   Who wrote that narrative?
25     A   I did.

Page 19

1      Q   Who approved the narrative in a supervisory
2  capacity?
3      A   I believe on this one it was Corporal Chad Kirby.
4      Q   Who is Chad Kirby?
5      A   He's a corporal with the Columbia County
6  Sheriff's Office.
7      Q   Was he your supervisor on this date?
8      A   He was.
9      Q   And was he acting as your supervisor at the
10 Columbia County Sheriff's Office on this date?
11     A   He was.
12     Q   With respect to this particular incident
13 involving Mr. Webb?
14     A   Yes, sir.
15     Q   Okay. Do you see the initial narrative where it
16 says, "On Sunday, May 5, 2019" -- and then you go on to
17 basically explain a narrative of what happened?
18     A   I do.
19     Q   Okay. Is everything in this narrative true?
20     A   To the best of my knowledge, yes.
21     Q   And feel free to take your time and take a look
22 at it. I don't want to -- there's no tricks.
23         Are you comfortable that everything is true,
24 based on your review of this document?
25     A   Yes, sir.

Page 20

1      Q   Okay. Now, it references "While speaking with
2  the occupants and informing Dillon of reason for the
3  traffic stop, Dillon became very defensive about the
4  sticker on his truck and stated, quote, they're just words,
5  period, end quote." Do you see that?
6      A   Yes, sir.
7      Q   Do you disagree that these are just words?
8          MR. CARSON: Object to form.
9          You can answer.
10     A   So they are words, but it's also a statement.
11 BY MR. GELFAND:
12     Q   Okay. We'll get to that in a second. You then
13 say, "I then asked Dillon" -- is Dillon referring to
14 Mr. Webb, the Plaintiff in this case?
15     A   Correct.
16     Q   "I then asked Dillon how a parent of a small
17 child would explain the meaning of the words 'I eat ass,'"
18 is that what you wrote?
19     A   I did.
20     Q   And then it says that "Dillon then told me that
21 it would be up to the parent," correct?
22     A   Correct.
23     Q   Okay. Now, was your vehicle equipped with a dash
24 cam that day?
25     A   It was.

Page 21

1      Q   And, to be clear, is a dash cam essentially an
2  on-board recording device that records contemporaneous
3  video and audio in connection with your official law
4  enforcement activity that you carry out while on duty?
5      A   It does.
6      Q   Okay. And have you had an opportunity to review
7  the dash cam video that was provided by your counsel in
8  connection with this case?
9      A   Briefly.
10     Q   Okay. But you have seen it, correct?
11     A   Correct.
12     Q   And you have watched it from start to finish,
13 correct?
14     A   No.
15     Q   Prior to testifying today, you have never watched
16 the dash cam video from start to finish?
17     A   I've watched it from the beginning to the end,
18 but I have not sat there for the entirety of it. There was
19 parts that were skipped through, fast-forwarded.
20     Q   Okay. Based on your review of the dash cam
21 video, does it fairly and accurately reflect what occurred
22 during your traffic stop and towing of the vehicle, or at
23 least arranging for the towing of the vehicle, on May 5th
24 of 2019 with respect to Dillon Webb?
25     A   It does.

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 22

1    Q    Why did you stop Mr. Webb's vehicle?
2    A    Because he had a statement on the back of his
3    vehicle that goes against Florida state statute.
4    Q    And to be clear, is it your testimony that the
5    statement that was on the back of the vehicle a statement
6    that read, quote, I eat ass, end quote?
7    A    Correct.
8    Q    Okay.  How did you effectuate the traffic stop?
9    A    I don't understand the question.
10    Q    How did you pull him over?
11    A    I turned my lights on.
12    Q    Okay.  And did Mr. Webb pull over, as he was
13    required to do under Florida law?
14    A    Yes, sir.
15    Q    Prior to this date, had you ever pulled some over
16    -- pulled someone over for having a statement on their
17    vehicle?
18    A    No, sir.
19    Q    Prior to stopping Mr. Webb's vehicle on this
20    date, did you observe any traffic violations whatsoever,
21    Deputy?
22    A    No, sir.
23    Q    So, to be clear, you did not observe Mr. Webb
24    speeding, running a red light, running a stop sign,
25    illegally changing lanes or anything along those lines,

Page 23

1    correct?
2    A    Correct.
3    Q    Do you readily admit under oath that the only
4    reason you stopped this vehicle was the sticker on the back
5    windshield that read "I eat ass"?
6    A    Correct.
7    Q    So, just to be crystal clear, would you have
8    executed this traffic stop if the truck did not have this
9    sticker on the window?
10    A    No, sir.
11    Q    Would you have executed this traffic stop if the
12    truck had a sticker that read "I eat as," that is a-s, or
13    "I eat ss," instead of "I eat ass," a-s-s?
14    A    I would not have pulled one -- pulled a -- I
15    would not have conducted a traffic stop if it was "a-s" or
16    "a-s-z," if that answers your question.
17    Q    Okay.  So, to be clear, is it your testimony
18    under oath that the presence of the word "ass," a-s-s, was
19    the determining factor in why you decided to pull Mr. Webb
20    over and execute this traffic stop?
21        MR. CARSON:  Object to form.
22    A    So that statement as a whole, "I eat ass," is the
23    reason that I pulled Mr. Webb over.
24    BY MR. GELFAND:
25    Q    Okay.  Let's refer to the statement.  You keep

Page 24

1    using that phrase.  Did the sticker on Mr. Webb's car
2    display words?
3    A    Yes.
4    Q    Okay.  Did the words convey a message?
5    A    Yes.
6    Q    When you executed the traffic stop of Mr. Webb's
7    vehicle, did the message "I eat ass" mean something to you?
8    A    Not to me personally.
9    Q    Would you agree with me that "I eat ass" means
10    something different from "I eat as," that is a-s?
11    A    I'm sure you could interpret however you want to.
12    Q    That wasn't my question.  My question, you keep
13    saying it was a statement, that's why you pulled him over.
14    My question for you is:  Does the phrase "I eat ass" mean
15    something different than the phrase "I eat as," a-s?
16    A    I'm sure it could.
17    Q    Does it or doesn't it?
18    A    I can't honestly answer that.  I mean, it depends
19    on who's reading it.
20    Q    Does the phrase "I eat ass" mean something
21    different from phrase "I eat ss"?
22    A    Again, same as my last answer.
23    Q    Because you don't know whether they mean
24    something different?
25    A    I don't know what "I eat ss" would mean, that's

Page 25

1    not an English word.
2    Q    So you previously testified that you would not
3    have pulled Mr. Webb over if his statement said "I eat ss,"
4    but you did pull him over because his statement said "I eat
5    ass."  Why, if you don't know what they mean?
6        MR. CARSON:  Object to form.
7    A    "S-s" is not a word.  "I eat ass" is a complete
8    sentence.  It's a statement that refers to a sexual act.
9    BY MR. GELFAND:
10    Q    Well, I just asked you what it mean- -- whether
11    it means something to you and you said you didn't know.  Is
12    your testimony now that it refers to a sexual act?
13        MR. CARSON:  Object to form.
14    A    I believe I answered your question that "I eat
15    as," to me that means nothing.  "I eat ss," again that
16    means nothing, but "I eat ass" is an obscene statement.
17    BY MR. GELFAND:
18    Q    We can agree to disagree on that.  But let me ask
19    you the question in a different way.  Do you agree that the
20    message "I eat ass" was a statement, a message, published
21    by Mr. Webb on his vehicle on May 5th of 2019?
22    A    Correct.
23    Q    So you do agree with that?
24    A    Yes.
25        MR. GELFAND:  I want to show you exhibit -- what

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 26

1  I've marked as Exhibit 54.  Do you have that in front
2  of you, sir?
3      (Plaintiff's Exhibit No. 54 was previously marked
4  for identification.)
5      MR. BONDERUD:  Not yet.  A couple of these aren't
6  -- I wasn't able to mark, Jason -- Justin.
7      MR. GELFAND:  That's okay.
8      MR. BONDERUD:  That one is marked.
9   A  Okay.
10     MR. BONDERUD:  All right.  It's in front of him.
11  BY MR. GELFAND:
12  Q  You recognize 54?
13  A  Yes, sir.
14  Q  What is Exhibit 54?
15  A  It looks like a snapshot of a segment of my
16  WatchGuard camera.
17  Q  Does Exhibit 54 reflect the published message
18  that caused you to initiate the traffic stop of Mr. Webb?
19  A  It does.
20  Q  And what does that message say?
21  A  It says, "I eat ass."
22  Q  When you pulled over Mr. Webb for that message,
23  did you have an understanding of what that phrase meant?
24  A  I did.
25  Q  What was your understanding of what that phrase

Page 27

1  meant?
2  A  To me, whenever you put word "eat" in front of
3  the word "ass," I assume that someone is referring to
4  anilingus.
5  Q  So, to be clear, is it your testimony that your
6  understanding of this phrase, when you executed the traffic
7  stop of Mr. Webb's vehicle, was Mr. Webb was saying "I
8  engage in anilingus"?
9  A  Yes, sir.
10  Q  Did you believe that was the only interpretation
11  of the phrase "I eat ass"?
12  A  Yes, sir.
13  Q  So you believe the phrase "I eat ass" can have no
14  meaning other than "I engage in anilingus"?
15  A  From what is displayed on the back of that
16  vehicle, no, sir.
17  Q  That wasn't my question.  My question was:  Can
18  the phrase "I eat ass" have any other meaning, other than
19  "I engage in anilingus," which is your testimony?
20  A  No, sir.
21  Q  What's anilingus?
22  A  I guess it's where you lick someone's butt.  I
23  mean...
24  Q  Officer, you've been in law enforcement for quite
25  some time, correct?

Page 28

1  A  Two years, two-and-a-half years.
2  Q  You were -- you served our country in the Marine
3  Corps for approximately eight years prior to that, correct?
4  A  Yes, sir.
5  Q  You ever use the phrase "kiss my ass"?
6  A  I'm sure I have.
7  Q  Okay.  Did the person you used it to, did you
8  expect that person to engage in a consensual sex act with
9  you, involving your anus?
10  A  Don't believe so.
11  Q  Would you agree with me that would be absurd?
12  A  Yes, sir.
13  Q  In other words, wold you agree with me that
14  sometimes phrases have meanings that may differ from what
15  they mean taken literally?
16  A  We could agree on that.
17  Q  Would you agree with me that "kiss my ass," taken
18  literally to some people, may very well refer to a sex act
19  involving kissing an anus?
20  A  To some people, it could.
21  Q  Would you agree with me that people who use that
22  almost never mean that, if ever?
23  A  It depends on the person.
24  Q  Have you ever heard that phrase used at a time or
25  place where you expected the two parties speaking were

Page 29

1  about to engage in a consensual sex act involving the mouth
2  and the anus?
3  A  Which phrase is that?
4  Q  "Kiss my ass."
5  A  I can't recall.
6  Q  You can't recall, sitting here today under oath,
7  whether you've ever been in a position where someone used
8  the phrase "kiss my ass" and you expected them to engage in
9  a consensual sex act involving the mouth and the anus,
10  that's your testimony under oath, Officer?
11     MR. CARSON:  Object to form.
12  A  I don't mentally document situations to where
13  people speaking vulgar to one another to be able to recall
14  a fact where someone was going to kiss someone else's butt.
15  BY MR. GELFAND:
16  Q  Now, you testified that Mr. Webb pulled over
17  immediately when you put on your traffic lights, correct?
18  A  Shortly thereafter.
19  Q  Okay.  Do we agree that, from the time that you
20  put on your lights and sirens, whatever you want to phrase
21  the time that you notified Mr. Webb or the driver in front
22  of you that you were executing a traffic stop, to the time
23  that you made contact with him, you're not disputing that
24  Mr. Webb did everything he was supposed to do, correct?
25  A  He waited until there was a safe manner to pull

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 30

1  over, so he did it safely.
2  **Q   In other words, you have no problem with how he**
3  **acted from the time that you initiated the traffic stop to**
4  **the time that both of your vehicles stopped?**
5  A   Not at all.
6  **Q   Okay.  Now, did you approach the vehicle?**
7  A   I did.
8  **Q   Okay.  Describe what happened when you**
9  **immediately approached the vehicle.**
10  A   I did a passenger's-side approach.  I
11  acknowledged both of the occupants inside of the vehicle
12  and then I informed Mr. Webb the reason for the traffic
13  stop.  We had exchanged brief words and then I requested
14  for his driver's license, registration, proof of insurance.
15  **Q   Now, to be clear, you testified that you informed**
16  **Mr. Webb about the purpose of the stop; is that correct?**
17  A   That is correct.
18  **Q   What specifically, sitting here today, do you**
19  **recall telling Mr. Webb?**
20  A   The reason that I pulled him over for -- was for
21  his derogatory sticker on the back of his vehicle.
22  **Q   Okay.  And, in fact, is that statement, "The**
23  **reason I'm pulling you over is your derogatory sticker on**
24  **the back of your truck," a statement that appears on the**
25  **dash cam video?**

Page 31

1  A   It should, yes, sir.
2  **Q   Okay.  Was that a truthful statement that you**
3  **made to Mr. Webb?**
4  A   Yes, sir.
5  **Q   Was there any other reason you pulled him over?**
6  A   No, sir.
7  **Q   Now, Deputy, the dictionary defines "derogatory"**
8  **as "tending to lessen the merit or reputation of a person**
9  **or thing disparaging or deprecatory," is that consistent**
10  **with your understanding of the word on May 5th of 2019?**
11  A   Not as a whole.
12  **Q   So is it your testimony that the word**
13  **"derogatory" meant something different than what the**
14  **dictionary defines it as?**
15  A   Yes.
16  **Q   What did the word "derogatory" mean to you on**
17  **May 5th of 2019?**
18  A   "Derogatory" to me means something that is crude
19  in nature, something that is obscene.
20  **Q   So your testimony is that derogatory is**
21  **synonymous with "crude in nature" or "obscene"?**
22  A   Correct.
23  **Q   Is that based on any sort of dictionary**
24  **definition or any context?**
25  A   Based on the way I was raised.

Page 32

1  **Q   About 10 seconds after, I can play you the video**
2  **if you'd like; for any of these, do you say to Mr. Webb**
3  **"What do those words mean"?**
4  A   I recall that.
5  **Q   Okay.  Were you referring to the words "I eat**
6  **ass" on the sticker on his vehicle?**
7  A   I was.
8  **Q   Why did you ask Mr. Webb what those words meant?**
9  A   I -- I don't have an answer for that.
10  **Q   Is this a phrase, "I eat ass," that you had heard**
11  **before your traffic stop?**
12  A   No.
13  **Q   Your testimony under oath is that you had never**
14  **heard the phrase "I eat ass" before you pulled Mr. Webb**
15  **over?**
16  A   That is correct.
17  **Q   Had you heard it in songs?**
18  A   Not to my knowledge.
19  **Q   Was it your sincere belief, Deputy, that Mr. Webb**
20  **came up with this phrase all on his own and decided to**
21  **display it on his vehicle?**
22  A   I have no idea how Mr. Webb came up with this.
23  **Q   Would that have mattered to you in informing your**
24  **decision of whether you executed a traffic stop?  In other**
25  **words, if it appeared in songs versus if it didn't appear**

Page 33

1  **in songs?**
2  A   Not at all.
3  **Q   So is it your testimony that if someone displays**
4  **lyrics of songs that are derogatory or sexual**
5  **in nature, that you can arrest them?**
6  A   If it is defined as obscene the way that Florida
7  statute defines obscene, correct.
8  **Q   Do you know who Cardi B. is?**
9  A   I've heard of her.
10  **Q   She's a musician?**
11  A   Sure.
12  **Q   Fair to say a fairly popular musician in the**
13  **United States?**
14  A   I don't listen to her.
15  **Q   Are you familiar with the lyric "wet ass**
16  **pussy" --**
17  A   I am not.
18  **Q   -- that she uses?**
19  A   I'm not.
20  **Q   If someone is playing Cardi B. on the radio in**
21  **Columbia County and the lyrics "wet ass pussy" come out,**
22  **can you arrest that person?**
23  A   I don't believe so.
24  **Q   Why not?**
25  A   I haven't looked into that or researched that

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 34

1  Florida state statute, if it even exists.
2      Q   Do you believe one possible interpretation of the
3  sticker on Mr. Webb's car, "I eat ass," is that it was just
4  a joke?
5      A   I don't know.
6      Q   Do you believe one possible interpretation is
7  that it referred to eating the meat of a donkey?
8      A   I do not.
9      Q   You don't believe that's even possible?
10     A   I've never met anyone that ate a donkey.
11     Q   That wasn't my question.  Do you believe that
12  it's even possible?
13     A   No.
14     Q   Are you aware that donkey is actually a common
15  delicacy in Italy?
16     A   I am not.
17     Q   Just after you asked Mr. Webb, "What do those
18  words mean," to which you admitted under oath, you have no
19  explanation for, you asked Mr. Webb about how a mom would
20  explain this to her child, do you recall that?
21     A   I do.
22     Q   What specifically did you ask Mr. Webb and why?
23     A   I asked Mr. Webb how someone was supposed to
24  explain the meaning of his sticker to their child on the
25  streets of Columbia County.

Page 35

1      Q   Why did you ask him that?
2      A   I don't know.
3      Q   Was it your understanding you had the authority
4  to arrest someone for saying something that a parent may
5  feel uncomfortable explaining to their child?
6      A   I have the authority to arrest someone that
7  violates a Florida state statute.
8      Q   That wasn't my question.  My question was:  Was
9  it your understanding that you had the authority to arrest
10  someone for saying something that a parent may feel
11  uncomfortable explaining to their child?
12     MR. CARSON:  Object to form.
13     A   I do not have the authority to arrest someone
14  based on your question.
15  BY MR. GELFAND:
16     Q   So why was it relevant to you to ask Mr. Webb how
17  a mom would explain this to her child?
18     MR. CARSON:  Object to form.
19     A   To see what his thoughts were.
20  BY MR. GELFAND:
21     Q   And did he tell you that "that would be up to the
22  parent"?
23     A   He did.
24     Q   Would you agree with me that there's a lot of
25  Constitutionally protected speech that a parent may not

Page 36

1  want to explain to their child?
2      A   I don't know how to answer your question.  I'm
3  not other parents.
4      MR. GELFAND:  I want to show you Exhibit 55.  You
5  tell me when you have that in front of you, please.
6      (Plaintiff's Exhibit No. 55 was previously marked
7  for identification.)
8      A   Okay.
9  BY MR. GELFAND:
10     Q   Do you recognize Exhibit 55?
11     A   I do.
12     Q   What is Exhibit 55?
13     A   Me taking a picture of the back of Mr. Webb's
14  truck.
15     Q   And, to be clear, I skipped over this.  Is this a
16  screen shot from the dash cam video?
17     A   Yes, sir.
18     MR. GELFAND:  And, Mr. Carson, prior to this
19  deposition, and I'll just state it for the record in
20  this deposition, is it fair to say that we stipulate to
21  the authenticity of the video itself that I've marked
22  as Exhibit 1?
23     MR. CARSON:  I'm not sure what you're asking.
24     MR. GELFAND:  What I'm asking is whether I have
25  to play Deputy English the entirety of the video so he

Page 37

1  can authenticate that it is a true, correct version of
2  the dash cam video.
3      MR. CARSON:  Yeah, I thought I emailed you back
4  yesterday.  The video I provided to you guys, I got
5  from my client and so I'm presuming it's authentic.
6      MR. GELFAND:  Okay.  And so, for purposes of this
7  litigation, I'm going to refer to that as Exhibit 1.
8      MR. CARSON:  Okay.
9      MR. GELFAND:  It's obviously an exhibit that's
10  going to repeatedly come up.
11     And are we stipulating, on the record, that it is
12  authentic?
13     MR. CARSON:  Sure.
14     MR. GELFAND:  Okay.
15  BY MR. GELFAND:
16     Q   Deputy, referring back to Exhibit 55, and I might
17  have asked you this, can you describe what it is that that
18  screen shot depicts?
19     A   It depicts a still picture taken from my in-car
20  camera system that display- -- or portrays me taking a
21  picture of the back of Mr. Webb's truck.
22     Q   What were you specifically taking a picture of?
23     A   His rear glass.
24     Q   Why?
25     A   To put it in evidence.

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 38

1    Q   What did you do with it?  First of all, how many
2   photographs did you take?
3    A   I don't recall.
4    Q   What did you do with the photographs that you
5   took?
6    A   Should have put them in evidence.  I believe I
7   put them in evidence.
8    Q   Did you or didn't you?
9    A   I don't recall.  My -- typically, anytime I take
10  pictures, they go in evidence so this should not have been
11  any different.
12   Q   So, to be clear chronologically, is it fair to
13  say you initiate a traffic stop because of the message on
14  Mr. Webb's window, you approach Mr. Webb and have a brief
15  conversation with him, you then go take a photograph as
16  reflected in Exhibit 55 and that brings us, generally
17  speaking, to where we are now, chronologically?
18   A   Sure.
19   Q   Okay.  During this time period, Mr. Webb was
20  temporarily detained in the context of a traffic stop,
21  correct?
22   A   Correct.
23   Q   In other words, is it fair to say he was not free
24  to drive off and leave if he wanted to?
25   A   That is correct.

Page 39

1    Q   What's a "notice to appear"?
2    A   It's a document, basically a -- a law has been
3   violated so, therefore, you assign a court date in
4   reference to the incident so that he can go and talk with
5   state's attorney, Public Defenders, his attorney, the
6   court.  It's basically a notice to appear in criminal
7   court.
8    Q   Is a notice to appear an alternative to an
9   arrest, meaning cuffing someone and taking them to jail?
10   A   Depending on the type of crime committed, yes.
11   Q   In other words, when you give someone a notice to
12  appear, is it fair to say that you're doing that in lieu of
13  handcuffing them, arresting them and taking -- booking them
14  and taking them to jail?
15      MR. CARSON:  Object to form.
16   A   Correct.
17  BY MR. GELFAND:
18   Q   With respect to Mr. Webb, did you initially make
19  the decision to give him a notice to appear in lieu of
20  arresting him?
21   A   That is correct.
22   Q   What specifically did you have Mr. Webb sign?
23   A   A notice to appear.
24   Q   And is it fair to say that what he was
25  effectively signing was a promise to appear in court in

Page 40

1   lieu of being arrested, as opposed to any sort of admission
2   that he committed a crime or any admission of guilt?
3    A   Correct.
4    Q   And this is a standard form that you're familiar
5   with, correct?
6    A   Correct.
7    Q   Okay.  Up until -- first of all, did Mr. Webb
8   sign the notice to appear that you put in front of him and
9   asked him to sign?
10   A   He did.
11   Q   Up until this point was Mr. Webb fully
12  cooperative with you?
13   A   Yes, sir.
14   Q   Up until this point did Mr. Webb fully comply
15  with all of your directives that you gave him?
16   A   He did.
17   Q   Did he disobey any of your requests?
18   A   He did not.
19   Q   Prior to giving him the notice to appear, did you
20  direct him to exit the vehicle?
21   A   I did.
22   Q   Did he, in fact, exit the vehicle from the
23  driver's seat?
24   A   He did.
25   Q   Did you conduct what is commonly referred to as a

Page 41

1   "Terry pat-down" of Mr. Webb?
2       MR. CARSON:  Object to form.
3    A   After asking Mr. Webb for permission, I did.
4   BY MR. GELFAND:
5    Q   Let's back up.  What specifically did you do when
6   Mr. Webb exited the vehicle?
7    A   I asked him if he had any weapons on him.  He
8   informed me that he did not.  I asked him if I could pat
9   his person down and he gave me permission.
10   Q   And is it your testimony that he did not have to
11  give you permission?
12   A   That is correct.
13   Q   Okay.  But, to be clear, is it your testimony
14  that Mr. Webb did fully give you permission?
15   A   He did.
16   Q   Did you identify any weapons when you patted him
17  down?
18   A   Did not.
19   Q   Did you identify any contraband or find any
20  contraband when you patted him down?
21   A   Did not.
22   Q   Is it fair to say, based on your training and
23  experience, that those are the things you're looking for
24  when you conduct one of these pat-downs?
25   A   I'm looking for officer safety concerns, as far

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 42

1  as weapons, knives, needles, anything that could harm
2  myself or the individual that I'm talking to.
3      Q    And fair to say, Mr. Webb had no such things on
4  his person or in his truck or anywhere in his possession?
5      A    He did not.
6      Q    What, if anything, did you say to Mr. Webb about
7  your children?
8      A    I just informed him that I had children and that
9  if I had to explain it to them that I would be pretty
10 upset.
11     Q    You used the phrase you "would be furious if your
12 six-year old asked what that meant"; is that correct?
13     A    That's correct.
14     Q    Why?
15     A    Why would I be furious?
16     Q    No, why did you say that to Mr. Webb?
17     A    Just trying to talk to him to see if he
18 understood what his sticker -- the message that his sticker
19 was portraying.
20     Q    Do you think you could use your law enforcement
21 job to punish someone for saying something that would make
22 you furious?
23         MR. CARSON:  Object to form.
24     A    I didn't use my law enforcement career to punish
25 anyone for my personal feelings.

Page 43

1  BY MR. GELFAND:
2      Q    Did you think that you could?
3      A    I can't.
4      Q    Did Mr. Webb sign the notice to appear, as you
5  requested?
6      A    He did.
7      Q    After he signed the notice to appear, did you
8  give Mr. Webb his copy and keep your own?
9      A    I believe so.
10     Q    Okay.  Why?
11     Q    Why what?
12     Q    Why did you give him a copy of the notice to
13 appear and keep your own?
14     A    Because it has the court date on it.
15     Q    Was it your understanding and intent that, at
16 that point, he would, in the ordinary course, take that
17 with him, leave and show up in court?
18     A    Depending on the situation.
19     Q    Depending on what situation?
20     A    Whether or not the crime that had been committed
21 was resolved.
22     Q    Okay.  In other words, when you gave Mr. Webb his
23 copy, was it your intention that you and he would go in
24 your different directions and that would end your time
25 together that day?

Page 44

1      A    After he would have removed one of the letters
2  from the word "ass," so that he would no longer be
3  committing a crime.
4      Q    We'll get to that in a second.  That wasn't my
5  question.  When you handed him his copy of the notice to
6  appear, was it your intention to take him to jail or was it
7  your intention that he would appear in court on the day
8  that was on the form you just gave him?
9      A    I have no intentions.  I handed him his notice to
10 appear and then, after that, my intentions were to have him
11 remove one of the letters so that he would no longer be
12 committing a crime on the streets of Columbia County.
13     Q    Well, let's back up.  After he signed the notice
14 to appear, was Mr. Webb still detained?
15     A    Yes.
16     Q    In other words, we agree based on your,
17 under-oath testimony, that Mr. Webb was not free to go at
18 that point, even though he had a notice to appear in his
19 hand; is that correct?
20     A    Correct.
21     Q    And is it fair to say that if he had just driven
22 off, you would have arrested him?  You would have stopped
23 him?  You would have physically tried to stop him, within
24 the course of your job, from doing that, right?
25         MR. CARSON:  Object to form.

Page 45

1      A    That is not correct.  I would have weighed the
2  totality of the circumstances on whether or not I could
3  pursue his vehicle or if I would just do a warrant
4  affidavit for his arrest.
5  BY MR. GELFAND:
6      Q    Okay.  But, in other words, he wasn't free to
7  leave if he wanted to and just disagree with whatever you
8  wanted him to do?
9      A    Correct.
10     Q    Okay.  He was in your custody, so to speak,
11 correct?
12     A    Correct.
13     Q    Okay.  Now, after you gave him the notice to
14 appear and he was still in your custody, you said at
15 approximately 1.32 of the video, and I can play any of this
16 for you.  Tell me if you, you want me to play it to refresh
17 your memory or if you disagree.  Did you say, "I'm going to
18 have you take off one of those letters," end quote?
19     A    I can't -- I don't remember exactly what I said
20 but vaguely that was the --
21     Q    Okay.
22     A    -- the option that was presented.
23         MR. GELFAND:  Can we, with the court reporter's
24 assistance, can we enable screen sharing so that we can
25 just play you a brief portion of this video?

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 46

1    THE COURT REPORTER: Yes.
2    (Brief recess held.)
3    MR. GELFAND: We can go back on the record.
4    (Plays video.)
5    MR. GELFAND: Can we enable -- just off the
6    record.
7    (Brief recess taken.)
8    MR. BONDERUD: Yep, have it now.
9    (Plays video.)
10   BY MR. GELFAND:
11   Q    Deputy, did you have an opportunity to watch a
12   portion of Exhibit 1?
13   A    I did.
14   Q    Okay. Did you say, "I'm going to have you take
15   off one of those letters"?
16   A    Yes.
17   Q    And what specifically were you directing Mr. Webb
18   to do?
19   A    Remove one of the letters from his statement.
20   Q    From any of -- like, if he removed the "I" would
21   you have been satisfied?
22   A    No, sir.
23   Q    So what specifically were you directing Mr. Webb
24   to do?
25   A    One of the letters from the word "eat" or one of

Page 47

1    the letters from the word "ass."
2    Q    And how did Mr. Webb respond, specifically, as
3    you just watched from the video?
4    A    He refused.
5    Q    What specifically did he say?
6    A    That I "wouldn't infringe upon his First
7    Amendment right."
8    Q    Prior to that day, were you familiar with the
9    First Amendment of the United States Constitution?
10   A    Yes.
11   Q    What was your understanding of what he was
12   referring to when referring to infringing on his First
13   Amendment right?
14   MR. CARSON: Object to form.
15   A    That he believed that I could not tell him what
16   he could or could not say or, I guess, in this case,
17   display on his vehicle.
18   BY MR. GELFAND:
19   Q    So is it fair to say, if I understand your
20   testimony correctly, that you were telling him to say
21   something different from "I eat ass" and it was your
22   understanding that he was unwilling to do so?
23   A    I wasn't telling him to say anything. I was
24   asking him to remove one of the letters so that that
25   statement would not be displayed.

Page 48

1    Q    Let's back up for a second. We can take off
2    screen sharing.
3    (Brief recess held.)
4    BY MR. GELFAND:
5    Q    Can you see me okay?
6    A    Yes.
7    Q    Okay. I want to be crystal clear for a second,
8    did you direct Mr. Webb to change the message on his car
9    from "I eat ass" to something like "I eat as" or "I
10   eat ss," instead?
11   A    Correct.
12   Q    In other words, was it your hope that Mr. Webb
13   would, on his car, say "I eat ss" or "I eat as," instead of
14   "I eat ass"?
15   MR. CARSON: Object to form.
16   A    Yes.
17   BY MR. GELFAND:
18   Q    Was that your intention in giving him the order
19   that you gave him?
20   A    My intention was for him to not have a sexually
21   explicit statement on the back of his vehicle.
22   Q    To be clear, 'cause I think we're having a little
23   bit of a miscommunication here, some confusion. I want to
24   be clear. There's no tricks here.
25   MR. CARSON: That usually means there's tricks

Page 49

1    there.
2    MR. GELFAND: It doesn't.
3    BY MR. GELFAND:
4    Q    Would you agree with me that the message that
5    Mr. Webb said vis-à-vis his vehicle was "I eat ass," up to
6    that moment?
7    A    Correct.
8    Q    Okay. And was it your direction that Mr. Webb on
9    his vehicle should say something other than "I eat ass"?
10   In other words, "I eat as" or "I eat ss" --
11   MR. CARSON: Object to form.
12   BY MR. GELFAND:
13   Q    -- or something like that?
14   A    Correct.
15   Q    Prior to making the decision to arrest Mr. Webb,
16   did you tell Mr. Webb that he would be arrested if he
17   didn't change the message from "I eat ass" to "I eat as" or
18   "I eat ss"?
19   A    I don't believe so.
20   Q    I'm happy to show you the video. It can take a
21   couple of minutes, probably 10 or 15 minutes.
22   A    I don't want to watch it.
23   Q    Well, I want an answer as opposed to "I don't
24   believe so." Did you tell Mr. Webb that he would be
25   arrested if he didn't do what you directed him to do? In

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 50

1  other words, change what he was saying, or did you just go
2  back to the police car instead and talk to Mr. Kirby?
3    A   I went back to my police car.
4    Q   Now, when you went back to your police car, did
5  you consult with another person?
6    A   I did.
7    Q   Who was that?
8    A   Corporal Chad Kirby.
9    Q   And, as you previously testified, was Corporal
10  Chad Kirby your supervisor with respect to this particular
11  call?
12    A   Yes, sir.
13    Q   Okay.  And the report lists him as a supervisor;
14  that's an accurate listing, correct?
15    A   Yes, sir.
16    Q   Why did you contact him that day?
17    A   Because I didn't know how to, I guess, continue
18  the investigation as far as whether or not I should allow
19  Mr. Webb to continue to ride around with his statement on
20  his back window, so I called to consult with him.
21    Q   You said "continue the investigation," were you
22  still investigating for evidence?
23        MR. CARSON:  Object to form.
24    A   I was investigating a crime.
25  BY MR. GELFAND:

Page 51

1    Q   And, to be clear -- we can agree to disagree on
2  that but, to be clear, when you refer to "investigating a
3  crime," are you referring to conduct any more extensive
4  than saying "I eat ass" on a window sticker on a vehicle?
5    A   I am referring to conducting an investigation in
6  regards to obscene writing on a vehicle.
7    Q   And, to be clear, what you're referring to as
8  obscene writing is the phrase "I eat ass"?
9    A   That is correct.
10    Q   Now, on the video, do you say to Mr. Kirby --
11  what's his rank, corporal?
12    A   Corporal.
13    Q   Okay.  Did you say to Corporal Kirby, "I asked
14  him to take one of the letters off so it is no longer
15  derogatory, and he is refusing"?
16    A   Correct.
17    Q   How were you communicating with Corporal Kirby,
18  meaning what mechanism were you using?
19    A   A cell phone.
20    Q   Okay.  Was this a work cell phone?
21    A   It was not.
22    Q   Even though you were using a personal cell phone,
23  did you consider this exchange with Mr. Kirby to be
24  communication in furtherance of your law enforcement
25  activities?

Page 52

1    A   I did.
2    Q   In other words, this was work-related regardless
3  of what device you were using, correct?
4    A   Correct.
5    Q   How did Mr. Kirby respond?
6    A   We reviewed the Florida state statute together.
7  He had me clarify approximately how big and the location of
8  the sticker and then he basically told me that if he
9  refused to take it off, to take him to jail.
10    Q   You were aware, were you not, that you had a dash
11  cam video on board?
12    A   That is correct.
13    Q   And you received training, prior to this traffic
14  stop of Mr. Webb, that dash cam videos record the video and
15  audio of your official police conduct and activities in
16  connection with your job, correct?
17    A   That is correct.
18    Q   Okay.  So is it fair to say that you and Mr.
19  Kirby or Corporal Kirby, I'm sorry, were aware that this
20  conversation was being recorded because it was being had in
21  connection with your vehicle fully captured on dash cam?
22    A   That is correct.
23    Q   Okay.  Did Mr. -- I'm sorry, Corporal Kirby say
24  "take him to jail and tow his shit"?
25    A   He did.

Page 53

1    Q   About 20 seconds later, did he say again "Arrest
2  him, take him to jail and tow his shit"?
3    A   He did.
4    Q   In fact, did he say the phrase "tow his shit"
5  approximately three times?
6    A   I believe it was only twice.
7    Q   So whether we agree that it was two or three
8  times, you agree that he said it at least twice?
9    A   Correct.
10    Q   Okay.  By "him," who is he referring to?
11    A   Mr. Webb.
12    Q   What was your understanding of what "tow his
13  shit" meant?
14    A   Well, in reference to a traffic stop and a
15  vehicle, whenever you're talking about towing, there's only
16  one vehicle to tow so, therefore, it would have been
17  Mr. Webb's truck.
18    Q   Do you believe that "tow his shit" was
19  appropriate speech for a law enforcement operation?
20        MR. CARSON:  Object to form.
21    A   It's not appropriate for me.
22  BY MR. GELFAND:
23    Q   Did you express your -- the fact that you were
24  furious that he used the word "shit" referring to a car?
25        MR. CARSON:  Object to form.

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 54

1    A   I did not.  He's a supervisor.  I'm a patrol
2    deputy.
3    BY MR. GELFAND:
4        Q   Were you surprised that he used the word "shit"?
5        A   Yes, sir.
6        Q   Did you and Mr. Kirby -- I'm sorry, Corporal
7    Kirby -- then have a conversation -- well, back up for a
8    second.  Is "shit" a derogatory word?
9        A   To me it is.
10       Q   Did you consider arresting Mr. Kirby?
11           MR. CARSON:  Object to form.
12       A   I don't know how you want me to answer your
13   question.
14   BY MR. GELFAND:
15       Q   Just truthfully, sir.
16       A   No.
17       Q   Same with all the questions.
18           MR. CARSON:  Let's take a quick break.
19       Q   You and --
20           MR. CARSON:  Hold on, Justin.
21   BY MR. GELFAND:
22       Q   -- Corporal Kirby --
23           MR. CARSON:  Justin.  Justin.
24           MR. GELFAND:  Yeah.
25           MR. CARSON:  Let's take a quick break.

Page 55

1            MR. GELFAND:  Sure.
2            (Brief recess taken.)
3    BY MR. GELFAND:
4        Q   Deputy, we're back on the record after a short
5    break.  You understand you're still testifying under oath?
6        A   That's correct.
7        Q   Okay.  Deputy, when we broke, I was asking you
8    questions about your conversation with Mr.- -- I'm sorry,
9    with Corporal Kirby, correct?
10       A   Correct.
11       Q   Okay.  And Corporal Kirby, as I understand your
12   testimony, instructed you to "arrest him, take him to jail
13   and tow his shit," numerous times, correct?
14       A   Correct.
15       Q   Does the word "shit" have different meanings,
16   other than truck?
17       A   It does.
18       Q   Okay.  So you would agree with me, would you not,
19   that the word "shit" doesn't always refer to a pickup
20   truck?
21       A   Correct.
22       Q   Now, did you and -- first of all, at the time
23   that you were speaking with Corporal Kirby, is it fair to
24   say you had already given Mr. Webb the notice to appear,
25   correct?

Page 56

1        A   Correct.
2        Q   Okay.  And you previously testified that you
3    never expressed to him "I'm only giving you the notice to
4    appear if you remove one of the letters," correct?
5        A   Correct.
6        Q   Okay.  I want to play you, if we can go back to
7    screen sharing.
8            MR. GELFAND:  Off the record.
9            Back on the record.
10   BY MR. GELFAND:
11       Q   I want to play you a portion of Exhibit 1, the
12   dash cam video and make sure we enable the audio.
13           (Plays video.)
14           MR. GELFAND:  I don't think audio's enabled.
15           Just off the record.
16           (Discussion held off the record.)
17           (Plays video.)
18           MR. GELFAND:  You can stop.
19           MR. MURPHY:  (Stops video.)
20   BY MR. GELFAND:
21       Q   Did you have an opportunity to see hear the
22   portion of Exhibit 1?
23       A   I could barely hear Corporal Kirby but, other
24   than that, yes.
25       Q   We can play it again, if it's helpful.

Page 57

1        A   Unless you can turn it up.
2        Q   Let's try.  I want to make sure you can hear
3    everything before asking you questions about it.
4            MR. MURPHY:  Just one moment.
5            (Plays video.)
6    BY MR. GELFAND:
7        Q   Deputy, was that better?
8        A   A little bit.
9        Q   Okay.  Were you able to hear what Corporal Kirby
10   was saying and what you were saying?
11       A   Bits and pieces of what he said, but I heard
12   myself.
13       Q   Okay.  Let me ask you, and we can certainly work
14   with the technology if there's a better way of doing this.
15   Were you and Corporal Kirby -- first of all, the other
16   voice in the video that wasn't your own, was that Corporal
17   Kirby?
18       A   It was.
19       Q   Were you and Corporal Kirby having a discussion
20   about what to do about the fact that you already had given
21   him a notice to appear but now you had decided to arrest
22   him and to tow his vehicle?
23       A   --
24       Q   Okay.  And did Corporal Kirby tell you to make
25   sure you put in the report that you gave Mr. Webb the

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 58

1  option of a notice to appear, with the understanding that
2  he would remove one of the letters, and that he refused?
3    A   I believe so, yes.
4    Q   And did you respond something to the effect of
5  "okay"?
6    A   I did.
7    Q   But that wasn't true, was it?
8    A   I didn't put that in there because I did not
9  conduct that.
10   Q   But, to be clear, is it fair to say Corporal
11  Kirby was instructing you to put something in the report
12  that just wasn't true?  In other words, that you had given
13  Mr. Webb the option of a notice to appear, with the
14  understanding that he would remove one of the letters, and
15  he refused?
16      MR. CARSON:  Object to form.
17   A   I can't speak on what Corporal Kirby's intentions
18  were.
19  BY MR. GELFAND:
20   Q   But the request would have been untrue, correct?
21      MR. CARSON:  Object to form.
22   A   Yes.
23  BY MR. GELFAND:
24   Q   In other words, was what Corporal Kirby
25  instructing you to put into your report actually accurate?

Page 59

1    A   No.
2    Q   It was a lie, correct?
3      MR. CARSON:  Object to form.
4  BY MR. GELFAND:
5    Q   Was it a lie?
6      MR. CARSON:  Object to form.
7  BY MR. GELFAND:
8    Q   You can answer.
9    A   I guess.
10   Q   Why were you agreeing to put something in the
11  report that wasn't true by saying "okay" to your
12  supervisor?
13      MR. CARSON:  Object to form.
14   A   I was comprehending how to change a notice to
15  appear to an arrest affidavit.  I was not entertaining the
16  idea of putting words inside of my narrative that were not
17  true.
18  BY MR. GELFAND:
19   Q   Did you ever express to Corporal Kirby, either on
20  this day or at any point between then and today, that he
21  had instructed you to put something in your report that
22  wasn't true?
23   A   I did not.
24   Q   Why not?
25   A   Because I didn't pay attention to exactly what he

Page 60

1  was telling me to do.  I was -- I mean, I type my own
2  narratives.  I don't put what people tell me to put in
3  them.
4    Q   When you exited -- first of all, the entirety of
5  the conversation with Corporal Kirby, did that occur inside
6  your police car?
7    A   It did.
8    Q   Okay.  So you watched Exhibit 1, the video, was
9  there any other part of that conversation that was not
10  captured on the dash cam video, Exhibit 1?
11   A   Not that I can recall.
12   Q   After you exited the vehicle, what did you do?
13   A   I approached Mr. Webb and instructed him to place
14  his hands behind his back.
15   Q   Why?
16   A   Because he was going to jail.
17      MR. GELFAND:  I want to show you Exhibit 57,
18  please.
19      (Plaintiff's Exhibit No. 57 was previously marked
20  for identification.)
21  BY MR. GELFAND:
22   Q   You have Exhibit 57 in front of you?
23   A   I do.
24   Q   Do you recognize Exhibit 57?
25   A   I do.

Page 61

1    Q   What is Exhibit 57?
2    A   It's a screen shot of a piece of video from
3  inside of my in-car camera system, where I'm placing
4  handcuffs on Mr. Webb.
5    Q   Okay.  And, just to be clear, a new term is fine
6  (phonetic).  You referred to the "in-car camera system."
7  I've used the phrase "dash cam"; are we referring to the
8  same video?
9    A   That's correct.
10   Q   Okay.  What are you specifically doing in
11  Exhibit 57; in other words, what's being depicted?
12   A   I'm placing handcuffs on Mr. Webb.
13   Q   Why specifically did you arrest Mr. Webb?
14   A   Because he was committing a crime in Columbia
15  County.
16   Q   What crime?
17   A   Obscene statements on a vehicle, obscene writing
18  on a vehicle.
19   Q   To be clear, we don't agree with you on that but,
20  putting that aside, if, in fact, that was a crime to have
21  the sticker, did you not already give him a notice to
22  appear and decide not to arrest him by that point?
23   A   At that time, that is correct.  But, however,
24  since he did not remove one of the letters, he still would
25  have been violating a Florida statute in Columbia County

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 62

1  so, therefore, he would have still been committing a crime.
2     Q   So, to be clear, was the decision to arrest,
3  meaning to handcuff him and take him to jail, as opposed to
4  a notice to appear, motivated solely by the fact that
5  Mr. Webb did not comply with your directive to change the
6  statement "I eat ass" to something other than "I eat ass,"
7  for example, "I eat as" or "I eat ss"?
8        MR. CARSON:  Object to form.
9     A   That is correct.
10       MR. CARSON:  Let me object real quick.  Thanks.
11  BY MR. GELFAND:
12    Q   Okay.  And your answer is "That is correct"?
13    A   Correct.
14    Q   Okay.  'Cause I was having a little trouble
15  hearing you, to no fault of anyone's.  But when Mr. Carson
16  was talking as well, posing his objection, I just want to
17  make sure that I -- I hear everything.
18    Is it fair to say the decision to arrest Mr. Webb
19  was based on Mr. Webb's refusal to say "I eat as" on a
20  sticker or to say "I eat ss" on a sticker instead of "I eat
21  ass"?
22       MR. CARSON:  Object to form.
23    A   That is correct.
24  BY MR. GELFAND:
25    Q   And is it fair to say that the entirety of your

Page 63

1  interactions with Mr. Webb, from the moment that you
2  approached his vehicle to the moment you arrested him, he
3  was not free to leave?
4     A   That is correct.
5     Q   In other words, he was in your custody?
6     A   He was detained, correct.
7     Q   At some point -- well, first of all, did you, in
8  fact, handcuff Mr. Webb?
9     A   I did.
10    Q   Okay.  Describe, in as much detail as you can,
11  what you physically did to take Mr. Webb further into
12  custody by handcuffing him and putting him in your vehicle.
13       MR. CARSON:  Object to form.
14    A   I grabbed his hands, placed them behind his back
15  and placed hand restraints on him.
16  BY MR. GELFAND:
17    Q   And are "hand restraints" what we commonly refer
18  to in "lay speak" as handcuffs?
19    A   That is correct.
20    Q   And then, after you put handcuffs on him, what,
21  if anything, did you say to Mr. Webb?
22    A   "You're going to jail."
23    Q   Did you say anything else to Mr. Webb?
24    A   I said, "You're going to jail, son."
25    Q   Other than, "You're going to jail, son," did you

Page 64

1  say anything else to Mr. Webb?
2     A   "Because you refuse to remove one of the letters
3  from your sticker," I believe.
4     Q   Why did you call him "son"?
5     A   It's -- I don't know a habit that I have.  I
6  don't know.  It's the way that I speak.
7     Q   Is he your son?
8     A   He's not.
9     Q   Do you refer to everyone you arrest as "son"?
10    A   Depends.
11    Q   Depends on what?
12    A   Depends on the situation.
13    Q   When do you refer to people as son?
14    A   I don't have a set time.
15    Q   When you arrested Mr. Webb, did he continue to be
16  fully compliant with you?
17    A   He did.
18    Q   In other words, Mr. Webb did not physically try
19  to fight you or try to run away or anything crazy like
20  that, correct?
21    A   He did not.
22    Q   In fact, Mr. Webb obeyed every order you gave
23  him, correct?
24    A   Correct.
25    Q   At some point thereafter, did a woman arrive on

Page 65

1  the scene?
2     A   She did.
3     Q   And what was your understanding of who that woman
4  was and her relationship to Mr. Webb?
5     A   I believed her to be Mr. Webb's mother.
6     Q   Did you communicate with her?
7     A   I did.
8     Q   Did you permit her, when she arrived on the
9  scene, to communicate with Mr. Webb?
10    A   I don't recall.
11    Q   At the time that Mr. Webb's mother arrived, was
12  Mr. Webb already physically in handcuffs and in your police
13  vehicle?
14    A   I'm not exactly sure when she arrived, but when I
15  made contact with her, he was already inside of my patrol
16  vehicle.
17    Q   On your dash cam video, and I'm happy to play it
18  for you, did Mr. Webb expressly state to his mother that he
19  was exercising his First Amendment rights?
20    A   He did.
21    Q   At any point did Mr. Webb's mother offer to drive
22  Mr. Webb's vehicle home, instead of having it impounded by
23  a tow truck?
24       MR. CARSON:  Object to form.
25    A   She said that she would take it, correct.

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

---

Page 66

1  BY MR. GELFAND:
2      Q   What, if anything, did Mr. Webb's mother
3  communicate to you with respect to the truck and what would
4  happen to it?
5      A   I believe she asked if she could take it and I
6  told her no that it was being towed.
7      Q   Why did you tell her no?
8      A   Because she's not the registered owner and,
9  whenever someone goes to jail, we tow the vehicle so that
10  whenever the registered owner gets out of jail, they can go
11  retrieve it from the towing company.
12      Q   What's the actual reason you told Mr. Webb's
13  mother on the video?
14      A   Because he was going to jail and also there was
15  an obscene statement on the window and that I didn't want
16  it on the streets of Columbia County.
17      Q   Did you readily admit that you told Mr. Webb's
18  mother that you wanted to tow the vehicle because you
19  didn't want the sticker reflecting Mr. Webb's statement "I
20  eat ass" on the streets of Columbia County?
21      A   That in conjunction with him going to jail.
22      Q   But you readily admit that you made that
23  statement to Mr. Webb's mother?
24      A   I made the statement to her that he was going to
25  jail. I was towing the vehicle and that I didn't want the

---

Page 67

1  sticker on the streets of Columbia County.
2      Q   Was it your understanding that you had the lawful
3  authority to censor speech as a deputy with the Columbia
4  County Sheriff's Office on May 5th of 2019?
5          MR. CARSON: Object to form.
6      A   I wasn't censoring speech.
7  BY MR. GELFAND:
8      Q   What did you think you were doing, if not
9  censoring it, by taking a message off the streets of a
10  public road?
11      A   I was enforcing my ability as a law enforcement
12  officer in regards to Florida state statutes of obscene
13  writing on a vehicle.
14      Q   Just to be clear, when you said you didn't want
15  the "speech on the streets of Columbia County," was it your
16  decision that you wanted the sticker not on the streets of
17  Columbia County?
18      A   I didn't want Mr. Webb's vehicle to be committing
19  a crime on the streets of Columbia County, or anyone that
20  was driving it.
21      Q   You didn't have any problem, did you, with
22  Mr. Webb's vehicle without that sticker in the streets of
23  Columbia County?
24      A   Never seen Mr. Webb's vehicle prior to this day.
25      Q   That wasn't my question. Had Mr. Webb changed

---

Page 68

1  the message or had it said something different from what he
2  chose it to say, you had no problem with the vehicle on the
3  streets of Columbia County, correct?
4          MR. CARSON: Object to form.
5      A   As long as it didn't violate Florida state
6  statute.
7  BY MR. GELFAND:
8      Q   And to be clear, when you say you didn't want the
9  vehicle on the streets, is it more accurate to say you
10  didn't want the sticker on the streets in Columbia County?
11      A   That's correct.
12      Q   In other words, the vehicle didn't pose some sort
13  of public safety danger? It wasn't a dangerous car? It
14  wasn't -- not expected or something you may otherwise have
15  in a different case (phonetic), correct?
16      A   That is correct.
17      Q   Did you consider the First Amendment when you
18  made the decision to arrest Mr. Webb?
19      A   I considered Florida state statute.
20      Q   That wasn't my question. Did you consider the
21  First Amendment to the United States Constitution when you
22  decided to arrest Mr. Webb?
23          MR. CARSON: Object to form.
24      A   No.
25  BY MR. GELFAND:

---

Page 69

1      Q   Did you consider the First Amendment to the
2  United States Constitution when you decided to pull over
3  Mr. Webb?
4      A   No.
5      Q   Did you consider the First Amendment to the
6  United States Constitution when you decided to impound the
7  vehicle, i.e., the sticker, instead of letting it remain on
8  the streets of Columbia County?
9          MR. CARSON: Object to form.
10      A   I did not impound the vehicle.
11  BY MR. GELFAND:
12      Q   When you decided to call a tow company when
13  Corporal Kirby, your supervisor, told you to "tow his
14  shit," end quote, did you consider the First Amendment?
15      A   Did not.
16      Q   Why didn't you consider the First Amendment to
17  the US Constitution when you made these serious police
18  decisions?
19          MR. CARSON: Object to form.
20      A   I have no answer for you.
21  BY MR. GELFAND:
22      Q   What happened to the vehicle?
23      A   I called a tow truck. A tow truck arrived and
24  put it on there and then pulled around the corner.
25      Q   Let's talk about that.

---

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 70

```
1        MR. GELFAND:  I want to show you Exhibit 58 first
2   and then 59, please.
3        (Plaintiff's Exhibit Nos. 58 and 59 were
4   previously marked for identification.)
5    A   Okay.
6   BY MR. GELFAND:
7    Q   Do you have Exhibit 58 in front of you?
8    A   I do.
9    Q   Do you recognize Exhibit 58?
10   A   I do.
11   Q   What is Exhibit 58?
12   A   A segment of my in-car camera system where
13  Mr. Webb's vehicle was sitting behind a tow truck.
14   Q   And to be clear, does this screen shot capture a
15  portion of the tow truck's operation in physically taking
16  Mr. Webb's vehicle with the sticker "I eat ass" and putting
17  it on the tow truck?
18   A   It does.
19   Q   And then, if you look at Exhibit 59.  Can you
20  tell me if you have that in front of you?
21   A   I do.
22   Q   Do you recognize Exhibit 59?
23   A   I do.
24   Q   What is Exhibit 59?
25   A   The same as Exhibit 58, except Mr. Webb's vehicle
```

Page 72

```
1    Q   So let's back up for a second.  You testified
2   that you inventoried the vehicle --
3    A   That's correct.
4    Q   -- can you explain what you mean by that?  What
5   you did.
6    A   Whenever we tow a vehicle from whether it be a
7   traffic stop arrest or any other place, we have to
8   inventory the vehicle to make sure there's no illegal
9   contraband or harmful substances or weapons inside of the
10  vehicle prior to transport.
11   Q   Did you search the entirety of Mr. Webb's
12  vehicle?
13   A   I inventoried the entirety of his vehicle.
14   Q   And when you say "inventoried," that required you
15  to search it, correct?
16   A   I looked inside it.
17   Q   You opened drawers -- I'm sorry, you know,
18  sections, like consoles, glove boxes, those kinds of
19  things, correct?
20   A   Correct.
21   Q   Did you find any contraband, whatsoever?
22   A   I did not.
23   Q   Did you find anything illegal in the vehicle,
24  whatsoever?
25   A   I did not.
```

Page 71

```
1   is on the tow truck.
2    Q   And, to be clear, the vehicle that's on the tow
3   truck contains the sticker "I eat ass," correct?
4    A   That is correct.
5    Q   Prior to the tow -- first of all, was there a
6   substantial amount of time that elapsed between the time
7   you called the towing company and the tow truck arrived?
8    A   I don't recall.
9    Q   Do you recall at least some time in between those
10  two events?
11   A   I do.
12   Q   And during that time period, was Mr. Webb
13  handcuffed in back, in other words, the rear seat of your
14  patrol vehicle the entire time?
15   A   He was.
16   Q   During that time, did other members of the
17  Columbia County Sheriff's Office, other deputies
18  patrolling, come by?
19   A   They did.
20   Q   Who?
21   A   I don't recall.
22   Q   Do you recall any of them?
23   A   Deputy Roberts arrived and sat with Mr. Webb
24  while I inventoried the vehicle, and she left shortly after
25  and Corporal Kirby arrived on scene.
```

Page 73

```
1    Q   When the tow truck arrived, where did the tow
2   truck take the vehicle?
3    A   Around the corner to a bigger parking lot.
4    Q   Why?
5    A   I don't know.
6    Q   Did you and Mr. Webb, in other words, you and --
7   you driving your police vehicle and Mr. Webb physically
8   handcuffed in the back of your police vehicle follow the
9   tow truck to that bigger parking lot?
10   A   We did.
11   Q   Why?
12   A   I don't recall.
13   Q   What happened there?
14   A   I believe his mom, or Mr. Webb, brought up the
15  fact that there was money inside of the vehicle.  I went
16  back to Mr. Webb's vehicle and retrieved the money out of
17  it and, I believe, I gave it to his mom.
18   Q   What, if any, understanding do you have as to
19  what happened to the vehicle after it was on the tow truck
20  in that parking lot, a block away?
21   A   I don't recall.  We left shortly after.
22   Q   Are you aware that the vehicle was taken off of
23  the tow truck and released to Mr. Webb's mother from that
24  parking lot?
25   A   I believe it was.
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 74

1    Q   Help me understand this.  Why?
2    A   Help you understand what?
3    Q   Why would you tow a vehicle one block only so
4  Mr. Webb has to pay hundreds of dollars to have a truck put
5  on -- his truck put on a tow truck and then taken off the
6  tow truck?
7    A   I'm not a tow truck driver.  I can't answer that.
8    Q   Were you surprised that that's what happened?
9    A   Again, I'm not a tow truck driver.  I can't
10 answer that.
11   Q   Were you surprised by that, that that's what
12 happened?
13   A   At the time I didn't know, so I have no feelings
14 on it.
15   Q   What were you hoping the tow truck driver would
16 do with the vehicle?
17   A   I don't hope that the tow truck driver does
18 anything more than what's requested.  He removed the
19 vehicle from the scene.
20   Q   Approximately how far -- first of all, Deputy,
21 are you familiar with this part of Columbia County?
22   A   I am.
23   Q   And approximately -- what was the exact location
24 of where the traffic stop occurred?  In other words, where
25 Mr. Webb -- where you physically arrested Mr. Webb?

Page 75

1    A   Columbia Glass Tint.
2    Q   And where was the location -- approximately how
3  far is the parking lot that the tow truck drove to, that
4  you just testified you went to for a minute --
5    A   I mean, in the video --
6    Q   How far was that from Columbia Glass Tint?
7    A   In the video, it clearly shows that he just went
8  around a fence.
9    Q   So it's literally adjacent to each other,
10 correct?
11   A   Sure.
12   Q   Like, less than a hundred feet, correct?
13   A   Sure.
14   Q   "Yes"?
15   A   Yes.
16   Q   When did you learn that the tow truck driver
17 released the vehicle to Mr. Webb's mother in exchange for
18 cash?
19   A   I don't recall.
20   Q   Is it your position in this litigation that the
21 tow truck driver allowed obscene speech on the street by
22 releasing the truck to Mr. Webb's mother?
23   A   I can't speak for the tow truck driver.
24   Q   Did you ever consider arresting him for aiding
25 and abetting Mr. Webb and having the sticker?

Page 76

1    A   I did not.
2    Q   Do you agree that sounds absurd?
3    A   It does.
4    Q   After you left the parking lot that was less than
5  a hundred feet from the scene of the arrest, tell me, did
6  you take Mr. Webb anywhere?
7    A   We went to the Columbia County Detention
8  Facility.
9    Q   Who was physically present in your police vehicle
10 during that drive?
11   A   Myself and Mr. Webb.
12   Q   Any other officers or deputies or anything?
13   A   No.
14   Q   Okay.  Before we get to the jail and the drive,
15 you testified that, at some point, Corporal Kirby
16 physically showed up at the scene of the arrest of Mr.
17 Webb, correct?
18   A   Correct.
19   Q   Why?
20   A   I don't know.
21   Q   What, if anything, did you observe Corporal Kirby
22 do at that scene?
23   A   He spoke with Mr. Webb's mom.
24   Q   Are you aware as to whether he prepared any
25 reports in connection with that?

Page 77

1    A   I am not.
2    Q   Was he wearing any sort of recording device or
3  body cam, so to speak, or anything along those lines?
4    A   We don't have body cams.
5    Q   Was he wearing any sort of recording device when
6  he spoke with anyone?
7    A   I --I can't answer that question.  I don't know.
8    Q   Did he have a dash cam video on his vehicle?
9    A   All of our patrol vehicles have dash cam videos.
10   Q   In other words, "yes"?
11   A   Yes.
12   Q   Did Corporal Kirby conduct, in addition to
13 speaking with -- other than speaking with Mr. Webb's mother
14 conduct any sort of law enforcement activities from the
15 moment he arrived at the scene to the moment he left?
16   A   I don't know.
17   Q   Did you and Corporal Kirby ever discuss this
18 case?
19   A   No.
20   Q   To this day, you and Corporal Kirby have never
21 discussed this incident?
22   A   No.
23   Q   Is it your testimony that, to this day, you and
24 Corporal Kirby have never discussed the fact that you're
25 sued in the same lawsuit as defendants?

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 78

1    A    The fact of the lawsuit has came (sic) up.  We
2    have not sat down and discussed any of the events that took
3    place on this day.
4    **Q    Approximately how long was the drive from the**
5    **scene of the arrest to the jail?**
6    A    Approximately 10 minutes.
7    **Q    And is the jail commonly referred to, or**
8    **sometimes referred to, as the "Columbia County Detention**
9    **Facility"?**
10   A    That's correct.
11   **Q    Is that where you took Mr. Webb?**
12   A    That's correct.
13   **Q    In the video, we see you basically pull into a --**
14   **essentially a two-way garage, a sally port, sometimes**
15   **referred to.  Do you understand what I'm referring to?**
16   A    Yes, sir.
17   **Q    Okay.  When you and Mr. Webb pulled into there,**
18   **the video ends?**
19   A    That's correct.
20   **Q    Tell me what specifically you did when you**
21   **arrived at the jail with Mr. Webb.**
22   A    I reached up.  I turned off my in-car camera and
23   I shut my car off.  I exited my patrol vehicle.  I went to
24   the back of my patrol vehicle.  I removed my agency-issued
25   firearm, along with two magazines and a pocket knife; then

Page 79

1    I closed the rear of my vehicle and opened the rear door
2    and got Mr. Webb out of the vehicle.
3    MR. GELFAND:  I want to show you Exhibit 60,
4    please.
5    (Plaintiff's Exhibit No. 60 was previously marked
6    for identification.)
7    BY MR. GELFAND:
8    **Q    Do you have Exhibit 60 in front of you?**
9    A    I do.
10   **Q    Do you recognize Exhibit 60?**
11   A    I do.
12   **Q    What is it?**
13   A    It's a picture of our Columbia County Detention
14   Facility.  It looks to be captured from my in-car camera.
15   **Q    So is it a screen shot from Exhibit 1?**
16   A    It could be.
17   **Q    Does it appear to be?**
18   A    It does.
19   **Q    Okay.  Exhibit 60, is that the jail that you took**
20   **Mr. Webb to?**
21   A    It is.
22   **Q    Okay.  Tell me what happened when you -- what, if**
23   **anything, did you communicate to Mr. Webb when you opened**
24   **the back door of the vehicle to physically take him out of**
25   **the car?**

Page 80

1    A    I don't recall.
2    **Q    What, if anything, did you do with respect to**
3    **Mr. Webb from the sally port?**
4    A    I more than likely asked him to step out of the
5    vehicle.  And then our common practice is we walk to a
6    little wooden table and we fill out a, basically, a
7    itemized list of what a person has on their -- what
8    property a person has on them and then, from there, he was
9    turned over to the booking deputies.
10   **Q    So not going to introduce this as an exhibit, but**
11   **can you see in front of me what I'm showing you?**
12   A    Yes.
13   **Q    Is that what you're referring to?**
14   A    That's correct.
15   **Q    Okay.  Did you participate in preparing an inmate**
16   **property inventory for Mr. Webb?**
17   A    That is correct.
18   **Q    I'm sorry?**
19   A    Yes.
20   **Q    Okay.  And was a black belt, a pair of earrings,**
21   **brown pants, a blue shirt and gray shoes, perhaps among**
22   **other things, taken from him physically?**
23   A    I believe his belt.  I didn't take his shoes or
24   pants or shirt, but belt and whatever miscellaneous items
25   he had was placed into a bag.

Page 81

1    **Q    Are you aware -- first of all, did you remain at**
2    **the jail or did you go back into your police vehicle for**
3    **unrelated work?**
4    A    I got back in my patrol vehicle and left.
5    **Q    When you left Mr. Webb at jail, was he still in**
6    **your handcuffs?**
7    A    He was not.
8    **Q    When did you remove the handcuffs?**
9    A    When we approached the table, shortly after
10   getting him out of the vehicle.
11   **Q    When was he required to strip naked and change**
12   **into jail clothes?**
13   A    I have no idea.
14   **Q    Were you present, at any point, when Mr. Webb was**
15   **not wearing his clothes that he was wearing when you**
16   **arrested him?**
17   A    I was not.
18   **Q    Other than the, quote, unquote, "Terry pat-down,"**
19   **did you conduct any other searches of Mr. Webb?**
20   A    I don't believe so.
21   **Q    Other than the inventory and the searches**
22   **associated with the inventory of Mr. Webb's truck that you**
23   **testified about, did you conduct any searches of any other**
24   **property belonging to Mr. Webb?**
25   A    No.

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 82

1    Q   Did you seize any property in connection with
2    this investigation?
3    A   I did not.
4    Q   Did you charge Mr. Webb with any criminal
5    offenses in violation of Florida statutes?
6    A   I did.
7    Q   What did you charge him with?
8    A   I charged him with obscene writing on a vehicle
9    and resisting an officer without violence.
10   Q   What did he do to resist the officer without
11   violence?
12   A   He refused to remove one of the letters from the
13   back of his window.
14   Q   Are you aware that prosecuting attorney's office
15   in your jurisdiction decided not to prosecute this,
16   recognizing his First Amendment defense?
17       MR. CARSON:  Object to form.
18   A   I'm aware that they did not prosecute.
19   BY MR. GELFAND:
20   Q   Are you aware they didn't prosecute and made the
21   statement to a court that he had a First Amendment defense?
22   A   I am not.
23   Q   Is that surprising?
24   A   Nothing surprises me with the State's Attorney's
25   Office.

Page 83

1    Q   What does that mean?
2    A   They are free to do whatever they want to do as
3    far as enforcing the law or prosecuting violations of
4    Florida state statute.
5    Q   Does the Sheriff's Office have written policies?
6    A   We do.
7    Q   Have you reviewed written policy prior to May 5th
8    of 2019?
9    A   I've reviewed some of them.
10   Q   What do you mean "some of them"?  You didn't
11   review all of the written policies of your sheriff?
12   A   There's hundreds of policies and they're
13   constantly updating.
14   Q   Well, let's start looking at one of them.
15       MR. GELFAND:  I'm showing you Exhibit 61, please.
16       MR. BONDERUD:  Is this Bates labelled, Justin?
17       MR. GELFAND:  Yeah, CCSO-Webb 130 through 134.
18       MR. BONDERUD:  Got it.
19       (Plaintiff's Composite Exhibit No. 61 was
20   previously marked for identification.)
21       MR. BONDERUD:  61, right?
22       THE COURT REPORTER:  Yes.
23       MR. GELFAND:  Yes.
24   BY MR. GELFAND:
25   Q   Do you have Exhibit 61 in front of you?

Page 84

1    A   I do.
2    Q   For purposes of our record, does this appear to
3    be Bates numbered, by your attorney, at the bottom,
4    CCSO-Webb 130 through 134?
5    A   It is.
6    Q   Is this a Columbia County Sheriff's Office
7    general order?
8    A   It does (as spoken).
9    Q   What is it titled?
10   A   Oath and Canon of Ethics.
11   Q   What is the effective date?
12   A   August 29, 2011.
13   Q   Is it fair to say this order was in effect during
14   the entirety of your employment with the Columbia County
15   Sheriff's Office?
16   A   It was.
17   Q   Can you please read Subsection A, where it says,
18   "The purpose of this order"?
19   A   "The purpose of this order is to ensure that the
20   agency members are aware of the actions and attitudes
21   expected of them and to provide the public with a general
22   standard by which they can measure the performance of the
23   agency."
24   Q   And the "Scope," does -- tell me if I'm reading
25   it right.  "This order shall apply to all Sheriff's Office

Page 85

1    members," correct?
2    A   It does.
3    Q   Would you agree with me that that includes you?
4    A   It does.
5    Q   Go down to D, where it says "Policy."  Can you
6    please read the first sentence?
7    A   "It shall be the policy of the Sheriff's Office
8    to comply with state and federal law and to preserve and
9    protect the constitutional rights of the community."
10   Q   Now, if we go down to E(3), "Canon of Law
11   Enforcement Ethics."  This refers to sworn deputies of the
12   Sheriff's Office abiding by the following Canon of Ethics,
13   correct?
14   A   Correct.
15   Q   Were you at all times acting in connection with
16   this case a sworn deputy of the Columbia County Sheriff's
17   Office?
18   A   That's correct.
19   Q   Can you please read the first sentence of
20   Subsection A, "Primary Responsibility of Job"?
21   A   "The primarily responsibility of law enforcement
22   and of the individual law enforcement officer is the
23   protection of the people of the United States through the
24   upholding of their laws; chief among which is the
25   Constitution of the United States and its amendments."

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 86

1    Q   Would you agree that that includes the First
2  Amendment?
3    A   I would agree.
4    Q   Does this policy say the "chief," in other words,
5  the most important, among which is the Constitution and its
6  amendments, as far as the pecking order of laws?
7    A   Correct.
8    Q   Do you see where it says, "Limitation of
9  Authority, Subsection B"?
10   A   I do.
11   Q   Just read the first sentence.
12   A   "The first duty of a law enforcement officer, as
13 upholder of the law, is to know the bounds the law
14 established for its enforcement."
15   Q   And then, if you skip one sentence, you're
16 welcome to read the other sentence, it says, "The law
17 enforcement officer must" -- can you please read that?
18   A   "The law enforcement officer must, therefore, be
19 aware of the limitations and restrictions which the people,
20 through law, have imposed as a primary responsibility."
21   Q   Keep going, please.
22   A   "Law enforcement officers must recognize the
23 genius of the American system of government which gives no
24 person, group or institution, absolute power.  Law
25 enforcement officers must ensure that they, as prime

Page 87

1  defenders of that system, do not pervert its character."
2    Q   And, finally, if you could just read the first
3  sentence of C and the title.
4    A   "Duty to be Familiar with the Laws and with
5  Responsibilities of Self and Other Public Officials."
6    Q   And the first sentence, please, "Law enforcement
7  officers"...
8    A   "Law enforcement officers shall diligently apply
9  themselves to the study of the principles of the laws which
10 they are sworn to uphold."
11   Q   Prior to May 5th of 2019, Deputy, what did you do
12 to diligently apply yourself to the study of the First
13 Amendment?
14   A   I don't understand what you're expecting for an
15 answer.
16   Q   Just the truth.
17   A   Okay.  Can you rephrase your question.
18   Q   Sure.  Prior to May 5th of 2019, the date that
19 you arrested Mr. Webb, what, if anything, did you do to
20 diligently apply yourself to the study of the First
21 Amendment?
22   A   Nothing.
23   Q   On May 5th of 2019, when you conducted the --
24 first of all, let's back up.  Do you agree that, on May 5th
25 of 2019, everything you did in connection with Mr. Webb was

Page 88

1  in your official capacity as a sworn law enforcement
2  officer in Florida?
3    A   I would.
4    Q   In other words, nothing with respect to Mr. Webb
5  was off duty, quote, unquote, or anything along those
6  lines?
7    A   Correct.
8    Q   This was all the done under the color of law,
9  correct?
10   A   Correct.
11   Q   Prior to all of these actions with respect to
12 Mr. Webb, did you believe that you had the authority to
13 censor speech that you found derogatory?
14       MR. CARSON:  Object to form.
15   A   Can you rephrase your question?
16 BY MR. GELFAND:
17   Q   Yes.  Prior to the arrest of Mr. Webb and pulling
18 him over and everything we've talked about with respect to
19 Mr. Webb, did you believe that you had the authority to
20 censor speech that you found derogatory?
21       MR. CARSON:  Same objection.
22   A   No.
23 BY MR. GELFAND:
24   Q   Is it your testimony, under oath here today, that
25 the phrase "I eat ass" only has one meaning and that is "I

Page 89

1  engage in anilingus"?
2    A   Yes.
3    Q   Would you agree with me that, regardless of what
4  the phrase means, the phrase did not advocate an illegal
5  act?
6    A   I would not agree.
7    Q   It's your testimony that the consensual anilingus
8  is illegal?
9    A   I can't answer whether or not it's illegal.
10 Having an obscene statement as such on the back of a
11 vehicle, according to Florida state statute, is illegal.
12   Q   Okay.  So just to clarify, your testimony is that
13 you believe that two consensual adults engaging in
14 anilingus may actually be a crime?
15   A   I did not say that was a crime.  I said I don't
16 know if it's a crime.
17   Q   It might be, it might not be?
18   A   No idea.
19   Q   Have you ever seen the phrase "kiss my butt" in
20 print?
21   A   I have.
22   Q   Would that fall under the Florida obscene statute
23 that you keep referring to?
24   A   I guess it would depend on how it was displayed.
25   Q   If it was on a truck?

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 90

1    A   I mean, I don't believe so.
2    Q   How do you differentiate between "kiss my butt"
3  and "I like ass" (as spoken)?
4        MR. CARSON:  Object to form.
5    A   I believe kissing a butt is different
6  from someone sticking their tongue in a butthole.
7  BY MR. GELFAND:
8    Q   Because one involves a kiss and one involves a
9  tongue, is that your testimony?
10   A   I mean -- sure.
11   Q   "Yes"?
12   A   Yes.
13   Q   How about "kiss me, I'm Irish," is that obscene?
14   A   No.
15   Q   Have you heard that phrase before?
16   A   Yes.
17   Q   Have you ever heard a song with the lyrics "You
18  and me baby ain't nothing but mammals so let's do it like
19  they do it on the Discovery Channel"?
20   A   Have not.
21   Q   You've never heard that song?
22   A   I don't believe so.
23   Q   If that was on a bumper sticker in Columbia
24  County, would that be obscene?
25   A   I don't know.

Page 91

1    Q   Do you believe that refers to a sex act?
2    A   It could.
3    Q   Is it your testimony that that's more
4  questionable than "kiss my butt"?
5        MR. CARSON:  Object to form.
6    A   Yes.
7  BY MR. GELFAND:
8    Q   Are you aware that the phrase "I eat ass" has
9  been featured on YouTube videos since at least 2017 and, in
10  fact, going back before then?
11   A   I was not.
12   Q   Had you been aware of that prior to May 5th of
13  2019, would that have impacted your evaluation about
14  whether Mr. Webb committed a crime in Columbia County?
15   A   It would not.
16   Q   Have you ever heard any individual in the United
17  States use the phrase "grab them by the pussy"?
18   A   I've seen it last election.
19   Q   Who said that?
20   A   I -- I don't know.
21   Q   Would it refresh your recollection to tell you
22  that President Donald Trump used the phrase "grab them by
23  the pussy"?
24   A   Allegedly.
25   Q   Allegedly, like meaning you don't know whether he

Page 92

1  actually said that on the video, he said it on...
2    A   He -- I mean, I've never seen a video of him
3  admitting that, so I can't say whether or not it was him.
4    Q   Okay.  Would you at least agree that it's
5  attributed by many to President Donald Trump?
6    A   Yes.
7    Q   Is that obscene?
8    A   Yes.
9    Q   If "grab them by the pussy," dash, "President
10  Trump" was on a bumper sticker in Columbia County, are you
11  arresting the person?
12   A   I would probably pull them over.
13   Q   Just because of the sticker, just to be clear?
14   A   Yes.
15   Q   Full disclosure, I didn't until this case, but
16  are you aware that -- are you familiar with the composer
17  Mozart from several centuries ago?
18   A   Vaguely.
19   Q   Are you aware that Mozart wrote a song called,
20  when translated, "Lick my arse"?
21   A   I am not.
22   Q   Let's just say I might have, "Lick my arse,
23  Mozart" on a bumper sticker, pulling me over and arresting
24  me?
25   A   Possibility.

Page 93

1    Q   Do you understand, Deputy, that police officers
2  don't get to ban phrases they don't like?
3        MR. CARSON:  Object to form.
4    A   I didn't ban any phrase.
5  BY MR. GELFAND:
6    Q   When you saw the sticker on Mr. Webb's car that
7  said "I eat ass" on May 5th of 2019, did it elicit a laugh?
8    A   No.
9    Q   Can you understand how it could elicit a laugh
10  for some people, even if not you?
11   A   No.
12   Q   When you saw the sticker "I eat ass" on
13  Mr. Webb's car May 5th of 2019, did it elicit an orgasm?
14   A   No.
15   Q   Do you think there's anyone on earth who would
16  have had an orgasmic reaction to the sticker "I eat ass" on
17  this vehicle?
18   A   I'm not "anyone on earth."  I can't speak for
19  them.
20   Q   Do you think it's possible?
21   A   No idea.
22   Q   What is a "fuck boy"?
23   A   I don't know.
24   Q   Were you the subject of an internal affairs
25  investigation in Columbia County that occurred just a

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 94

1  couple of months after this May 2019 incident?
2     A   I was.
3     Q   Was that internal affairs investigation conducted
4  by your employer, the Columbia County Sheriff's Office?
5     A   It was.
6     Q   Did you admit to violating what you were accused
7  of violating in connection with that and accepting a
8  punishment?
9     A   Can you be more specific?
10    Q   Why don't you be more specific.  Tell me what you
11 admitted to?
12    A   I don't recall.
13    Q   You don't re- -- how many times have you been the
14 subject of an internal affairs investigation, Deputy?
15    A   Once.
16    Q   And you don't recall what it was about?
17    A   I know what it was about.
18    Q   Okay.  Tell me what it was about.
19    A   I responded to a traffic stop that involved my
20 daughter.
21    Q   And after the traffic stop, did you -- are you
22 familiar with the platform Snapchat?
23    A   I am.
24    Q   Did you Snapchat a fellow officer in connection
25 with that?

Page 95

1     A   I did.
2     Q   And was that fellow officer Serena Davidson
3  (phonetic)?
4     A   It was.
5     Q   Was Serena Davidson also at the Columbia County
6  Jail when you arrested Dillon Webb?
7     A   I don't recall.
8     Q   Did you Snapchat a reference to Ms. Davidson in
9  which you stated that the officer that you had a dispute
10 with was a, quote, fuck boy, end quote?
11    A   I don't recall exactly what I said.
12    Q   Your testimony under oath is you don't recall
13 whether you referred to this other officer that was the
14 subject of your only internal affairs investigation ever,
15 a, quote, fuck boy, end quote, that's your testimony, sir?
16    A   That's correct.
17    Q   If Ms. Davidson said to the investigator that you
18 did that, would she be lying?
19    A   I can't speak for Ms. Davidson.  I -- like I
20 said, I don't recall what was said.
21    Q   Have you ever used the phrase "fuck boy"?
22    A   Possibly.
23    Q   Is it derogatory?
24    A   It is.
25    Q   Could it be obscene?

Page 96

1     A   It could.
2     Q   Could you arrest yourself or ask a colleague to
3  arrest you for using that phrase?
4        MR. CARSON:  Object to form.
5     A   If it was on the back of my window, then, yes.
6  BY MR. GELFAND:
7     Q   But if you say it in a context that is not on the
8  back of your window, then that's the distinction?
9     A   I mean, if it's not obscene writing on the back
10 of my vehicle, then, no.
11    Q   The report identified as "CCSO-Webb 37,"
12 disclosed in discovery in this case, says that you stated
13 you did call him a, quote, fuck boy, end quote, is that
14 inaccurate?
15    A   I don't know what you're looking at.  I don't
16 have it in front of me.
17    Q   That refresh your recollection?
18    A   It does not.
19    Q   What was your consequence?
20    A   For which part?
21    Q   For this internal affairs investigation.
22    A   I was suspended 10 days for improper use of David
23 (sic) and five days for unprofessional conduct, I believe.
24    Q   What did the unprofessional conduct refer to?
25    A   Because I arrived on a traffic stop where I was

Page 97

1  not requested.
2        MR. GELFAND:  Let's take a 5-minute recess.  And
3     I may or may not have any more questions for you,
4     Deputy.
5        (Brief recess held.)
6  BY MR. GELFAND:
7     Q   Deputy, we are returning from a brief break.  You
8  understand you're still testifying under oath?
9     A   That's correct.
10    Q   Deputy English, when you pulled Mr. Webb over and
11 arrested him, did you run a criminal history check on
12 Mr. Webb in the ordinary course of your activities that
13 day?
14    A   So whenever we pull someone over, we switch to an
15 additional channel and we run their driver's license
16 information and, from there, dispatch will give us whatever
17 pertinent information there is.
18    Q   Did you learn that Mr. Webb had no prior history
19 of any sort of arrests or criminal convictions?
20    A   Yes.
21    Q   Deputy, I asked you whether you discussed this
22 incident with your supervisor, Corporal Kirby.  Other than
23 with your attorneys, which I'm not asking you about, have
24 you discussed this incident at all with anybody else?
25    A   No.

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 98

1    Q   To this day, other than your attorneys, you've
2  never told anybody else "I pulled someone over for a bumper
3  sticker that said 'I eat ass,'" or something along those
4  lines?
5    A   I've not intentionally seeked (sic) out any
6  conversation in regards to this incident, no.
7    Q   How about unintentionally, has it come up in
8  conversation?
9    A   I get random messages on Facebook with people
10  sharing me videos and trying to tag me in stuff and I
11  delete them and block the people, so...
12    Q   Let's talk about that.  You referenced Facebook.
13  Do you have a Facebook account?
14    A   I do.
15    Q   What is your Facebook account?
16    A   Can you be, like, more specific?
17    Q   Yeah.  What's your Facebook log-in?  What's your
18  Facebook name, if you will?
19    A   I believe it's under "Travis English 33" is the
20  user name, ID.
21    Q   And what specifically were you referencing you
22  received from other people?  You said videos and those
23  kinds of things?
24    A   I've got death threats.  I've got shared YouTube
25  links to Mr. Webb's video on YouTube.  I mean, just random

Page 99

1  people trying to converse with me about them.
2    Q   Okay.  And, to be clear, is it your impression
3  that some of those people, you know, find the situation
4  funny perhaps?
5    A   I don't know.  I don't conversate (as spoken)
6  with them.
7    Q   Is it your impression that some of those people
8  are disturbed that they perceive you violated someone's
9  Constitutional rights?
10    A   Again, I don't conversate with them.
11    Q   Has anyone said anything like that to you?
12    A   Not that I can recall.
13    Q   Did you report the death threats that you claim
14  were made?
15    A   I did not.
16    Q   Why not?
17    A   What's the point?
18    Q   Is that rhetorical?
19    A   No.  The guy lived in a different state, so...
20    Q   Are you aware that other states have law
21  enforcement?
22    A   Right.  But it's easier to delete the message and
23  block the person.  It's not a credible threat to me.
24    Q   So, to be clear, did you take more criminal
25  enforcement -- did you apply more criminal enforcement to a

Page 100

1  sticker that said "I eat ass" than a death threat directed
2  at a cop?
3    A   So, in order for a threat to be validated, it has
4  to be a credible threat.  Someone that lives several states
5  away saying that they "hope bubba kills me," to me that's
6  not credible, so, therefore, I didn't waste any energy on
7  it.
8    Q   Have you conversed with any of these people that
9  have reached out to you?
10    A   No.
11    Q   Are they all strangers, in essence, to you?
12    A   Pretty much.
13    Q   And to be clear, I just want to be crystal clear
14  for the record, you're not suggesting that Dillon Webb had
15  anything to do with any of these communications, correct?
16    A   No.
17    Q   Deputy, you've testified over and over today that
18  you believe the phrase "I eat ass" violates Florida law; is
19  that correct?
20    A   That's correct.
21    Q   So if tomorrow you were patrolling on the streets
22  of Columbia County on duty, performing your law enforcement
23  functions, and you saw a truck with "I eat ass" displayed
24  on the vehicle, what would you do?
25    A   I wouldn't do anything.

Page 101

1    Q   Why not?
2    A   Because we were told to wait until this lawsuit
3  is was over with.
4    Q   You were told by whom?
5    A   The Sheriff's Office sent out a letter in
6  reference to Mr. Webb, saying that we would not enforce it.
7    Q   Until this lawsuit is over?
8    A   I'm -- it didn't say "until this lawsuit is over
9  with," but...
10    Q   So what specifically were you told not to do?
11    A   "Not to pull vehicles over with 'I eat ass' on
12  them."
13    Q   Is it your understanding that if the message is
14  something other than "I eat ass," then you still can pull
15  someone over if you believe it's obscene?
16    A   Yes.
17    Q   So if you saw "kiss my ass" tomorrow, you will
18  pull someone over?
19        MR. CARSON:  Object to form.
20    A   Probably not.
21  BY MR. GELFAND:
22    Q   Why not?
23    A   I don't have an answer for that.
24    Q   Deputy, do you regret what you did with respect
25  to Mr. Webb?

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

---

Page 102

```
1     A   I do not.
2     Q   Looking back at what happened with the benefit of
3  everything you may have thought about or learned since
4  then, would you do anything differently?
5     A   No.
6         MR. GELFAND:  I have no further questions.  Thank
7  you.
8         MR. CARSON:  I have no questions.  He'll read.
9         (Plaintiff's Exhibit 1 was previously marked for
10 identification.)
11        (Deposition concluded at 3:27 p.m.)
12              - - -
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 103

```
1          C E R T I F I C A T E  O F  O A T H
2     STATE OF FLORIDA
3     COUNTY OF COLUMBIA
4          I, the undersigned authority, certify that TRAVIS
5     ENGLISH appeared before me and was duly sworn on this
6     4th day of November, 2020.
7
8
9          Jennifer Parrish, Court Reporter,
           Notary Public, State of Florida at Large
9          My Commission No. GG 307266
           Expires:  March 4, 2023
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 104

```
1          C E R T I F I C A T E  O F  R E P O R T E R
2     STATE OF FLORIDA
3     COUNTY OF COLUMBIA
4          I, Jennifer Parrish, Court Reporter, certify that I
5     was authorized to and did stenographically report the
6     foregoing VTC deposition of TRAVIS ENGLISH; that a review
7     of the transcript was requested; that the foregoing
8     transcript, pages 1 through 102, is a true and complete
9     record of the testimony given by the witness.
10         I further certify that I am not a relative,
11    employee, attorney or counsel of any of the parties, nor am
12    I a relative or employee of any of the parties' attorneys
13    or counsel connected with the action, nor am I financially
14    interested in the action.
15         The foregoing certification of this transcript does
16    not apply to any reproduction of the same by any means
17    unless under direct control and/or direction of the
18    certifying court reporter.
19
20         Dated this 18th day of November, 2020.
21
22
           Jennifer Parrish, Court Reporter
23
24
25
```

---

Page 105

```
1     Third Circuit Reporters & Video
      Post Office 827
2     Lake City, Florida 32056
      386.754.2482
3     www.AllCourtReporters.com
4     MATTHEW J. CARSON, ESQUIRE
      123 North Monroe Street
5     Tallahassee, Florida 32301
      850-205-1996
6     Mcarson@sniffenlaw.com
7     In Re:  11/4/2020 Deposition of TRAVIS ENGLISH
8     UNITED STATES DISTRICT COURT
      MIDDLE DISTRICT OF FLORIDA
9     JACKSONVILLE DIVISION
10    CASE NO.:  3:19-cv-975-J-34JBT
11    DILLON S. WEBB, PLAINTIFF,
12    vs.
13    TRAVIS M. ENGLISH, CHAD
      KIRBY, AUSTIN DAMPIER, and
14    SHERIFF MARK A. HUNTER, DEFENDANTS.
      _____/
15
      Dear Mr. Carson,
16
           The referenced transcript has been completed and
17    awaits reading and signing.
           The original of this deposition has been forwarded
18    to the ordering party and your errata sheet, once received,
      will be forwarded to all ordering parties as listed below.
19
      Thank you.
20    _____
      Jennifer Parrish
21
      CC:  ANDREW BONDERUD, ESQUIRE
22    301 West Bay Street, #1433, Jacksonville, Florida 32202
      904-438-8082, Bonderudlaw@gmail.com
23
      JUSTIN K. GELFAND, ESQUIRE
24    IAN T. MURPHY, ESQUIRE
      8000 Maryland Avenue, Suite 420, St. Louis, Missouri 63105
25    341-390-0234, justin@margulisgelfand.com,
      ian@margulisgelfand.com
```

---

*Third Circuit Reporters & Video*
*www.AllCourtReporters.com  |  855.850.7038*

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Page 106

```
1                    ERRATA SHEET
2    UNITED STATES DISTRICT COURT
     MIDDLE DISTRICT OF FLORIDA
3    JACKSONVILLE DIVISION
4    CASE NO.:  3:19-cv-975-J-34JBT
5    DILLON S. WEBB, PLAINTIFF,
6    vs.
7    TRAVIS M. ENGLISH, CHAD
     KIRBY, AUSTIN DAMPIER, and
8    SHERIFF MARK A. HUNTER, DEFENDANTS.
9    _____
10        I, TRAVIS ENGLISH  have read the foregoing pages of
     my deposition given on the 4th of November, 2020, and wish
11   to make the following amendments, additions, deletions or
     corrections:
12
     PAGE NO.    LINE      CHANGE AND REASON FOR CHANGE
13   _____    ____    _____
14   _____    ____    _____
15   _____    ____    _____
16   _____    ____    _____
17   _____    ____    _____
18
19        In all other respects the transcript is true and
     correct.
20
          Under penalties of perjury, I declare that I have
21   read my deposition and that it is true and correct subject
     to any change in form or substance entered here.
22
23        _____
                    TRAVIS ENGLISH
24
          DATE: _____
25
```

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Index: --I..anilingus

### Exhibits

**Exhibit 50 English** 3:12
15:22,23 16:1,4,6

**Exhibit 54 English** 3:13
26:1,3,14,17

**Exhibit 55 English** 3:14
36:4,6,10,12 37:16 38:16

**Exhibit 57 English** 3:17
60:17,19,22,24 61:1,11

**Exhibit 58 English** 3:18
70:1,3,7,9,11,25

**Exhibit 59 English** 3:19
70:19,22,24

**Exhibit 60 English** 3:20
79:3,5,8,10,19

**Exhibit 61 English** 3:21
83:15,19,25

---

**-**

**--I** 77:7

---

**0**

**0** 15:22

---

**1**

**1** 16:23 36:22 37:7 46:12
56:11,22 60:8,10 79:15
102:9

**1.32** 45:15

**10** 32:1 49:21 78:6 96:22

**130** 83:17 84:4

**134** 83:17 84:4

**15** 49:21

**1987** 5:25

---

**2**

**2** 16:23

**20** 53:1

---

**2006** 10:1 12:15

**2007** 12:15

**2008** 10:9 12:7,10

**2011** 84:12

**2014** 18:12

**2017** 91:9

**2018** 6:17 8:5,6

**2019** 8:15 13:8 14:2 17:7
18:22 19:16 21:24 25:21
31:10,17 67:4 83:8 87:11,
18,23,25 91:13 93:7,13
94:1

**29** 84:12

---

**3**

**32055** 17:24

**33** 98:19

**37** 96:11

**3:27** 102:11

---

**4**

**4** 5:25

**45** 12:3

---

**5**

**5** 13:8 15:22 19:16

**5-minute** 97:2

**50** 15:22,23 16:1,4,6

**54** 26:1,3,12,14,17

**55** 36:4,6,10,12 37:16
38:16

**57** 60:17,19,22,24 61:1,11

**58** 70:1,3,7,9,11,25

**59** 70:2,3,19,22,24

**5:50** 17:6,12

**5th** 8:15 14:1 17:6 18:22
21:23 25:21 31:10,17 67:4
83:7 87:11,18,23,24 91:12
93:7,13

---

**6**

**60** 79:3,5,8,10,19

**61** 83:15,19,21,25

**643** 17:23

**6:07** 17:11

**6:08** 18:21

---

**7**

**7:50** 17:12

---

**A**

**a-s** 23:12,15 24:10,15

**a-s-s** 23:13,18

**a-s-z** 23:16

**abetting** 75:25

**abiding** 85:12

**ability** 5:1 67:11

**absolute** 86:24

**absurd** 28:11 76:2

**academic** 9:9

**academy** 8:16

**accepting** 94:7

**account** 98:13,15

**accurate** 16:11 18:2 50:14
58:25 68:9

**accurately** 21:21

**accused** 94:6

**achieved** 10:18

**acknowledged** 30:11

**act** 7:11 25:8,12 28:8,18
29:1,9 89:5 91:1

**acted** 30:3

**acting** 19:9 85:15

**actions** 84:20 88:11

**active** 8:22,25

**activities** 51:25 52:15

---

77:14 97:12

**activity** 21:4

**actual** 66:12

**addition** 8:22 77:12

**additional** 97:15

**adjacent** 75:9

**admission** 40:1,2

**admit** 11:22 23:3 66:17,22
94:6

**admitted** 11:24 34:18
94:11

**admitting** 92:3

**adults** 89:13

**advocate** 89:4

**affairs** 93:24 94:3,14 95:14
96:21

**affidavit** 45:4 59:15

**afternoon** 13:15

**agency** 84:20,23

**agency-issued** 78:24

**agree** 5:11 24:9 25:18,19,
23 28:11,13,16,17,21
29:19 35:24 44:16 49:4
51:1 53:7,8 55:18 61:19
76:2 85:3 86:1,3 87:24
89:3,6 92:4

**agreeing** 59:10

**aiding** 75:24

**aircraft** 11:3

**Allegedly** 91:24,25

**allowed** 75:21

**alternative** 39:8

**Amendment** 9:15 47:7,9,
13 65:19 68:17,21 69:1,5,
14,16 82:16,21 86:2 87:13,
21

**amendments** 85:25 86:6

**American** 86:23

**amount** 71:6

**anilingus** 27:4,8,14,19,21
89:1,7,14

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Index: answering..capacity

**answering** 5:6

**answers** 23:16

**anus** 28:9,19 29:2,9

**anyone's** 62:15

**anytime** 38:9

**appeared** 32:25

**appearing** 5:15

**appears** 30:24

**apply** 84:25 87:8,12,20
99:25

**approach** 30:6,10 38:14

**approached** 30:9 60:13
63:2 81:9

**approved** 19:1

**approximately** 6:15 8:2,
18,20 12:5 13:12 14:1 28:3
45:15 52:7 53:5 74:20,23
75:2 78:4,6

**April** 8:5

**argument** 12:18

**arranging** 21:23

**arrest** 12:24 33:5,22 35:4,
6,9,13 39:9 45:4 49:15
53:1 55:12 57:21 59:15
61:13,22 62:2,18 64:9
68:18,22 72:7 76:5,16 78:5
88:17 96:2,3

**arrested** 12:12 40:1 44:22
49:16,25 63:2 64:15 74:25
81:16 87:19 95:6 97:11

**arresting** 39:13,20 54:10
75:24 92:11,23

**arrests** 13:5 97:19

**arrive** 64:25

**arrived** 65:8,11,14 69:23
71:7,23,25 73:1 77:15
78:21 96:25

**arse** 92:20,22

**artillery** 11:1

**asks** 5:6

**ass** 22:6 23:5,13,18,22
24:7,9,14,20 25:5,7,16,20

26:21 27:3,11,13,18 28:5,
17 29:4,8 32:6,10,14
33:15,21 34:3 44:2 47:1,21
48:9,14 49:5,9,17 51:4,8
62:6,21 66:20 70:16 71:3
88:25 90:3 91:8 93:7,12,16
100:1,18,23 101:11,14,17

**ass,'** 20:17 98:3

**assign** 39:3

**assigned** 6:7

**assistance** 45:24

**assume** 5:12 18:2 27:3

**ate** 34:10

**attention** 13:7 59:25

**attitudes** 84:20

**attorney** 5:16 16:19 39:5
84:3

**attorney's** 82:14,24

**attorneys** 97:23 98:1

**attributed** 92:5

**audio** 21:3 52:15 56:12

**audio's** 56:14

**August** 6:17 8:5 84:12

**authentic** 37:5,12

**authenticate** 37:1

**authenticity** 36:21

**authority** 35:3,6,9,13 67:3
86:9 88:12,19

**autogenerated** 17:14

**automatically** 18:1

**automobile** 18:18,19

**autopopulates** 17:18

**aware** 34:14 52:10,19
73:22 76:24 81:1 82:14,18,
20 84:20 86:19 91:8,12
92:16,19 99:20

                    B

**baby** 90:18

**back** 6:21 22:2,5 23:4
27:15 30:21,24 36:13 37:3,

16,21 41:5 44:13 46:3
48:1,21 50:2,3,4,20 54:7
55:4 56:6,9 60:14 63:14
71:13 72:1 73:8,16 78:24
79:24 81:2,4 82:13 87:24
89:10 91:10 96:5,8,9 102:2

**background** 5:23 9:20

**backpack** 11:19

**bag** 80:25

**bail** 13:3

**bailiff** 6:9,11 7:5

**ban** 93:2,4

**barely** 56:23

**based** 18:1 19:24 21:20
31:23,25 35:14 41:22
44:16 62:19

**basic** 8:16 10:16

**basically** 19:17 39:2,6
52:8 78:13 80:6

**Bates** 16:15,22 83:16 84:3

**battalion-level** 11:13

**battery** 12:13

**beginning** 21:17

**belief** 32:19

**believed** 47:15 65:5

**belonging** 81:24

**belt** 80:20,23,24

**benefit** 4:11 102:2

**big** 52:7

**bigger** 73:3,9

**birth** 5:24

**bit** 5:23 48:23 57:8

**Bits** 57:11

**black** 80:20

**block** 73:20 74:3 98:11
99:23

**blue** 80:21

**board** 52:11

**body** 77:3,4

**bond** 13:3

**BONDERUD** 26:5,8,10
46:8 83:16,18,21

**booking** 39:13 80:9

**bottom** 16:16 18:22 84:3

**bounds** 86:13

**boxes** 72:18

**boy** 93:22 95:10,15,21
96:13

**branch** 10:10

**break** 7:22 54:18,25 55:5
97:7

**Briefly** 21:9

**brings** 38:16

**broke** 55:7

**brought** 73:14

**brown** 80:21

**bubba** 100:5

**bumper** 90:23 92:10,23
98:2

**business** 12:20

**butt** 27:22 29:14 89:19
90:2,5 91:4

**butthole** 90:6

                    C

**call** 50:11 64:4 69:12 96:13

**called** 7:19 11:1 50:20
69:23 71:7 92:19

**calls** 7:8 14:8

**cam** 20:24 21:1,7,16,20
30:25 36:16 37:2 52:11,14,
21 56:12 60:10 61:7 65:17
77:3,8,9

**camera** 26:16 37:20 61:3,6
70:12 78:22 79:14

**cams** 77:4

**Canon** 84:10 85:10,12

**capacity** 6:23 8:3,4 10:22
19:2 88:1

**capture** 70:14

**captured** 52:21 60:10
79:14

**car** 7:17 24:1 34:3 48:8,13
50:2,3,4 53:24 60:6 68:13
78:23 79:25 93:6,13

**Cardi** 33:8,20

**career** 42:24

**carry** 21:4

**Carson** 20:8 23:21 25:6,13
29:11 35:12,18 36:18,23
37:3,8,13 39:15 41:2 42:23
44:25 47:14 48:15,25
49:11 50:23 53:20,25
54:11,18,20,23,25 58:16,
21 59:3,6,13 62:8,10,15,22
63:13 65:24 67:5 68:4,23
69:9,19 82:17 88:14,21
90:4 91:5 93:3 96:4 101:19
102:8

**case** 13:21 16:18,20 17:20
20:14 21:8 47:16 68:15
77:18 85:16 92:15 96:12

**cases** 4:17

**cash** 75:18

**caused** 26:18

**CCSO-WEBB** 16:23 83:17
84:4 96:11

**cell** 51:19,20,22

**censor** 67:3 88:13,20

**censoring** 67:6,9

**centuries** 92:17

**certificate** 8:17

**certificates** 10:5

**Chad** 19:3,4 50:8,10

**change** 48:8 49:17 50:1
59:14 62:5 81:11

**changed** 67:25

**changing** 22:25

**channel** 90:19 97:15

**character** 87:1

**charge** 82:4,7

**charged** 82:8

**check** 97:11

**Chevy** 18:12

**chief** 85:24 86:4

**child** 20:17 34:20,24 35:5,
11,17 36:1

**children** 42:7,8

**choice** 8:12,13

**chooses** 5:5

**chose** 68:2

**chronologically** 38:12,17

**circumstances** 45:2

**city** 6:1,2 17:24 18:8

**claim** 99:13

**clarify** 14:18 52:7 89:12

**classroom** 8:21 9:3

**clear** 12:21 13:20 17:7
21:1 22:4,23 23:7,17 27:5
30:15 36:15 38:12 41:13
48:7,22,24 51:1,2,7 58:10
61:5,19 62:2 67:14 68:8
70:14 71:2 92:13 99:2,24
100:13

**client** 37:5

**close** 18:4

**closed** 79:1

**clothes** 81:12,15

**colleague** 96:2

**college** 10:4

**color** 88:8

**Columbia** 6:4,5,13 7:12
8:6 12:12 14:17,20,21 16:7
17:23 18:7 19:5,10 33:21
34:25 44:12 61:14,25
66:16,20 67:1,3,15,17,19,
23 68:3,10 69:8 71:17
74:21 75:1,6 76:7 78:8
79:13 84:6,14 85:16 90:23
91:14 92:10 93:25 94:4
95:5 100:22

**comfortable** 19:23

**committed** 39:10 40:2

43:20 91:14

**committing** 44:3,12 61:14
62:1 67:18

**common** 34:14 80:5

**commonly** 40:25 63:17
78:7

**communicate** 65:6,9 66:3
79:23

**communicating** 51:17

**communication** 51:24

**communications** 100:15

**community** 10:4 85:9

**company** 7:19 66:11
69:12 71:7

**complete** 25:7

**compliant** 64:16

**comply** 40:14 62:5 85:8

**composer** 92:16

**Composite** 15:23 83:19

**comprehending** 59:14

**computer** 17:15

**concerns** 41:25

**concluded** 102:11

**conduct** 40:25 41:24 51:3
52:15 58:9 77:12,14 81:19,
23 96:23,24

**conducted** 23:15 87:23
94:3

**conducting** 7:1 51:5

**conference** 13:23

**confusion** 48:23

**conjunction** 66:21

**connection** 14:22 15:17,
18 16:12,19 17:1 21:3,8
52:16,21 76:25 82:1 85:15
87:25 94:7,24

**consensual** 28:8 29:1,9
89:7,13

**consequence** 11:25
96:19

**considered** 68:19

**consist** 8:21

**consistent** 31:9

**consoles** 72:18

**constantly** 83:13

**Constitution** 9:4,10 47:9
68:21 69:2,6,17 85:25 86:5

**constitutional** 85:9 99:9

**Constitutionally** 35:25

**consult** 50:5,20

**contact** 13:17 14:2,5,12
15:2 29:23 50:16 65:15

**contemporaneous** 21:2

**context** 14:19 31:24 38:20
96:7

**continue** 50:17,19,21
64:15

**contraband** 41:19,20
72:9,21

**conversate** 99:5,10

**conversation** 38:15 52:20
54:7 55:8 60:5,9 98:6,8

**conversations** 14:9

**converse** 99:1

**conversed** 100:8

**convey** 24:4

**convictions** 13:5 97:19

**cooperative** 40:12

**coordinated** 11:1

**cop** 100:2

**copy** 16:11 43:8,12,23
44:5

**corner** 16:16 69:24 73:3

**corporal** 19:3,5 50:8,9
51:11,12,13,17 52:19,23
54:6,22 55:9,11,23 56:23
57:9,15,16,19,24 58:10,17,
24 59:19 60:5 69:13 71:25
76:15,21 77:12,17,20,24
97:22

**Corps** 7:20 10:11,12,18,

20,25 28:3

**correct** 5:14 7:25 9:18
12:23 16:23 17:8,9,13,24
20:15,21,22 21:10,11,13
22:7 23:1,2,6 25:22 27:25
28:3 29:17,24 30:16,17
31:22 32:16 33:7 37:1
38:21,22,25 39:16,21 40:3,
5,6 41:12 42:12,13 44:19,
20 45:1,9,11,12 48:11
49:7,14 50:14 51:9,16
52:3,4,12,16,17,22 53:9
55:6,9,10,13,14,21,25
56:1,4,5 57:23 58:20 59:2
61:9,23 62:9,12,13,23
63:4,6,19 64:20,23,24
65:25 68:3,11,15,16 71:3,4
72:3,15,19,20 75:10,12
76:17,18 78:10,12,19
80:14,17 85:1,13,14,18
86:7 88:7,9,10 95:16 97:9
100:15,19,20

**correctly** 7:23 47:20

**counsel** 21:7

**country** 7:10 28:2

**county** 6:4,5,13 7:13 8:7,
11 12:12 14:17,21 16:7
17:23 18:7 19:5,10 33:21
34:25 44:12 61:15,25
66:16,20 67:1,4,15,17,19,
23 68:3,10 69:8 71:17
74:21 76:7 78:8 79:13
84:6,14 85:16 90:24 91:14
92:10 93:25 94:4 95:5
100:22

**couple** 4:18 26:5 49:21
94:1

**courses** 10:6

**court** 4:11 7:5 8:24 9:1
13:23 39:3,6,7,25 43:14,17
44:7 45:23 46:1 82:21
83:22

**courthouse** 6:9,10

**COVID-19** 5:17

**crazy** 64:19

**credible** 99:23 100:4,6

**crime** 7:9 39:10 40:2 43:20
44:3,12 50:24 51:3 61:14,
16,20 62:1 67:19 89:14,15,

16 91:14

**criminal** 4:17 12:11 39:6
82:4 97:11,19 99:24,25

**crude** 31:18,21

**crystal** 23:7 48:7 100:13

**cuffing** 39:9

**custody** 45:10,14 63:5,12

———

**D**

**danger** 68:13

**dangerous** 68:13

**dash** 20:23 21:1,7,16,20
30:25 36:16 37:2 52:10,14,
21 56:12 60:10 61:7 65:17
77:8,9 92:9

**date** 5:24 12:16 14:23 17:4,
5,11,17 19:7,10 22:15,20
39:3 43:14 84:11 87:18

**daughter** 94:20

**David** 96:22

**Davidson** 95:2,5,8,17,19

**day** 13:8,11,17 14:1,4,7
16:8 20:24 43:25 44:7 47:8
50:16 59:20 67:24 77:20,
23 78:3 97:13 98:1

**days** 12:3 13:13 96:22,23

**death** 98:24 99:13 100:1

**December** 5:25

**decide** 61:22

**decided** 23:19 32:20 57:21
68:22 69:2,6,12 82:15

**decision** 32:24 39:19
49:15 62:2,18 67:16 68:18

**decisions** 69:18

**defendants** 77:25

**defenders** 39:5 87:1

**defense** 16:18 82:16,21

**defensive** 20:3

**defined** 33:6

**defines** 31:7,14 33:7

**definition** 31:24

**delete** 98:11 99:22

**delicacy** 34:15

**Department** 7:16

**depend** 89:24

**Depending** 39:10 43:18,
19

**depends** 15:10 24:18
28:23 64:10,11,12

**depicted** 61:11

**depicts** 37:18,19

**deposition** 4:15 5:16
36:19,20 102:11

**deprecatory** 31:9

**deputies** 71:17 76:12 80:9
85:11

**deputy** 4:15 5:15,23 6:12,
18,22 12:11,18 13:7 16:16
22:21 31:7 32:19 36:25
37:16 46:11 54:2 55:4,7
57:7 67:3 71:23 74:20
85:16 87:11 93:1 94:14
97:4,7,10,21 100:17
101:24

**derogatory** 30:21,23 31:7,
13,16,18,20 33:4 51:15
54:8 88:13,20 95:23

**describe** 11:12 12:17 30:8
37:17 63:10

**detail** 63:10

**detained** 38:20 44:14 63:6

**Detention** 76:7 78:8 79:13

**determining** 23:19

**device** 21:2 52:3 77:2,5

**dictionary** 31:7,14,23

**differ** 28:14

**differentiate** 90:2

**differently** 102:4

**digits** 18:13

**diligently** 87:8,12,20

**Dillon** 13:17,20 14:23
16:12 18:10 20:2,3,13,16,

20 21:24 95:6 100:14

**diploma** 9:22,25

**direct** 4:8 13:7 40:20 48:8

**directed** 49:25 100:1

**directing** 46:17,23

**direction** 49:8

**directions** 43:24

**directive** 62:5

**directives** 40:15

**disagree** 20:7 25:18 45:7,
17 51:1

**discharge** 11:4

**disciplinary** 11:7

**disclosed** 96:12

**disclosure** 92:15

**discovery** 16:20 90:19
96:12

**discuss** 77:17

**discussed** 77:21,24 78:2
97:21,24

**discussion** 56:16 57:19

**dismissed** 12:25

**disobey** 40:17

**disparaging** 31:9

**dispatch** 18:1 97:16

**display** 24:2 32:21 47:17

**display-** 37:20

**displayed** 27:15 47:25
89:24 100:23

**displays** 33:3

**dispute** 95:9

**disputing** 29:23

**distinction** 96:8

**disturbed** 99:8

**division** 6:7

**document** 15:1 16:14
19:24 29:12 39:2

**documentation** 15:3

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Index: dollars..fence

**dollars** 74:4

**Donald** 91:22 92:5

**donkey** 34:7,10,14

**door** 79:1,24

**drawers** 72:17

**Dream** 7:19

**drive** 38:24 65:21 76:10,14 78:4

**driven** 44:21

**driver** 29:21 74:7,9,15,17 75:16,21,23

**driver's** 18:11 30:14 40:23 97:15

**driving** 67:20 73:7

**drove** 75:3

**drugs** 4:25

**duly** 4:5

**duties** 7:6

**duty** 7:11 13:8 21:4 86:12 87:4 88:5 100:22

**Duval** 17:23 18:6

**E**

**E(3)** 85:10

**E-1** 10:16 12:2

**E-2** 12:2

**E-6** 10:19

**E-N-G-L-I-S-H** 4:14

**earrings** 80:20

**earth** 93:15,18

**easier** 99:22

**eat** 20:17 22:6 23:5,12,13, 22 24:7,9,10,14,15,20,21, 25 25:3,4,7,14,15,16,20 26:21 27:2,11,13,18 32:5, 10,14 34:3 46:25 47:21 48:9,10,13,14 49:5,9,10, 17,18 51:4,8 62:6,7,19,20 66:20 70:16 71:3 88:25 91:8 93:7,12,16 98:3 100:1,18,23 101:11,14

**eating** 34:7

**edit** 17:18,20

**education** 10:3

**educational** 9:20

**effect** 58:4 84:13

**effective** 84:11

**effectively** 39:25

**effectuate** 22:8

**elapsed** 71:6

**election** 91:18

**elicit** 93:7,9,13

**else's** 29:14

**emailed** 37:3

**employed** 6:3,13,19 7:12, 14

**employer** 94:4

**employment** 6:16 14:20 84:14

**enable** 45:24 46:5 56:12

**enabled** 56:14

**end** 6:17 8:3 13:11 20:5 21:17 22:6 43:24 45:18 69:14 95:10,15 96:13

**ends** 78:18

**energy** 100:6

**enforce** 101:6

**enforcement** 7:2 8:8,10, 14,16 9:8 10:2,21 21:4 27:24 42:20,24 51:24 53:19 67:11 77:14 85:11, 21,22 86:12,14,17,18,22, 25 87:6,8 88:1 99:21,25 100:22

**enforcing** 67:11 83:3

**engage** 27:8,14,19 28:8 29:1,8 89:1

**engaged** 6:23

**engaging** 89:13

**English** 4:4,12,15 5:15 25:1 36:25 97:10 98:19

**enlist** 10:8

**ensure** 84:19 86:25

**entered** 10:12

**entertaining** 59:15

**entire** 71:14

**entirety** 16:25 21:18 36:25 60:4 62:25 72:11,13 84:14

**equipped** 20:23

**essence** 100:11

**essentially** 13:22 21:1 78:14

**established** 86:14

**Ethics** 84:10 85:11,12

**evaluation** 91:13

**events** 71:10 78:2

**evidence** 37:25 38:6,7,10 50:22

**exact** 74:23

**EXAMINATION** 4:8

**exchange** 51:23 75:17

**exchanged** 14:8 30:13

**execute** 23:20

**executed** 23:8,11 24:6 27:6 32:24

**executing** 29:22

**exercising** 65:19

**exhibit** 15:22,23 16:1,4,6 25:25 26:1,3,14,17 36:4,6, 10,12,22 37:7,9,16 38:16 46:12 56:11,22 60:8,10,17, 19,22,24 61:1,11 70:1,3,7, 9,11,19,22,24,25 79:3,5,8, 10,15,19 80:10 83:15,19, 25 102:9

**exists** 34:1

**exit** 40:20,22

**exited** 41:6 60:4,12 78:23

**expect** 28:8

**expected** 28:25 29:8 68:14 84:21

**expecting** 87:14

**experience** 41:23

**explain** 19:17 20:17 34:20, 24 35:17 36:1 42:9 72:4

**explaining** 35:5,11

**explanation** 34:19

**explicit** 48:21

**express** 53:23 59:19

**expressed** 56:3

**expressly** 65:18

**extensive** 51:3

**F**

**Facebook** 98:9,12,13,15, 17,18

**Facility** 76:8 78:9 79:14

**fact** 5:11 29:14 30:22 40:22 53:4,23 57:20 61:20 62:4 63:8 64:22 73:15 77:24 78:1 91:10

**factor** 23:19

**fair** 5:9 33:12 36:20 38:12, 23 39:12,24 41:22 42:3 44:21 47:19 52:18 55:23 58:10 62:18,25 84:13

**fairly** 21:21 33:12

**fall** 89:22

**familiar** 33:15 40:4 47:8 74:21 87:4 92:16 94:22

**fast-forwarded** 21:19

**fault** 62:15

**featured** 91:9

**February** 10:9

**federal** 85:8

**feel** 19:21 35:5,10

**feelings** 42:25 74:13

**feet** 75:12 76:5

**fellow** 94:24 95:2

**fence** 75:8

**fight** 64:19

**fill** 80:6

**finally** 87:2

**find** 41:19 72:21,23 99:3

**fine** 61:5

**finish** 21:12,16

**firearm** 78:25

**fixed-wing** 11:2

**Florida** 6:2 7:17 17:24
    18:7,8,12 22:3,13 33:6
    34:1 35:7 52:6 61:25 67:12
    68:5,19 82:5 83:4 88:2
    89:11,22 100:18

**follow** 73:8

**form** 20:8 23:21 25:6,13
    29:11 35:12,18 39:15 40:4
    41:2 42:23 44:8,25 47:14
    48:15 49:11 50:23 53:20,
    25 54:11 58:16,21 59:3,6,
    13 62:8,22 63:13 65:24
    67:5 68:4,23 69:9,19 82:17
    88:14 90:4 91:5 93:3 96:4
    101:19

**formal** 10:13

**found** 88:13,20

**free** 19:21 38:23 44:17
    45:6 63:3 83:2

**freedom** 9:15

**front** 16:1,15 26:1,10 27:2
    29:21 36:5 40:8 60:22
    70:7,20 79:8 80:11 83:25
    96:16

**Ft** 9:24

**fuck** 93:22 95:10,15,21
    96:13

**full** 4:10 92:15

**full-time** 8:10

**fully** 40:11,14 41:14 52:21
    64:16

**function** 7:4,5

**functions** 100:23

**funny** 99:4

**furious** 42:11,15,22 53:24

**furtherance** 51:24

——————————

**G**

**Gainesville** 7:18,19

**garage** 78:14

**gave** 40:15 41:9 43:22 44:8
    45:13 48:19 57:25 64:22
    73:17

**GELFAND** 4:9 8:25 9:2
    15:21,25 20:11 23:24 25:9,
    17,25 26:7,11 29:15 35:15,
    20 36:4,9,18,24 37:6,9,14,
    15 39:17 41:4 43:1 45:5,23
    46:3,5,10 47:18 48:4,17
    49:2,3,12 50:25 53:22
    54:3,14,21,24 55:1,3 56:8,
    10,14,18,20 57:6 58:19,23
    59:4,7,18 60:17,21 62:11,
    24 63:16 66:1 67:7 68:7,25
    69:11,21 70:1,6 79:3,7
    82:19 83:15,17,23,24
    88:16,23 90:7 91:7 93:5
    96:6 97:2,6 101:21 102:6

**general** 10:24 84:7,21

**generally** 14:12 38:16

**generated** 17:15 18:1

**genius** 86:23

**give** 5:2 39:11,19 41:11,14
    43:8,12 61:21 97:16

**giving** 4:23 40:19 48:18
    56:3

**glass** 37:23 75:1,6

**glitch** 5:18

**glove** 72:18

**government** 86:23

**grab** 91:17,22 92:9

**grabbed** 63:14

**graduate** 10:4

**graduated** 9:21 10:15

**gray** 80:21

**grew** 8:11

**ground** 4:18

**group** 86:24

**guess** 27:22 47:16 50:17
    59:9 89:24

**guilt** 40:2

**gunfire** 11:2

**guy** 99:19

**guys** 37:4

——————————

**H**

**habit** 64:5

**half** 12:3

**hand** 44:19 63:15,17

**handcuff** 62:3 63:8

**handcuffed** 71:13 73:8

**handcuffing** 39:13 63:12

**handcuffs** 61:4,12 63:18,
    20 65:12 81:6,8

**handed** 44:5,9

**hands** 60:14 63:14

**happen** 66:4

**happened** 11:12 12:17,24
    14:16 19:17 30:8 69:22
    73:13,19 74:8,12 79:22
    102:2

**happy** 49:20 65:17

**harm** 42:1

**harmful** 72:9

**He'll** 102:8

**hear** 5:19 56:21,23 57:2,9
    62:17

**heard** 4:19 7:23 28:24
    32:10,14,17 33:9 57:11
    90:15,17,21 91:16

**hearing** 62:15

**held** 46:2 48:3 56:16 97:5

**helpful** 56:25

**high** 9:21,24 10:3

**highest** 10:17

**history** 12:11 97:11,18

**Hold** 54:20

**home** 65:22

**honestly** 24:18

**Honorable** 11:6

**hope** 48:12 74:17 100:5

**hoping** 74:15

**hour** 13:2

**hundred** 75:12 76:5

**hundreds** 74:4 83:12

——————————

**I**

**i.e.** 10:21 69:7

**ID** 98:20

**idea** 32:22 59:16 81:13
    89:18 93:21

**identification** 15:24 26:4
    36:7 60:20 70:4 79:6 83:20
    102:10

**identified** 96:11

**identify** 41:16,19

**illegal** 72:8,23 89:4,8,9,11

**illegally** 22:25

**immediately** 29:17 30:9

**impacted** 91:13

**important** 15:5,8,14 86:5

**imposed** 86:20

**impound** 69:6,10

**impounded** 65:22

**impression** 99:2,7

**improper** 96:22

**in-car** 37:19 61:3,6 70:12
    78:22 79:14

**in-person** 14:9

**inaccurate** 96:14

**incarcerated** 13:1

**incident** 12:5 14:22 15:4
    17:1,11 18:5 19:12 39:4

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Index: include..longer

77:21 94:1 97:22,24 98:6

**include** 9:3 15:12,14

**included** 9:9

**includes** 18:11 85:3 86:1

**individual** 13:21 42:2 85:22 91:16

**info** 5:24

**information** 15:11,15 97:16,17

**informed** 30:12,15 41:8 42:8

**informing** 20:2 32:23

**infringe** 47:6

**infringing** 47:12

**inhibit** 5:1

**initial** 19:15

**initially** 39:18

**initiate** 26:18 38:13

**initiated** 14:14 30:3

**inmate** 80:15

**input** 17:15

**inside** 30:11 59:16 60:5 61:3 65:15 72:9,16 73:15

**institution** 86:24

**instructed** 55:12 59:21 60:13

**instructing** 58:11,25

**insurance** 30:14

**intent** 43:15

**intention** 43:23 44:6,7 48:18,20

**intentionally** 98:5

**intentions** 44:9,10 58:17

**interactions** 63:1

**internal** 93:24 94:3,14 95:14 96:21

**interpret** 24:11

**interpretation** 27:10 34:2, 6

**introduce** 80:10

**inventoried** 71:24 72:2, 13,14

**inventory** 72:8 80:16 81:21,22

**investigating** 50:22,24 51:2

**investigation** 50:18,21 51:5 82:2 93:25 94:3,14 95:14 96:21

**investigator** 95:17

**involved** 94:19

**involves** 90:8

**involving** 14:23 17:1 19:13 28:9,19 29:1,9

**Irish** 90:13

**Italy** 34:15

**itemized** 80:7

**items** 80:24

---

**J**

**jail** 12:20,21,22 15:2 39:9, 14 44:6 52:9,24 53:2 55:12 60:16 62:3 63:22,24,25 66:9,10,14,21,25 76:14 78:5,7,21 79:19 81:2,5,12 95:6

**Jason** 26:6

**job** 6:8 7:24 8:1,6 10:15 42:21 44:24 52:16 85:20

**joke** 34:4

**jurisdiction** 82:15

**Justin** 26:6 54:20,23 83:16

---

**K**

**kills** 100:5

**kind** 8:22

**kinds** 72:18 98:23

**Kirby** 19:3,4 50:2,8,10 51:10,13,17,23 52:5,19,23 54:6,7,10,22 55:9,11,23

56:23 57:9,15,17,19,24 58:11,24 59:19 60:5 69:13 71:25 76:15,21 77:12,17, 20,24 97:22

**Kirby's** 58:17

**kiss** 28:5,17 29:4,8,14 89:19 90:2,8,13 91:4 101:17

**kissing** 28:19 90:5

**knife** 78:25

**knives** 42:1

**knowledge** 14:4,7 19:20 32:18

---

**L**

**labelled** 83:16

**Lake** 6:2 17:24 18:8

**lanes** 22:25

**larceny** 11:14,15 12:1

**laugh** 93:7,9

**law** 8:8,10,14,16 9:8 10:2, 21 21:3 22:13 27:24 39:2 42:20,24 51:24 53:19 67:11 77:14 83:3 85:8,10, 21,22 86:12,13,16,18,20, 22,24 87:6,8 88:1,8 99:20 100:18,22

**law-enforcement** 8:1

**law-enforcement-related** 7:24

**lawful** 67:2

**lawfully** 7:11

**laws** 85:24 86:6 87:4,9

**lawsuit** 77:25 78:1 101:2, 7,8

**lawyer** 5:5,6

**lay** 63:18

**learn** 75:16 97:18

**learned** 102:3

**leave** 8:8,12 38:24 43:17 45:7 63:3

**left** 8:13 71:24 73:21 76:4 77:15 81:4,5

**lessen** 31:8

**letter** 101:5

**letters** 16:15 44:1,11 45:18 46:15,19,25 47:1,24 51:14 56:4 58:2,14 61:24 64:2 82:12

**letting** 69:7

**license** 18:11,13 30:14 97:15

**lick** 27:22 92:20,22

**lie** 59:2,5

**lieu** 39:12,19 40:1

**life** 14:13

**light** 5:17 22:24

**lights** 22:11 29:17,20

**Limitation** 86:8

**limitations** 86:19

**lines** 10:5 22:25 77:3 88:6 98:4

**links** 98:25

**list** 80:7

**listed** 18:10

**listen** 33:14

**listing** 50:14

**lists** 50:13

**literally** 28:15,18 75:9

**litigation** 37:7 75:20

**lived** 99:19

**lives** 100:4

**LKQ** 7:18

**loaner** 6:8

**location** 17:22,25 18:5 52:7 74:23 75:2

**log-in** 98:17

**long** 6:12 8:18 13:1 68:5 78:4

**longer** 44:2,11 51:14

**looked** 33:25 72:16

**lot** 35:24 73:3,9,20,24 75:3 76:4

**lying** 95:18

**lyric** 33:15

**lyrics** 33:4,21 90:17

---

**M**

**M-I-C-H-A-E-L** 4:13

**made** 29:23 31:3 65:15 66:22,24 68:18 69:17 82:20 99:14

**magazines** 78:25

**make** 4:20 5:8,21 39:18 42:21 56:12 57:2,24 62:17 72:8

**making** 49:15

**mammals** 90:18

**manner** 29:25

**manually** 17:15

**Marine** 7:20 10:11,12,18, 20,25 11:18 28:2

**mark** 26:6

**marked** 15:22,24 26:1,3,8 36:6,21 60:19 70:4 79:5 83:20 102:9

**matter** 16:12

**mattered** 32:23

**matters** 11:7

**mean-** 25:10

**meaning** 6:23 16:15 20:17 27:14,18 34:24 39:9 51:18 62:3 88:25 91:25

**meanings** 28:14 55:15

**means** 24:9 25:11,15,16 31:18 48:25 89:4

**meant** 26:23 27:1 31:13 32:8 42:12 53:13

**measure** 84:22

**meat** 34:7

**mechanism** 51:18

**medications** 4:25

**members** 71:16 84:20 85:1

**memorialize** 14:16,18

**memory** 45:17

**mentally** 29:12

**merit** 31:8

**message** 24:4,7 25:20 26:17,20,22 38:13 42:18 48:8 49:4,17 67:9 68:1 99:22 101:13

**messages** 14:9 98:9

**met** 14:9 34:10

**Michael** 4:12

**middle** 4:13

**military** 10:7,8,21 11:5,8

**minute** 75:4

**minutes** 49:21 78:6

**miscellaneous** 80:24

**miscommunication** 48:23

**mom** 34:19 35:17 73:14,17 76:23

**moment** 49:6 57:4 63:1,2 77:15

**money** 73:15,16

**month** 6:15

**month's** 12:3

**months** 8:20 12:4 94:1

**morning** 13:16

**mortar** 11:2

**mother** 65:5,11,18,21 66:2,13,18,23 73:23 75:17, 22 77:13

**motivated** 62:4

**mouth** 29:1,9

**Mozart** 92:17,19,23

**Mr.-** 55:8

**MURPHY** 56:19 57:4

**musician** 33:10,12

---

**N**

**naked** 81:11

**name's** 4:12

**narrative** 18:21,24 19:1, 15,17,19 59:16

**narratives** 60:2

**nature** 10:24 11:4 31:19,21 33:5

**naval** 11:2

**needles** 42:1

**nights** 13:13,14

**nonjudicial** 11:13

**Nos** 70:3

**note** 16:14

**notice** 39:1,6,8,11,19,23 40:8,19 43:4,7,12 44:5,9, 13,18 45:13 55:24 56:3 57:21 58:1,13 59:14 61:21 62:4

**notified** 29:21

**number** 18:11

**numbered** 84:3

**numbers** 16:15,16,22

**numerous** 55:13

---

**O**

**oath** 4:6 23:3,18 29:6,10 32:13 34:18 55:5 84:10 88:24 95:12 97:8

**obeyed** 64:22

**object** 20:8 23:21 25:6,13 29:11 35:12,18 39:15 41:2 42:23 44:25 47:14 48:15 49:11 50:23 53:20,25 54:11 58:16,21 59:3,6,13 62:8,10,22 63:13 65:24 67:5 68:4,23 69:9,19 82:17 88:14 90:4 91:5 93:3 96:4 101:19

**objection** 62:16 88:21

**obscene** 25:16 31:19,21 33:6,7 51:6,8 61:17 66:15 67:12 75:21 82:8 89:10,22 90:13,24 92:7 95:25 96:9 101:15

**observe** 22:20,23 76:21

**occupants** 20:2 30:11

**occur** 12:6 18:7 60:5

**occurred** 18:5 21:21 74:24 93:25

**occurrence** 17:22,25

**offense** 14:17,19,25 15:5, 8,12,18 16:7,11,25 18:17

**offenses** 82:5

**offer** 65:21

**office** 6:4,6,13,19,22 7:13 8:7 12:13 13:24 14:17,21 16:7 19:6,10 67:4 71:17 82:14,25 83:5 84:6,15,25 85:7,12,17 94:4 101:5

**officer** 7:15 8:2,10 14:20 27:24 29:10 41:25 67:12 82:9,10 85:22 86:12,17,18 88:2 94:24 95:2,9,13

**officers** 76:12 86:22,25 87:7,8 93:11

**official** 14:20 21:3 52:15 88:1

**Officials** 87:5

**Olustee** 8:17

**on-board** 21:2

**open** 17:17

**opened** 72:17 79:1,23

**operation** 53:19 70:15

**opportunity** 21:6 46:11 56:21

**opposed** 7:5 40:1 49:23 62:3

**option** 45:22 58:1,13

**order** 48:18 64:22 84:7,13, 18,19,25 86:6 100:3

**ordinary** 43:16 97:12

**orgasm** 93:13

**orgasmic** 93:16

**owner** 66:8,10

---

**P**

---

**p.m.** 17:6,11,12 18:21 102:11

**Pages** 16:23

**pair** 80:20

**pandemic** 5:17

**pants** 80:21,24

**parent** 20:16,21 35:4,10, 22,25

**parents** 36:3

**parking** 73:3,9,20,24 75:3 76:4

**part** 60:9 74:21 96:20

**participate** 80:15

**parties** 28:25

**parts** 21:19

**passenger's-side** 30:10

**pat** 41:8

**pat-down** 41:1 81:18

**pat-downs** 41:24

**patrol** 6:7 54:1 65:15 71:14 77:9 78:23,24 81:4

**patrol's** 7:7

**patrolling** 6:23 71:18 100:21

**patted** 41:16,20

**pay** 12:3 59:25 74:4

**pecking** 86:6

**people** 28:18,20,21 29:13 60:2 64:13 85:23 86:19 93:10 98:9,11,22 99:1,3,7 100:8

**perceive** 99:8

**performance** 7:17 84:22

**performing** 7:4 100:22

**period** 20:5 38:19 71:12

**permission** 41:3,9,11,14

**permit** 65:8

**person** 5:15 28:7,8,23 31:8 33:22 41:9 42:4 50:5 80:7,8 86:24 92:11 99:23

**personal** 42:25 51:22

**personally** 24:8

**pertinent** 97:17

**pervert** 87:1

**phone** 14:8 51:19,20,22

**phonetic** 61:6 68:15 95:3

**photograph** 38:15

**photographs** 38:2,4

**phrase** 24:1,14,15,20,21 26:23,25 27:6,11,13,18 28:5,24 29:3,8,20 32:10, 14,20 42:11 51:8 53:4 61:7 88:25 89:4,19 90:15 91:8, 17,22 93:4 95:21 96:3 100:18

**phrases** 28:14 93:2

**physical** 8:22,24 18:5

**physically** 13:22 44:23 63:11 64:18 65:12 70:15 73:7 74:25 76:9,16 79:24 80:22

**pickup** 14:14 55:19

**picture** 36:13 37:19,21,22 79:13

**pictures** 38:10

**piece** 61:2

**pieces** 57:11

**place** 7:9 28:25 60:13 72:7 78:3

**placing** 61:3,12

**Plaintiff** 13:21 20:14

**plaintiff's** 15:23 26:3 36:6 60:19 70:3 79:5 83:19 102:9

**plate** 18:13

**platform** 94:22

**play** 32:1 36:25 45:15,16, 25 56:6,11,25 65:17

**playing** 33:20

**plays** 46:4,9 56:13,17 57:5

**pocket** 78:25

**point** 5:18 9:12 40:11,14 43:16 44:18 59:20 61:22 63:7 64:25 65:21 76:15 81:14 99:17

**police** 7:16 14:20 50:2,3,4 52:15 60:6 65:12 69:17 73:7,8 76:9 81:2 93:1

**policies** 83:5,11,12

**policy** 83:7 85:5,7 86:4

**popular** 33:12

**port** 78:14 80:3

**portion** 45:25 46:12 56:11, 22 70:15

**portions** 9:3

**portraying** 42:19

**portrays** 37:20

**pose** 68:12

**posing** 62:16

**position** 8:9 10:14 29:7 75:20

**possession** 42:4

**Possibility** 92:25

**Possibly** 95:22

**post** 10:3

**power** 86:24

**practice** 80:5

**prepare** 14:19 15:1

**prepared** 15:18 16:8,11 17:1 76:24

**preparing** 80:15

**prescriptions** 5:1

**presence** 23:18

**present** 76:9 81:14

**presented** 45:22

**preserve** 85:8

**President** 91:22 92:5,9

**presuming** 37:5

**pretty** 42:9 100:12

**prevent** 4:23

**previously** 15:22,24 25:2 26:3 36:6 50:9 56:2 60:19 70:4 79:5 83:20 102:9

**price** 11:18

**primarily** 85:21

**primary** 6:8 7:7 85:20 86:20

**prime** 86:25

**principles** 87:9

**print** 89:20

**prior** 6:21 7:12,19 8:8,15 14:4,7 21:15 22:15,19 28:3 36:18 40:19 47:8 49:15 52:13 67:24 71:5 72:10 83:7 87:11,18 88:11,17 91:12 97:18

**private** 10:16

**problem** 30:2 67:21 68:2

**proceed** 4:21

**promise** 39:25

**proof** 30:14

**property** 80:8,16 81:24 82:1

**prosecute** 82:15,18,20

**prosecuting** 82:14 83:3

**protect** 85:9

**protected** 35:25

**protection** 85:23

**provide** 84:21

**provided** 21:7 37:4

**public** 7:9 39:5 67:10 68:13 84:21 87:5

**published** 25:20 26:17

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020                                                                      Index: pull..reviewed

**pull** 22:10,12 23:19 25:4 29:25 69:2 78:13 92:12 97:14 101:11,14,18

**pulled** 22:15,16 23:14,23 24:13 25:3 26:22 29:16 30:20 31:5 32:14 69:24 78:17 97:10 98:2

**pulling** 30:23 88:17 92:23

**punish** 42:21,24

**punishment** 11:13,25 12:8 94:8

**purpose** 30:16 84:18,19

**purposes** 18:16 37:6 84:2

**pursue** 45:3

**pussy** 33:16,21 91:17,23 92:9

**put** 12:2 18:3 27:2 29:17,20 37:25 38:6,7 40:8 57:25 58:8,11,25 59:10,21 60:2 63:20 69:24 74:4,5

**puts** 18:1

**putting** 59:16 61:20 63:12 70:16

---

**Q**

**question** 5:4,6,7,12,13 16:9 22:9 23:16 24:12,14 25:14,19 27:17 34:11 35:8, 14 36:2 44:5 54:13 67:25 68:20 77:7 87:17 88:15

**questionable** 91:4

**questions** 5:5,17 54:17 55:8 57:3 97:3 102:6,8

**quick** 54:18,25 62:10

**quote** 20:4,5 22:6 45:18 69:14 81:18 88:5 95:10,15 96:13

---

**R**

**race** 7:17

**radio** 33:20

**raised** 31:25

**random** 98:9,25

**range** 17:11

**rank** 10:14,17 12:2 51:11

**re-** 94:13

**reached** 78:22 100:9

**reaction** 93:16

**read** 22:6 23:5,12 84:17 85:6,19 86:11,16,17 87:2 102:8

**readily** 23:3 66:17,22

**reading** 17:10 24:19 84:24

**real** 62:10

**rear** 37:23 71:13 79:1

**reason** 20:2 23:4,23 30:12, 20,23 31:5 66:12

**recall** 6:15 9:5,8,12,14,17, 19 13:10 14:6 17:21 29:5, 6,13 30:19 32:4 34:20 38:3,9 60:11 65:10 71:8,9, 21,22 73:12,21 75:19 80:1 94:12,16 95:7,11,12,20 99:12

**receive** 9:25 10:3 12:1,8

**received** 8:15 9:21 11:5 52:13 98:22

**recess** 46:2,7 48:3 55:2 97:2,5

**recognize** 16:4 26:12 36:10 60:24 70:9,22 79:10 86:22

**recognizing** 82:16

**recollection** 91:21 96:17

**record** 16:14,22 36:19 37:11 46:3,6 52:14 55:4 56:8,9,15,16 84:2 100:14

**recorded** 52:20

**recording** 21:2 77:2,5

**records** 21:2

**red** 22:24

**reduced** 12:2

**refer** 23:25 28:18 37:7 51:2 55:19 63:17 64:9,13 96:24

**reference** 15:3 18:16 39:4 53:14 95:8 101:6

**referenced** 98:12

**references** 16:18 17:22 20:1

**referencing** 98:21

**referred** 34:7 40:25 61:6 78:7,8,15 95:13

**referring** 20:13 27:3 32:5 37:16 47:12 51:3,5,7 53:10,24 61:7 78:15 80:13 89:23

**refers** 25:8,12 85:11 91:1

**reflect** 21:21 26:17

**reflected** 17:4 38:16

**reflecting** 66:19

**refresh** 45:16 91:21 96:17

**refusal** 62:19

**refuse** 64:2

**refused** 47:4 52:9 58:2,15 82:12

**refusing** 51:15

**registered** 66:8,10

**registration** 30:14

**regret** 101:24

**related** 8:1

**relationship** 65:4

**released** 73:23 75:17

**releasing** 75:22

**relevant** 15:14 35:16

**remain** 69:7 81:1

**remember** 5:2 45:19

**remove** 44:11 46:19 47:24 56:4 58:2,14 61:24 64:2 81:8 82:12

**removed** 44:1 46:20 74:18 78:24

**repeatedly** 37:10

**rephrase** 5:8 87:17 88:15

**report** 14:17,19,25 15:18

16:8,11,25 17:5,10,17 18:17 50:13 57:25 58:11, 25 59:11,21 96:11 99:13

**reporter** 4:11 8:24 9:1 46:1 83:22

**reporter's** 13:24 45:23

**reports** 15:6,9,12 76:25

**reputation** 31:8

**request** 58:20

**requested** 11:1 30:13 43:5 74:18 97:1

**requests** 15:3 40:17

**required** 22:13 72:14 81:11

**researched** 33:25

**reserve** 7:15 8:2

**reside** 6:1

**resigned** 8:6

**resist** 82:10

**resisting** 82:9

**resolved** 43:21

**respect** 19:12 21:24 39:18 50:10 66:3 80:2 88:4,11,18 101:24

**respond** 47:2 52:5 58:4

**responded** 94:19

**responsibilities** 7:6 87:5

**responsibility** 7:8 85:20, 21 86:20

**restraints** 63:15,17

**restriction** 12:3

**restrictions** 86:19

**result** 12:1

**retrieve** 66:11

**retrieved** 73:16

**returning** 97:7

**review** 19:24 21:6,20 83:11

**reviewed** 52:6 83:7,9

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

**rhetorical** 99:18

**ride** 50:19

**right-hand** 16:16

**rights** 65:19 85:9 99:9

**road** 67:10

**roads** 7:10

**Roberts** 71:23

**role** 7:7

**room** 5:20

**rotary-wing** 11:3

**rules** 4:19

**run** 64:19 97:11,15

**running** 22:24

---

**S**

**S-S** 25:7

**safe** 29:25

**safely** 30:1

**safety** 41:25 68:13

**sally** 78:14 80:3

**sanction** 12:9

**sat** 21:18 71:23 78:2

**satisfied** 46:21

**scene** 65:1,9 71:25 74:19
76:5,16,22 77:15 78:5

**school** 9:21,22,24 10:3,5

**Scope** 84:24

**screen** 36:16 37:18 45:24
48:2 56:7 61:2 70:14 79:15

**search** 72:11,15

**searches** 81:19,21,23

**seat** 40:23 71:13

**seconds** 32:1 53:1

**section** 18:21

**sections** 72:18

**seeked** 98:5

**segment** 26:15 70:12

**seize** 82:1

**sentence** 25:8 85:6,19
86:11,15,16 87:3,6

**September** 12:10

**Serena** 95:2,5

**sergeant** 10:19

**served** 7:20 28:2

**service** 7:8

**serving** 10:25

**set** 64:14

**sex** 28:8,18 29:1,9 91:1

**sexual** 25:8,12 33:4

**sexually** 48:20

**shared** 98:24

**sharing** 45:24 48:2 56:7
98:10

**sheriff** 83:11

**Sheriff's** 6:4,5,13,19,22
7:13 8:7 12:12 14:17,21
16:7 19:6,10 67:4 71:17
83:5 84:6,15,25 85:7,12,16
94:4 101:5

**shift** 13:11

**shirt** 80:21,24

**shit** 52:24 53:2,4,13,18,24
54:4,8 55:13,15,19 69:14

**shoes** 80:21,23

**shop** 7:17

**short** 55:4

**shortly** 29:18 71:24 73:21
81:9

**shot** 36:16 37:18 61:2
70:14 79:15

**show** 15:21 25:25 36:4
43:17 49:20 60:17 70:1
79:3

**showed** 76:16

**showing** 80:11 83:15

**shows** 75:7

**shut** 78:23

**sic** 78:1 96:23 98:5

**sign** 22:24 39:22 40:8,9
43:4

**signed** 43:7 44:13

**signing** 39:25

**Silverado** 18:12

**sincere** 32:19

**sir** 4:24 5:3,10,22 9:16,20
10:7 13:6,9,19 14:11,15
15:13,16,20 16:3,5,13,21,
24 18:15 19:14,25 20:6
22:14,18,22 23:10 26:2,13
27:9,12,16,20 28:4,12
31:1,4,6 36:17 40:13 46:22
50:12,15 54:5,15 78:16
95:15

**sirens** 29:20

**sitting** 9:7 13:21,22 29:6
30:18 70:13

**situation** 15:10 43:18,19
64:12 99:3

**situations** 29:12

**six-year** 42:12

**skip** 86:15

**skipped** 21:19 36:15

**small** 20:16

**Snapchat** 94:22,24 95:8

**snapshot** 26:15

**solely** 62:4

**someone's** 27:22 99:8

**son** 63:24,25 64:4,7,9,13

**song** 90:17,21 92:19

**songs** 32:17,25 33:1,4

**sort** 5:18 10:3,4,21 11:23
31:23 40:1 68:12 77:2,5,14
97:19

**sounds** 76:2

**speak** 8:22 9:9 45:10
58:17 63:18 64:6 75:23
77:3 93:18 95:19

**speaking** 14:12 20:1
28:25 29:13 38:17 55:23

77:13

**specific** 94:9,10 98:16

**specifically** 30:18 34:22
37:22 39:22 41:5 46:17,23
47:2,5 61:10,13 78:20
98:21 101:10

**speech** 9:15 35:25 53:19
67:3,6,15 75:21 88:13,20

**speeding** 22:24

**spell** 4:10

**spelled** 4:12

**spoke** 76:23 77:6

**spoken** 12:22 84:8 90:3
99:5

**Springs** 7:15,16

**ss** 23:13 24:21,25 25:3,15
48:10,13 49:10,18 62:7,20

**staff** 10:19

**standard** 40:4 84:22

**standards** 8:17

**start** 8:3 13:10 21:12,16
83:14

**started** 6:16

**state** 4:10 6:1 18:11 22:3
34:1 35:7 36:19 52:6 65:18
67:12 68:5,19 83:4 85:8
89:11 99:19

**state's** 39:5 82:24

**stated** 20:4 95:9 96:12

**statement** 20:10 22:2,5,16
23:22,25 24:13 25:3,4,8,
16,20 30:22,24 31:2 46:19
47:25 48:21 50:19 62:6
66:15,19,23,24 82:21
89:10

**statements** 61:17

**states** 7:20 9:4,10 10:11,
12,18 33:13 47:9 68:21
69:2,6 85:23,25 91:17
99:20 100:4

**statute** 22:3 33:7 34:1 35:7
52:6 61:25 68:6,19 83:4
89:11,22

DILLON S. WEBB vs TRAVIS M. ENGLISH
Travis Webb - 11/04/2020

Index: statutes..typically

**statutes** 67:12 82:5

**steal** 11:17

**step** 80:4

**sticker** 20:4 23:4,9,12 24:1 30:21,23 32:6 34:3,24 42:18 51:4 52:8 61:21 62:20 64:3 66:19 67:1,16, 22 68:10 69:7 70:16 71:3 75:25 90:23 92:10,13,23 93:6,12,16 98:3 100:1

**sticking** 90:6

**stipulate** 36:20

**stipulating** 37:11

**stop** 14:14,17,22 20:3 21:22 22:1,8,24 23:8,11, 15,20 24:6 26:18 27:7 29:22 30:3,13,16 32:11,24 38:13,20 44:23 52:14 53:14 56:18 72:7 74:24 94:19,21 96:25

**stopped** 23:4 30:4 44:22

**stopping** 22:19

**stops** 56:19

**store** 11:20

**strangers** 100:11

**street** 17:23 18:6 75:21

**streets** 6:24 34:25 44:12 66:16,20 67:1,9,15,16,19, 22 68:3,9,10 69:8 100:21

**strikes** 11:2

**strip** 81:11

**study** 87:9,12,20

**stuff** 98:10

**subject** 93:24 94:14 95:14

**Subsection** 84:17 85:20 86:9

**subsequent** 14:22

**substances** 72:9

**substantial** 71:6

**sued** 77:25

**suggesting** 100:14

**Sunday** 19:16

**supervisor** 19:7,9 50:10, 13 54:1 59:12 69:13 97:22

**supervisory** 19:1

**supposed** 29:24 34:23

**surprised** 54:4 74:8,11

**surprises** 82:24

**surprising** 82:23

**surveillance** 7:1

**suspect** 18:10

**suspended** 96:22

**swapped** 11:18

**switch** 97:14

**sworn** 4:5 6:18 85:11,16 87:10 88:1

**synonymous** 31:21

**system** 17:18 18:2 37:20 61:3,6 70:12 86:23 87:1

———————————

**T**

**T-R-A-V-I-S** 4:13

**table** 13:23 80:6 81:9

**tag** 98:10

**tags** 11:18

**taking** 7:9 36:13 37:20,22 39:9,13,14 67:9 70:15

**talk** 39:4 42:17 50:2 69:25 98:12

**talked** 88:18

**talking** 42:2 53:15 62:16

**Tech** 7:19

**technical** 5:18

**technology** 57:14

**telling** 30:19 47:20,23 60:1

**temporarily** 38:20

**tending** 31:8

**term** 10:13 61:5

**terminated** 8:12

**Terry** 41:1 81:18

**testified** 4:5 25:2 29:16 30:15 50:9 56:2 72:1 75:4 76:15 81:23 100:17

**testifying** 21:15 55:5 97:8

**testimony** 4:23 5:2 9:7,17 22:4 23:17 25:12 27:5,19 29:10 31:12,20 32:13 33:3 41:10,13 44:17 47:20 55:12 77:23 88:24 89:7,12 90:9 91:3 95:12,15

**text** 14:8

**thing** 31:9

**things** 7:2 41:23 42:3 72:19 80:22 98:23

**thought** 37:3 102:3

**thoughts** 35:19

**threat** 99:23 100:1,3,4

**threats** 98:24 99:13

**time** 14:13 17:5,17 19:21 27:25 28:24 29:19,21,22 30:3,4 38:19 43:24 55:22 61:23 64:14 65:11 71:6,9, 12,14,16 74:13

**times** 17:14,16 53:5,8 55:13 85:15 94:13

**Tint** 75:1,6

**title** 87:3

**titled** 84:9

**today** 4:21,22,23 9:8 21:15 29:6 30:18 59:20 88:24 100:17

**told** 12:19 20:20 52:8 66:6, 12,17 69:13 98:2 101:2,4, 10

**tomorrow** 100:21 101:17

**tongue** 90:6,9

**totality** 45:2

**tow** 52:24 53:2,4,12,16,18 55:13 57:22 65:23 66:9,18 69:12,13,23 70:13,15,17 71:1,2,5,7 72:6 73:1,9,19, 23 74:3,5,6,7,9,15,17 75:3, 16,21,23

**towed** 66:6

**towing** 21:22,23 53:15 66:11,25 71:7

**traffic** 7:1 14:14,16,22 20:3 21:22 22:8,20 23:8,11,15, 20 24:6 26:18 27:6 29:17, 22 30:3,12 32:11,24 38:13, 20 52:13 53:14 72:7 74:24 94:19,21 96:25

**trained** 15:11

**training** 8:14,19,21,22,24, 25 9:3,9,14,18 10:2,16 41:22 52:13

**translated** 92:20

**transport** 72:10

**Travis** 4:4,12 98:19

**trial** 11:23

**tricks** 19:22 48:24,25

**trouble** 62:14

**truck** 14:14 20:4 23:8,12 30:24 36:14 37:21 42:4 53:17 55:16,20 65:23 66:3 69:23 70:13,17 71:1,3,7 73:1,2,9,19,23 74:4,5,6,7, 9,15,17 75:3,16,21,22,23 81:22 89:25 100:23

**truck's** 70:15

**true** 16:11 19:19,23 37:1 58:7,12 59:11,17,22

**Trump** 91:22 92:5,10

**truth** 87:16

**truthful** 4:23 5:2 15:5 31:2

**truthfully** 54:15

**turn** 57:1

**turned** 16:19 22:11 78:22 80:9

**two-and-a-half** 28:1

**two-way** 78:14

**type** 39:10 60:1

**typically** 38:9

**U**

**uncomfortable** 35:5,11

**under-oath** 44:17

**understand** 5:4,7,9,12 7:6 22:9 47:19 55:5,11 74:1,2 78:15 87:14 93:1,9 97:8

**understanding** 26:23,25 27:6 31:10 35:3,9 43:15 47:11,22 53:12 58:1,14 65:3 67:2 73:18 101:13

**understood** 6:12 42:18

**unintentionally** 98:7

**United** 7:20 9:4,10 10:11, 12,18 33:13 47:9 68:21 69:2,6 85:23,25 91:16

**unprofessional** 96:23,24

**unquote** 81:18 88:5

**unrelated** 81:3

**untrue** 58:20

**unwilling** 47:22

**updating** 83:13

**uphold** 87:10

**upholder** 86:13

**upholding** 85:24

**upset** 42:10

**user** 98:20

**V**

**vaguely** 45:20 92:18

**validated** 100:3

**vehicle** 6:23 18:12 20:23 21:22,23 22:1,3,5,17,19 23:4 24:7 25:21 27:7,16 30:6,9,11,21 32:6,21 40:20,22 41:6 45:3 47:17 48:21 49:5,9 51:4,6 52:21 53:15,16 57:22 60:12 61:17,18 63:2,12 65:13,16, 22 66:9,18,25 67:13,18,22, 24 68:2,9,12 69:7,10,22 70:13,16,25 71:2,14,24

72:2,6,8,10,12,13,23 73:2, 7,8,15,16,19,22 74:3,16,19 75:17 76:9 77:8 78:23,24 79:1,2,24 80:5 81:2,4,10 82:8 89:11 93:17 96:10 100:24

**vehicles** 30:4 77:9 101:11

**version** 37:1

**versus** 32:25

**video** 21:3,7,16,21 30:25 32:1 36:16,21,25 37:2,4 45:15,25 46:4,9 47:3 49:20 51:10 52:11,14 56:12,13, 17,19 57:5,16 60:8,10 61:2,8 65:17 66:13 75:5,7 77:8 78:13,18 92:1,2 98:25

**videos** 52:14 77:9 91:9 98:10,22

**violate** 68:5

**violated** 39:3 99:8

**violates** 35:7 100:18

**violating** 61:25 94:6,7

**violation** 11:22 82:5

**violations** 22:20 83:3

**violence** 82:9,11

**vis-à-vis** 49:5

**voice** 57:16

**vulgar** 29:13

**W**

**wait** 101:2

**waited** 29:25

**walk** 80:5

**wanted** 38:24 45:7,8 66:18 67:16

**warrant** 45:3

**waste** 100:6

**watch** 46:11 49:22

**watched** 21:12,15,17 47:3 60:8

**Watchguard** 26:16

**weapons** 41:7,16 42:1 72:9

**wearing** 77:2,5 81:15

**Webb** 12:22 13:18,20 14:2, 5,13,23 15:19 16:12 17:2 18:10 19:13 20:14 21:24 22:12,23 23:19,23 25:3,21 26:18,22 27:7 29:16,21,24 30:12,16,19 31:3 32:2,8, 14,19,22 34:17,19,22,23 35:16 38:14,19 39:18,22 40:7,11,14 41:1,3,6,14 42:3,6,16 43:4,8,22 44:14, 17 46:17,23 47:2 48:8,12 49:5,8,15,16,24 50:19 52:14 53:11 55:24 57:25 58:13 60:13 61:4,12,13 62:5,18 63:1,8,11,21,23 64:1,15,18,22 65:4,9,12,18 67:25 68:18,22 69:3 71:12, 23 73:6,7,14 74:4,25 75:25 76:6,11,17 78:11,17,21 79:2,20,23 80:3,16 81:5, 14,19,24 82:4 87:19,25 88:4,12,17,19 91:14 95:6 97:10,12,18 100:14 101:6, 25

**Webb's** 14:14 18:20 22:1, 19 24:1,6 27:7 34:3 36:13 37:21 38:14 53:17 62:19 65:5,11,21,22 66:2,12,17, 19,23 67:18,22,24 70:13, 16,25 72:11 73:16,23 75:17,22 76:23 77:13 81:22 93:6,13 98:25

**weighed** 45:1

**West** 17:23

**wet** 33:15,21

**whatsoever** 14:5 22:20 72:21,24

**White** 7:15,16 9:24

**window** 23:9 38:14 50:20 51:4 66:15 82:13 96:5,8

**windshield** 23:5

**wold** 28:13

**woman** 64:25 65:3

**wooden** 80:6

**word** 23:18 25:1,7 27:2,3

31:10,12,16 44:2 46:25 47:1 53:24 54:4,8 55:15,19

**words** 10:4 17:14 20:4,7, 10,17 24:2,4 28:13 30:2,13 32:3,5,8,25 34:18 38:23 39:11 43:22 44:16 45:6 48:12 49:10 50:1 52:2 58:12,24 59:16 61:11 63:5 64:18 68:12 71:13 73:6 74:24 77:10 86:4 88:4

**work** 10:20,24 51:20 57:13 81:3

**work-related** 52:2

**worked** 7:17,18

**working** 6:21

**writing** 51:6,8 61:17 67:13 82:8 96:9

**written** 83:5,7,11

**wrote** 18:24 20:18 92:19

**Y**

**Y84jlq** 18:14

**year** 6:8,16 12:5 17:7

**years** 6:14 7:21 28:1,3

**yesterday** 37:4

**Youtube** 91:9 98:24,25

**Z**

**Zoom** 5:17