# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DILLON S. WEBB,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.   3:19-cv-975-MMH-JBT

TRAVIS M. ENGLISH, et al.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court sua sponte.  In light of the COVID-19 pandemic and the procedural posture of this case, the Court finds it necessary and appropriate to continue the final pretrial conference and trial in this matter.  Accordingly, it is

**ORDERED:**

The following deadlines shall apply:

| | |
|---|---:|
| All Other Motions Including Motions In Limine | AUGUST 2, 2021 |
| Responses to Other Motions Including Motions In Limine | AUGUST 16, 2021 |
| Joint Final Pretrial Statement | AUGUST 16, 2021 |
| Final Pretrial Conference | AUGUST 23, 2021 |
| Time: | 10:00 A.M. |
| Judge: | Marcia Morales Howard |

| Trial Term Begins [Trials Before Magistrate Judges Begin on Date Certain] | SEPTEMBER 7, 2021 9:00 A.M. |
|---|---|
| Estimated Length of Trial | 5 days |
| Jury/Non-Jury | Jury |

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of April, 2021.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record