United States District Court
Middle District of Florida
Jacksonville Division

**DILLON S. WEBB,**

  *Plaintiff,*

v.             NO. 3:19-cv-975-MMH-JBT

**TRAVIS M. ENGLISH.,**

  *Defendant.*

## Clerk's Minutes

| | |
|---|---|
| **Proceeding** | Settlement Conference by Video Teleconference |
| **Date** | November 9, 2021 |
| **Time** | 1:13—5:00 p.m. |
| **Judge** | Patricia Barksdale, United States Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen, Courtroom Deputy |
| **Counsel for Plaintiff** | Ian Murphy, Esquire<br>Andrew Bonderud, Esquire |
| **Counsel for Defendant** | Matthew Carson, Esquire |
| **Digital/Reporter** | Digital |

Mr. Webb and Deputy English were present. Alex Rogers, Esquire, was present as a representative from risk management.

After briefly meeting on the record, Judge Barksdale met separately with each side.

The parties settled the case and confirmed the terms of settlement in open court.