# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DILLON S. WEBB,

    Plaintiff,

v.                                  Case No.   3:19-cv-975-MMH-JBT

TRAVIS M. ENGLISH, et al.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court sua sponte. The undersigned has been advised that the parties have reached a settlement in this matter. See Clerk's Minutes (Dkt. No. 80). Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **January 12, 2022**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **January 12, 2022**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of November, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record