UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DILLON S. WEBB,**

    **Plaintiff,**

v.                                                   Case No. 3:19-cv-00975-J-34JBT

**TRAVIS M. ENGLISH, CHAD KIRBY, SHERIFF MARK A. HUNTER,**

    **Defendants.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims with each party to bear its own attorney's fees and costs.

Respectfully submitted this 15th day of November, 2021.

| | |
|---|---|
| **/s/ Andrew M. Bonderud** | **/s/ Matthew J. Carson** |
| Andrew M. Bonderud | Matthew J. Carson |
| Florida Bar No. 102178 | Florida Bar No. 0827711 |
| The Bonderud Law Firm, P.A. | Michael P. Spellman |
| 301 W. Bay Street, #1433 | Florida Bar No. 937975 |
| Jacksonville, FL 32202 | SNIFFEN & SPELLMAN, P.A. |
| BonderudLaw@gmail.com | 123 North Monroe Street |
| Andrew@Jax.Lawyer | Tallahassee, FL 32301 |
| Jesus@Jax.Lawyer | mcarson@sniffenlaw.com |
| Jessica@Jax.Lawyer | mspellman@sniffenlaw.com |
| (904) 438-8082 (Office) | (850) 205-1996 (Office) |
| (904) 800-1482 (Fax) | (850) 205-3004 (Fax) |
| *Counsel for Plaintiff* | *Counsel for Defendants* |